UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ x

SENIOR HEALTH INSURANCE COMPANY :
OF PENNSYLVANIA
                                           :
        Plaintiff
                                           :   Case No. 1:18-cv-06658-JSR
  v.
                                           :
                                              **ECF CASE**
BEECHWOOD RE LTD., et al
                                           :
        Defendants

------------------------------------------ x

## NOTICE OF MOTION FOR LEAVE TO AMEND THE
## FIRST AMENDED COMPLAINT BY PLAINTIFF
## SENIOR HEALTH INSURANCE COMPANY OF PENNSYLVANIA

**PLEASE TAKE NOTICE** that, the Declaration of R. Brian Seibert dated December 14, 2018, with attached exhibits and the accompanying Memorandum of Law submitted herewith, Plaintiff Senior Health Insurance Company of Pennsylvania ("SHIP"), by and through its undersigned counsel, DLA Piper LLP (US), pursuant to Federal Rule of Civil Procedure 15(a)(2), hereby moves this Court, before the Honorable Jed S. Rakoff, for an Order granting leave to amend its First Amended Complaint to assert certain additional claims against the Defendants, and for such other and further relief as the Court deems just and proper. SHIP filed its First Amended Complaint on December 14, 2018, as permitted by the Court's December 6, 2018 Opinion and Order. [Dkt 72].

EAST\163197069.2

Respectfully Submitted,

/s/ R. Brian Seibert

Aidan M. McCormack (AMM 3017)
R. Brian Seibert (RS 1978)
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500
(212) 335-4501 (fax)
aidan.mccormack@dlapiper.com
brian.seibert@dlapiper.com

James D. Mathias (admitted *pro hac vice*)
Kathleen A. Birrane (admitted *pro hac vice*)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
james.mathias@dlapiper.com
kathleen.birrane@dlapiper.com
(410) 580-3000
(410) 580-3001 (fax)

*Attorneys for Plaintiff*
*Senior Health Insurance Company of Pennsylvania*

COPY TO:

Mark D. Harris, Esq.
Steven H. Holinstat, Esq.
Edward J. Canter, Esq.
Stacey P. Eilbaum, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036
*Attorneys for Defendants*
*B Asset Manager, L.P., Beechwood Bermuda*
*International, Ltd., Beechwood Re Investments, LLC,*
*Illumin Capital Management, LP, Moshe M. Feuer,*
*Scott A. Taylor, and Dhruv Narain*

Michael S. Sommer, Esq.
Morris J. Fodeman, Esq.

2

Jae Young Jeong, Esq.
Katherine T. McCarthy, Esq.
Eli Bard Richlin, Esq.
Wilson Sonsini Goodrich & Rosati, PC
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
*Attorneys for Defendant David I. Levy*

John Jureller, Jr., Esq.
Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Floor
New York, New York 10036
*Attorneys for Defendant Beechwood Re*

Chantale Fiebig, Esq.
Gibson, Dunn & Crutcher LLP
105 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
*Attorneys for Defendants Dhruv Narain and Illumin Capital Management, LP*