```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
In re PLATINUM-BEECHWOOD LITIGATION  :    18-cv-6658 (JSR)
------------------------------------ x
SENIOR HEALTH INSURANCE COMPANY OF   :
PENNSYLVANIA,                        :
                                     :
        Plaintiff,                   :
                                     :
            -v-                      :    ORDER
                                     :
BEECHWOOD RE LTD., B ASSET MANAGER,  :
L.P., BEECHWOOD BERMUDA              :
INTERNATIONAL LTD., BEECHWOOD RE     :
INVESTMENTS, LLC a/k/a BEECHWOOD RE  :
INVESTORS, LLC, MOSHE M. FEUER       :
a/k/a MARK FEUER, SCOTT A. TAYLOR,   :
DAVID I. LEVY, and DHRUV NARAIN,     :
                                     :
        Defendants.                  :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

Before the Court is the motion of defendants Beechwood Re Ltd., B Asset Manager, L.P., Beechwood Bermuda International Ltd., Beechwood Re Investments, LLC, Mark Feuer, Scott Taylor, and Dhruv Narain to dismiss the Second Amended Complaint ("SAC") of plaintiff Senior Health Insurance Company of Pennsylvania ("SHIP"). ECF No. 87. SHIP opposes. ECF No. 93.

After receiving full briefing from each side, the Court held oral argument on March 1, 2019. Upon consideration, the Court hereby grants defendants' motion in the following respects:

- SHIP's RICO claims are dismissed as to all defendants.

- SHIP's fraud and constructive fraud claims are dismissed only as to Narain.
- SHIP's unjust enrichment claim is dismissed only as to Narain, Beechwood Re Ltd., B Asset Manager, L.P., Beechwood Bermuda International Ltd., and Beechwood Re Investments, LLC.

The Court denies defendants' motion in all other respects. An opinion explaining the Court's ruling will issue in due course. The Clerk is directed to close the entry at docket number 87.

SO ORDERED.

Dated: New York, NY
March 15, 2019

JED S. RAKOFF, U.S.D.J.