UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/19

| | |
|---|---|
| IN RE PLATINUM-BEECHWOOD LITIGATION | 18-cv-6658 (JSR) |
| MELANIE L. CYGANOWSKI, as Equity Receiver for PLATINUM PARTNERS CREDIT OPPORTUNITIES MASTER FUND LP, PLATINUM PARTNERS CREDIT OPPORTUNITIES FUND (TE) LLC, PLATINUM PARTNERS CREDIT OPPORTUNITIES FUND LLC, PLATINUM PARTNERS CREDIT OPPORTUNITIES FUND INTERNATIONAL LTD., PLATINUM PARTNERS CREDIT OPPORTUNITIES FUND INTERNATIONAL (A) LTD., and PLATINUM PARTNERS CREDIT OPPORTUNITIES FUND (BL) LLC, Plaintiffs, v. BEECHWOOD RE LTD., et al., Defendants. | 18-cv-12018 (JSR) **JUDGMENT CONFIRMING ARBITRAL AWARDS** |

**THIS MATTER**, having come before the Court on a motion by Washington National Insurance Company and Bankers Conseco Life Insurance Company (collectively, "Movants"), which is not opposed by Beechwood Re Limited, for an Order pursuant to 9 U.S.C. § 9 to confirm two orders of the duly constituted Arbitration Panel in the arbitration captioned *Bankers Conseco Life Insurance Company and Washington National Insurance Company v. Beechwood Re Limited et al.*, AAA Case No. 01-16-0004-02510, dated October 23, 2017 and January 23, 2019 (the "Arbitral Awards"), awarding Movants pre-hearing security in the amount of $5 million to be in the form of a Letter of Credit ("LOC"), and confirming Movants' agreement to withdraw their motion, before the Arbitration Panel, for pre-hearing security against arbitration

respondents other than Beechwood Re, without prejudice to renew until after the final disposition in the trial court of all claims against Beechwood Re Limited, Moshe M. Feuer, Scott Taylor, and Beechwood Capital Group, LLC, in *In re Platinum-Beechwood Litigation*, No. 18-cv-06658, *Trott et al. v. Platinum Management (NY) LLC et al.*, No. 18-cv-10936 and *Cyganowski, et al. v. Beechwood Re Ltd. et al.*, No. 18-cv-12018, it is hereby

**ORDERED, ADJUDGED AND DECREED**, that pursuant to 9 U.S.C. § 9, Judgment is hereby entered confirming the Arbitral Awards.

Dated: New York, New York
       4/24, 2019

Jed S. Rakoff, U.S.D.J.