USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/19

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------x
      :
IN RE PLATINUM BEECHWOOD LITIGATION,      :   No. 1:18-cv-06658-JSR
      :
--------------------------------------------------------------------------x
      :
SENIOR HEALTH INSURANCE COMPANY OF      :   No. 1:18-cv-06658-JSR
PENNSYLVANIA,      :
      :
       Plaintiff,      :
      :
      -v-      :
      :
BEECHWOOD RE LTD., et al.,      :
      :
       Defendants.      :
      :
--------------------------------------------------------------------------x
      :
MARTIN TROTT and CHRISTOPHER SMITH, as      :   No. 1:18-cv-10936-JSR
Joint Official Liquidators and Foreign Representatives      :
of PLATINUM PARTNERS VALUE ARBITRAGE      :
FUND L.P. (in Official Liquidation) and PLATINUM      :
PARTNERS VALUE ARBITRAGE FUND L.P.      :
(in Official Liquidation),      :
      :
       Plaintiffs,      :
      :
      -v-      :
      :
PLATINUM MANAGEMENT (NY) LLC, et al.,      :
      :
       Defendants.      :
      :
--------------------------------------------------------------------------x
      :
MELANIE L. CYGANOWSKI, as Equity Receiver for      :   No. 1:18-cv-12018-JSR
PLATINUM PARTNERS CREDIT OPPORTUNITIES      :
MASTER FUND LP, PLATINUM PARTNERS CREDIT      :
OPPORTUNITIES FUND (TE) LLC, PLATINUM      :
PARTNERS CREDIT OPPORTUNITIES FUND LLC,      :
PLATINUM  PARTNERS CREDIT OPPORTUNITIES      :
FUND INTERNATIONAL LTD., PLATINUM      :
PARTNERS CREDIT  OPPORTUNITIES FUND      :
INTERNATIONAL (A) LTD., and PLATINUM      :

5653118 1

PARTNERS CREDIT OPPORTUNITIES FUND (BL) LLC,

                  Plaintiff,

                  v.

BEECHWOOD RE LTD., et al.,

                  Defendants.

-------------------------------------------------------------------x

## STIPULATION AND ORDER OF
## PROTECTION PURSUANT TO FRE 502(d)

IT IS HEREBY STIPULATED AND AGREED by and among the parties in the above-captioned actions captioned *Senior Health Insurance Company of Pennsylvania v. Beechwood Re Ltd.*, No. 1:18-cv-06658-JSR, *Trott v. Platinum Management (NY), LLC*, No. 1:18-cv-10936-JSR, and *Cyganowski, as Equity Receiver v, Beechwood Re Ltd.*, No. 1:18-cv-12018-JSR (collectively, the "Actions"), through their undersigned counsel, as follows:

1.     This Stipulation and Order (hereinafter, "Order") is entered pursuant to Rule 502(d) of the Federal Rules of Evidence.

2.     The production or disclosure of attorney-client privileged, work product-protected or otherwise protected documents or information (including, without limitation, electronically-stored information ("ESI")) ("Privileged Material") in the Actions, whether inadvertent or otherwise, is not a waiver of any applicable attorney-client privilege, work product or other protection. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

3.     Nothing contained herein is intended to or shall serve (a) to limit a party's right to conduct a review of documents or ESI, including metadata, prior to production for relevance, responsiveness, and/or privilege and to withhold documents and ESI from production on the

grounds of the attorney-client privilege, work product doctrine or other immunities, or (b) to require a party to conduct such a review.

4.     Nothing contained herein is intended to extend protection to documents and information for which any applicable privilege or protection has been waived by means other than production or disclosure in the Actions.

5.     This Stipulation also is not intended to limit any party's right to challenge any review of Privileged Material by another party or its counsel, whether such review occurred prior to or subsequent to the entry of this Stipulation and Order.

6.     Any party or counsel receiving Privileged Material that has been produced (whether inadvertently or otherwise) shall, upon request of the producing party or the producing party's counsel, promptly return all copies of such material in his, her or its possession, delete any versions thereof on any database the party receiving the Privileged Material maintains, and make no use of such material; *provided*, *however*, that the party or counsel returning such material shall have the right to apply to the Court for an order that such material was not protected (prior to the disclosure) by any privilege or doctrine. The failure of a producing party to demand the return of Privileged Material that has been produced shall not constitute a waiver of, or otherwise vitiate, any privilege or protection applicable to such Privileged Material or any of the producing party's rights under this Order.

7.     This Order may be executed in any number of counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

8.     This Order may be executed by facsimile or by electronic Portable Document Format ("PDF"). A facsimile or electronic signature shall be deemed an original signature for purposes of this Order.

9.     This Court shall retain jurisdiction over all persons subject to this Order to the extent necessary to enforce any obligations arising hereunder or to impose sanctions for any contempt thereof.

SO STIPULATED AND AGREED.

**OTTERBOURG P.C.**

By: _Adam S. Halpern_

Adam C. Silverstein
Erik B. Weinick
Andrew S. Halpern
230 Park Avenue
New York, New York 10169
Telephone: (212) 661-9100
E-mail: asilverstein@otterbourg.com
      eweinick@otterbourg.com
      ahalpern@otterbourg.com

*Attorneys for Melanie L. Cyganowski, as
Receiver for Platinum Partners Credit
Opportunities Master Fund LP, Platinum
Partners Credit Opportunities Fund (TE) LLC,
Platinum Partners Credit Opportunities Fund
LLC, Platinum Partners Credit Opportunities
Fund International Ltd., Platinum Partners
Credit Opportunities Fund International (A)
Ltd., Platinum Partners Credit Opportunities
Fund (BL) LLC*

**LIPSIUS BENHAIM LAW LLP**

By:_____

Ira Lipsius
80-02 Kew Gardens Rd., Suite 1030
Kew Gardens, NY 11415
Telephone: (212) 981-8442
Email: ilipsius@lipsiuslaw.com

*Attorneys for Beechwood Re Ltd., Beechwood
Re Investments, LLC, B Asset Manager LP, B
Asset Manager II LP, Beechwood Re Holdings,
Inc., Beechwood Bermuda International LTD.,
Beechwood Bermuda LTD., BAM
Administrative Services LLC, Moshe M. Feuer,
Scott A. Taylor, Dhruv Narain, Beechwood
Capital Group LLC, Beechwood Re
Investments, LLC, Beechwood Re Holdings,
Inc., BBLN-PEDCO Corp., Illumin Capital
Management LP, BHLN-PEDCO Corp.*

**KATTEN MUCHIN ROSENMAN LLP**

By:_____

Anthony Paccione
575 Madison Avenue
New York, NY 10022
Telephone: (212) 940-8502
Email: Anthony.paccione@kattenlaw.com

*Attorneys for Olive Tree Capital LLC*

**WALDEN MACHT & HARAN LLP**

By:_____

Sean T. Haran
Adam P. Cohen
Jeffrey L. Ding
1 Battery Park Plaza
New York, NY 10004
Telephone: (212) 335-2030
Email: sharan@wmhlaw.com
      acohen@wmhlaw.com
      jding@wmhlaw.com

*Attorneys for Naftali Manela*

9. This Court shall retain jurisdiction over all persons subject to this Order to the extent necessary to enforce any obligations arising hereunder or to impose sanctions for any contempt thereof.

SO STIPULATED AND AGREED.

**OTTERBOURG P.C.**

By: *[signature]*

Adam C. Silverstein
Erik B. Weinick
Andrew S. Halpern
230 Park Avenue
New York, New York 10169
Telephone: (212) 661-9100
E-mail: asilverstein@otterbourg.com
eweinick@otterbourg.com
ahalpern@otterbourg.com

*Attorneys for Melanie L. Cyganowski, as Receiver for Platinum Partners Credit Opportunities Master Fund LP, Platinum Partners Credit Opportunities Fund (TE) LLC, Platinum Partners Credit Opportunities Fund LLC, Platinum Partners Credit Opportunities Fund International Ltd., Platinum Partners Credit Opportunities Fund International (A) Ltd., Platinum Partners Credit Opportunities Fund (BL) LLC*

**LIPSIUS BENHAIM LAW LLP**

By:

Ira Lipsius
80-02 Kew Gardens Rd., Suite 1030
Kew Gardens, NY 11415
Telephone: (212) 981-8442
Email: ilipsius@lipsiuslaw.com

*Attorneys for Beechwood Re Ltd., Beechwood Re Investments, LLC, B Asset Manager LP, B Asset Manager II LP, Beechwood Re Holdings, Inc., Beechwood Bermuda International LTD., Beechwood Bermuda LTD., BAM Administrative Services LLC, Moshe M. Feuer, Scott A. Taylor, Dhruv Narain, Beechwood Capital Group LLC, Beechwood Re Investments, LLC, Beechwood Re Holdings, Inc., BBLN-PEDCO Corp., Illumin Capital Management LP, BHLN-PEDCO Corp.*

**KATTEN MUCHIN ROSENMAN LLP**

By:

Anthony Paccione
575 Madison Avenue
New York, NY 10022
Telephone: (212) 940-8502
Email: Anthony.paccione@kattenlaw.com

*Attorneys for Olive Tree Capital LLC*

**WALDEN MACHT & HARAN LLP**

By:

Sean T. Haran
Adam P. Cohen
Jeffrey L. Ding
1 Battery Park Plaza
New York, NY 10004
Telephone: (212) 335-2030
Email: sharan@wmhlaw.com
acohen@wmhlaw.com
jding@wmhlaw.com

*Attorneys for Naftali Manela*

9.      This Court shall retain jurisdiction over all persons subject to this Order to the extent necessary to enforce any obligations arising hereunder or to impose sanctions for any contempt thereof.

SO STIPULATED AND AGREED.

**OTTERBOURG P.C.**

By: _____
    Adam C. Silverstein
    Erik B. Weinick
    Andrew S. Halpern
230 Park Avenue
New York, New York 10169
Telephone: (212) 661-9100
E-mail: asilverstein@otterbourg.com
        eweinick@otterbourg.com
        ahalpern@otterbourg.com

*Attorneys for Melanie L. Cyganowski, as Receiver for Platinum Partners Credit Opportunities Master Fund LP, Platinum Partners Credit Opportunities Fund (TE) LLC, Platinum Partners Credit Opportunities Fund LLC, Platinum Partners Credit Opportunities Fund International Ltd., Platinum Partners Credit Opportunities Fund International (A) Ltd., Platinum Partners Credit Opportunities Fund (BL) LLC*

**KATTEN MUCHIN ROSENMAN LLP**

By: _____
    Anthony Paccione
575 Madison Avenue
New York, NY 10022
Telephone: (212) 940-8502
Email: Anthony.paccione@kattenlaw.com

*Attorneys for Olive Tree Capital LLC*

**LIPSIUS BENHAIM LAW LLP**

By: _____
    Ira Lipsius
80-02 Kew Gardens Rd., Suite 1030
Kew Gardens, NY 11415
Telephone: (212) 981-8442
Email: ilipsius@lipsiuslaw.com

*Attorneys for Beechwood Re Ltd., Beechwood Re Investments, LLC, B Asset Manager LP, B Asset Manager II LP, Beechwood Re Holdings, Inc., Beechwood Bermuda International LTD., Beechwood Bermuda LTD., BAM Administrative Services LLC, Moshe M. Feuer, Scott A. Taylor, Dhruv Narain, Beechwood Capital Group LLC, Beechwood Re Investments, LLC, Beechwood Re Holdings, Inc., BBLN-PEDCO Corp., Illumin Capital Management LP, BHLN-PEDCO Corp.*

**WALDEN MACHT & HARAN LLP**

By: *Adam Cohen /s/.*
    Sean T. Haran
    Adam P. Cohen
    Jeffery L. Ding
1 Battery Park Plaza
New York, NY 10004
Telephone: (212) 335-2030
Email: sharan@wmhlaw.com
        acohen@wmhlaw.com
        jding@wmhlaw.com

*Attorneys for Naftali Manela*

**[SIGNATURES CONTINUE FROM PRECEDING PAGE]**

**DLA PIPER LLP (US)**

By: _____

Aidan M. McCormack
Mark L. Deckman
R. Brian Seibert
1251 Avenue of the Americas, 27th Floor
New York, New York 10020
Telephone: (212) 335-4500
E-mail: aidan.mccormack@dlapiper.com
      brian.seibert@dlapiper.com
      mark.deckman@dlapiper.com

-and-

James D Mathias (pro hac vice)
Kathleen A. Birrane (pro hac vice)
Ellen E. Dew (pro hac vice)
6225 Smith Avenue
Baltimore, Maryland 21209-3600
Telephone: (410) 580-3000
E-mail: james.mathias@dlapiper.com
      kathleen.birrane@dlapiper.com
      ellen.dew@dlapiper.com

*Attorneys for Senior Health Insurance
Company of Pennsylvania and Fuzion
Analytics, Inc.*

**ALSTON & BIRD LLP**

By: _____

John M. Aerni
Adam J. Kaiser
Daniella P. Main
Jenna Chelsea Polivy
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Email: adam.kaiser@alston.com
     john.aerni@alston.com
     daniella.main@alston.com

*Attorneys for Defendants Bankers Conseco
Life Insurance Company, Washington National
Insurance Company, CNO Financial Group,
Inc. and 40/86 Advisors, Inc.*

**[SIGNATURES CONTINUE FROM PRECEDING PAGE]**

**DLA PIPER LLP (US)**

By: _____

    Aidan M. McCormack
    Mark L. Deckman
    R. Brian Seibert
1251 Avenue of the Americas, 27th Floor
New York, New York 10020
Telephone: (212) 335-4500
E-mail: aidan.mccormack@dlapiper.com
       brian.seibert@dlapiper.com
       mark.deckman@dlapiper.com

-and-

    James D Mathias (pro hac vice)
    Kathleen A. Birrane (pro hac vice)
    Ellen E. Dew (pro hac vice)
6225 Smith Avenue
Baltimore, Maryland 21209-3600
Telephone: (410) 580-3000
E-mail: james.mathias@dlapiper.com
       kathleen.birrane@dlapiper.com
       ellen.dew@dlapiper.com

*Attorneys for Senior Health Insurance*
*Company of Pennsylvania and Fuzion*
*Analytics, Inc.*

**ALSTON & BIRD LLP**

By: _____

    John M. Aerni
    Adam J. Kaiser
    Daniella P. Main
    Jenna Chelsea Polivy
    90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Email: adam.kaiser@alston.com
      john.aerni@alston.com
      daniella.main@alston.com

*Attorneys for Defendants Bankers Conseco*
*Life Insurance Company, Washington National*
*Insurance Company, CNO Financial Group,*
*Inc. and 40/86 Advisors, Inc.*

**SIGNATURES CONTINUE FROM PRECEDING PAGE**

**PROSKAUER ROSE LLP**

By:

Mark D. Harris
Steven H. Holinstat
Stacy P. Eilbaum
Edward J. Canter
11 Times Square
New York, NY 10036
Telephone: (212) 969-3000
Email: mharris@proskauer.com
     sholinstat@proskauer.com
     seilbaum@proskauer.com
     ecanter@proskauer.com

*Attorneys for B Asset Manager, L.P.,
Beechwood Bermuda International Ltd.,
Beechwood Re Investments, LLC, Mark Feuer,
Scott Taylor, and Dhruv Narain in the SHIP
Action*

**HOLLAND & KNIGHT LLP**

By:

Warren E. Gluck, Esq.
Barbra R. Parlin, Esq.
John L. Brownlee, Esq.
Belevetz, Esq.
Richard A. Bixter Jr., Esq.
31 West 52nd Street
New York, New York 10019
Telephone: (212) 513-3200
Email: warren.gluck@hklaw.com
     barbra.parlin@hklaw.com
     john.brownlee@hklaw.com
     timothy.belevetz@hklaw.com
     richard.bixter@hklaw.com

*Attorneys for Plaintiffs Martin Trott and
Christopher Smith, as Joint Official
Liquidators and Foreign Representatives of
Platinum Partners Value Arbitrage Fund L.P.
(in Official Liquidation), and for Platinum
Partners Value Arbitrage Fund L.P. (in
Official Liquidation)*

**MOSKOWITZ & BOOK, LLP**

By:

Avraham C. Moskowitz
345 Seventh Avenue, 21st Floor
New York, NY 10001
Telephone: (212) 221-7999
Email: amoskowitz@mb-llp.com

*Attorneys for Platinum F.I. Group, LLC and
Abraham Grossman*

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**

By:

Daniel Tepper
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Email: tepper@whafh.com

*Attorneys for Leon Meyers*

## SIGNATURES CONTINUE FROM PRECEDING PAGE

**PROSKAUER ROSE LLP**

By:_____

Mark D. Harris
Steven H. Holinstat
Stacy P. Eilbaum
Edward J. Canter
11 Times Square
New York, NY 10036
Telephone: (212) 969-3000
Email: mharris@proskauer.com
        sholinstat@proskauer.com
        seilbaum@proskauer.com
        ecanter@proskauer.com

*Attorneys for B Asset Manager, L.P.,*
*Beechwood Bermuda International Ltd.,*
*Beechwood Re Investments, LLC, Mark Feuer,*
*Scott Taylor, and Dhruv Narain in the SHIP*
*Action*

**HOLLAND & KNIGHT LLP**

By:_____

Warren E. Gluck, Esq.
Barbra R. Parlin, Esq.
John L. Brownlee, Esq.
Belevetz, Esq.
Richard A. Bixter Jr., Esq.
31 West 52nd Street
New York, New York 10019
Telephone: (212) 513-3200
Email: warren.gluck@hklaw.com
        barbra.parlin@hklaw.com
        john.brownlee@hklaw.com
        timothy.belevetz@hklaw.com
        richard.bixter@hklaw.com

*Attorneys for Plaintiffs Martin Trott and*
*Christopher Smith, as Joint Official*
*Liquidators and Foreign Representatives of*
*Platinum Partners Value Arbitrage Fund L.P.*
*(in Official Liquidation), and for Platinum*
*Partners Value Arbitrage Fund L.P. (in*
*Official Liquidation)*

**MOSKOWITZ & BOOK, LLP**

By:_____

Avraham C. Moskowitz
345 Seventh Avenue, 21st Floor
New York, NY 10001
Telephone: (212) 221-7999
Email: amoskowitz@mb-llp.com

*Attorneys for Platinum F.I. Group, LLC and*
*Abraham Grossman*

**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**

By:_____

Daniel Tepper
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Email: tepper@whafh.com

*Attorneys for Leon Meyers*

5653118.1                    6

## SIGNATURES CONTINUE FROM PRECEDING PAGE

**PROSKAUER ROSE LLP**

By:_____
　　Mark D. Harris
　　Steven H. Holinstat
　　Stacy P. Eilbaum
　　Edward J. Canter
11 Times Square
New York, NY 10036
Telephone: (212) 969-3000
Email: mharris@proskauer.com
　　　　sholinstat@proskauer.com
　　　　seilbaum@proskauer.com
　　　　ecanter@proskauer.com

*Attorneys for B Asset Manager, L.P.,*
*Beechwood Bermuda International Ltd.,*
*Beechwood Re Investments, LLC, Mark Feuer,*
*Scott Taylor, and Dhruv Narain in the SHIP*
*Action*

**HOLLAND & KNIGHT LLP**

By:_____
　　Warren E. Gluck, Esq.
　　Barbra R. Parlin, Esq.
　　John L. Brownlee, Esq.
　　Belevetz, Esq.
　　Richard A. Bixter Jr., Esq.
31 West 52nd Street
New York, New York 10019
Telephone: (212) 513-3200
Email: warren.gluck@hklaw.com
　　　　barbra.parlin@hklaw.com
　　　　john.brownlee@hklaw.com
　　　　timothy.belevetz@hklaw.com
　　　　richard.bixter@hklaw.com

*Attorneys for Plaintiffs Martin Trott and*
*Christopher Smith, as Joint Official*
*Liquidators and Foreign Representatives of*
*Platinum Partners Value Arbitrage Fund L.P.*
*(in Official Liquidation), and for Platinum*
*Partners Value Arbitrage Fund L.P. (in*
*Official Liquidation)*

**MOSKOWITZ & BOOK, LLP**

By:_____
　　Christopher R. Neff
345 Seventh Avenue, 21st Floor
New York, NY 10001
Telephone: (212) 221-7999
Email: amoskowitz@mb-llp.com

*Attorneys for Platinum F.I. Group, LLC and*
*Abraham Grossman*

**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**

By:_____
　　Daniel Tepper
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Email: tepper@whafh.com

*Attorneys for Leon Meyers*

5653118.1　　　　　　　　6

**SIGNATURES CONTINUE FROM PRECEDING PAGE**

**PROSKAUER ROSE LLP**

By:_____
     Mark D. Harris
     Steven H. Holinstat
     Stacy P. Eilbaum
     Edward J. Canter
11 Times Square
New York, NY 10036
Telephone: (212) 969-3000
Email: mharris@proskauer.com
       sholinstat@proskauer.com
       seilbaum@proskauer.com
       ecanter@proskauer.com

*Attorneys for B Asset Manager, L.P.,*
*Beechwood Bermuda International Ltd.,*
*Beechwood Re Investments, LLC, Mark Feuer,*
*Scott Taylor, and Dhruv Narain in the SHIP*
*Action*

**HOLLAND & KNIGHT LLP**

By: _____
     Warren E. Gluck, Esq.
     Barbra R. Parlin, Esq.
     John L. Brownlee, Esq.
     Belevetz, Esq.
     Richard A. Bixter Jr., Esq.
31 West 52nd Street
New York, New York 10019
Telephone: (212) 513-3200
Email: warren.gluck@hklaw.com
       barbra.parlin@hklaw.com
       john.brownlee@hklaw.com
       timothy.belevetz@hklaw.com
       richard.bixter@hklaw.com

*Attorneys for Plaintiffs Martin Trott and*
*Christopher Smith, as Joint Official*
*Liquidators and Foreign Representatives of*
*Platinum Partners Value Arbitrage Fund L.P.*
*(in Official Liquidation), and for Platinum*
*Partners Value Arbitrage Fund L.P. (in*
*Official Liquidation)*

**MOSKOWITZ & BOOK, LLP**

By:_____
     Avraham C. Moskowitz
345 Seventh Avenue, 21st Floor
New York, NY 10001
Telephone: (212) 221-7999
Email: amoskowitz@mb-llp.com

*Attorneys for Platinum F.I. Group, LLC and*
*Abraham Grossman*

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**

By:_____
     Daniel Tepper
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Email: tepper@whafh.com

*Attorneys for Leon Meyers*

## [SIGNATURES CONTINUE FROM PRECEDING PAGE]

**ROYER COOPER COHEN BRAUNFELD LLC**

By:_____

Marc E. Hirschfield
Marc F. Skapof
Royer Cooper Cohen Braunfeld LLC
1120 Avenue of the Americas
Fourth Floor
New York, NY 10036
Telephone: (212) 994-0451
Email: MHirschfield@rccblaw.com
      mskapof@rccblaw.com

Barry L. Cohen
101 West Elm St., Suite 400
Conshohocken, PA 19428
Telephone: (484) 362-2628
Email: bcohen@rccblaw.com

*Attorneys for Twosons Corporation*

**CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**

By:_____

Eliot Lauer
Gabriel Hertzberg
Jacques Semmelman
Julia Gumpper
101 Park Avenue
New York, NY 10178
Telephone: (212) 696-8856
Email: ghertzberg@curtis.com
      elauer@curtis.com
      jsemmelman@curtis.com
      jgumpper@curtis.com

*Attorneys for David Bodner, Beechwood Trust Nos. 7-14*

**LANKLER SIFFERT & WOHL LLP**

By:_____

David Hodges
Matthew Coogan
500 Fifth Avenue, 34th Floor
New York, NY 10110
Telephone: (212) 921-8399
Email: dhodges@lswlaw.com
      mcoogan@lswlaw.com

*Attorneys for David Steinberg*

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By:_____

John E. Jureller
200 West 41st Street, 17th Floor
New York, NY 10036
Telephone: (212) 972-3000
Email: jjureller@klestadt.com

*Attorneys for Defendant Beechwood Re Ltd. (in Official Liquidation) in the SHIP Action*

5653118.1                7

**[SIGNATURES CONTINUE FROM PRECEDING PAGE]**

**ROYER COOPER COHEN BRAUNFELD LLC**

By:_____
    Marc E. Hirschfield
    Marc F. Skapof
Royer Cooper Cohen Braunfeld LLC
1120 Avenue of the Americas
Fourth Floor
New York, NY 10036
Telephone: (212) 994-0451
Email: MHirschfield@rccblaw.com
      mskapof@rccblaw.com

Barry L. Cohen
101 West Elm St., Suite 400
Conshohocken, PA 19428
Telephone: (484) 362-2628
Email: bcohen@rccblaw.com

*Attorneys for Twosons Corporation*

**CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**

By:_____
    Eliot Lauer
    Gabriel Hertzberg
    Jacques Semmelman
    Julia Gumpper
101 Park Avenue
New York, NY 10178
Telephone: (212) 696-8856
Email: ghertzberg@curtis.com
      elauer@curtis.com
      jsemmelman@curtis.com
      jgumpper@curtis.com

*Attorneys for David Bodner, Beechwood Trust Nos. 7-14*

**LANKLER SIFFERT & WOHL LLP**

By:_____
    David Hodges
    Matthew Coogan
500 Fifth Avenue, 34th Floor
New York, NY 10110
Telephone: (212) 921-8399
Email: dhodges@lswlaw.com
      mcoogan@lswlaw.com

*Attorneys for David Steinberg*

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By:_____
    John E. Jureller, Jr.
200 West 41st Street, 17th Floor
New York, NY 10036
Telephone: (212) 972-3000
Email: jjureller@klestadt.com

*Attorneys for Defendant Beechwood Re Ltd. (in Official Liquidation) in the SHIP Action*

5653118.1           7

**[SIGNATURES CONTINUE FROM PRECEDING PAGE]**

**MORRISON COHEN LLP**

By:

    Donald Chase
    Daniel Isaacs
909 Third Avenue
New York, NY 10022
Telephone: (212) 735-8653
Email: dchase@morrisoncohen.com
       disaacs@morrisoncohen.com

*Attorneys for Huberfeld Family Foundation*

**BINDER & SCHWARTZ LLP**

By:

    Wendy H. Schwartz
    Gregory C. Pruden
366 Madison Avenue, 6th Floor
New York, NY 10017
Telephone: (212) 510-7008
Email: wschwartz@binderschwartz.com
       gpruden@binderschwartz.com

*Attorneys for Daniel Saks*

**PIERCE BAINBRIDGE BECK PRICE & HECHT LLP**

By:

    Eric M. Creizman
747 Third Avenue, Suite 200
New York, NY 10017
Telephone: (212) 972-0200
Email: ecreizman@piercebainbridge.com

*Attorneys for David Ottensoser*

**JEFFREY C. DANIELS PC**

By:

    Jeffrey C. Daniels
4 Carren Circle
Huntington, NY 11743
Telephone: (516) 745-5430
Email: jdaniels@jcdpc.com

*Attorneys for Murray Huberfeld*

**PERKINS COIE LLP**

By:

    John Penn
    Jeffrey Vanacore
30 Rockefeller Plaza, 22nd Floor
New York, New York 10112
Telephone: (212) 262-6900
Email: jpenn@perkinscoie.com
       jvanacore@perkinscoie.com

*Attorneys for GRD Estates Ltd.*

**LAW OFFICES OF KENNETH A. ZITTER**

By:

    Kenneth A. Zitter
260 Madison Avenue
New York, NY 10016
Telephone: (212) 532-8000
Email: kzitter@aol.com

*Attorneys for Estate of Jules Nordlicht,*
*Barbara Nordlicht, FCBA Trust, Aaron*
*Parnes, Sarah Parnes, Shmuel Fuchs*
*Foundation, Solomon Werdiger, Morris Fuchs*

**MORRISON COHEN LLP**

By:_____
    Donald Chase
    Daniel Isaacs
909 Third Avenue
New York, NY 10022
Telephone: (212) 735-8653
Email: dchase@morrisoncohen.com
        disaacs@morrisoncohen.com

*Attorneys for Huberfeld Family Foundation*

**BINDER & SCHWARTZ LLP**

By:_____
    Wendy H. Schwartz
    Gregory C. Pruden
366 Madison Avenue, 6th Floor
New York, NY 10017
Telephone: (212) 510-7008
Email: wschwartz@binderschwartz.com
        gpruden@binderschwartz.com

*Attorneys for Daniel Saks*

**PIERCE BAINBRIDGE BECK PRICE & HECHT LLP**

By:_____
    Eric M. Creizman
747 Third Avenue, Suite 200
New York, NY 10017
Telephone: (212) 972-0200
Email: ecreizman@piercebainbridge.com

*Attorneys for David Ottensoser*

**JEFFREY C. DANIELS PC**

By:_____
    Jeffrey C. Daniels
4 Carren Circle
Huntington, NY 11743
Telephone: (516) 745-5430
Email: jdaniels@jcdpc.com

*Attorneys for Murray Huberfeld*

**PERKINS COIE LLP**

By:_____
    John Penn
    Jeffrey Vanacore
30 Rockefeller Plaza, 22nd Floor
New York, New York 10112
Telephone: (212) 262-6900
Email: jpenn@perkinscoie.com
        jvanacore@perkinscoie.com

*Attorneys for GRD Estates Ltd.*

**LAW OFFICES OF KENNETH A. ZITTER**

By:_____
    Kenneth A. Zitter
260 Madison Avenue
New York, NY 10016
Telephone: (212) 532-8000
Email: kzitter@aol.com

*Attorneys for Estate of Jules Nordlicht,*
*Barbara Nordlicht, FCBA Trust, Aaron*
*Parnes, Sarah Parnes, Shmuel Fuchs*
*Foundation, Solomon Werdiger, Morris Fuchs*

**[SIGNATURES CONTINUE FROM PRECEDING PAGE]**

**MORRISON COHEN LLP**

By:_____
   Donald Chase
   Daniel Isaacs
909 Third Avenue
New York, NY 10022
Telephone: (212) 735-8653
Email: dchase@morrisoncohen.com
      disaacs@morrisoncohen.com

*Attorneys for Huberfeld Family Foundation*

**BINDER & SCHWARTZ LLP**

By:_____
   Wendy H. Schwartz
   Gregory C. Pruden
366 Madison Avenue, 6th Floor
New York, NY 10017
Telephone: (212) 510-7008
Email: wschwartz@binderschwartz.com
      gpruden@binderschwartz.com

*Attorneys for Daniel Saks*

**PIERCE BAINBRIDGE BECK PRICE & HECHT LLP**

By: *Eric Creizman // ga //*
   Eric M. Creizman
747 Third Avenue, Suite 200
New York, NY 10017
Telephone: (212) 972-0200
Email: ecreizman@piercebainbridge.com

*Attorneys for David Ottensoser*

**JEFFREY C. DANIELS PC**

By:_____
   Jeffrey C. Daniels
4 Carren Circle
Huntington, NY 11743
Telephone: (516) 745-5430
Email: jdaniels@jcdpc.com

*Attorneys for Murray Huberfeld*

**PERKINS COIE LLP**

By:_____
   John Penn
   Jeffrey Vanacore
30 Rockefeller Plaza, 22nd Floor
New York, New York 10112
Telephone: (212) 262-6900
Email: jpenn@perkinscoie.com
      jvanacore@perkinscoie.com

*Attorneys for GRD Estates Ltd.*

**LAW OFFICES OF KENNETH A. ZITTER**

By:_____
   Kenneth A. Zitter
260 Madison Avenue
New York, NY 10016
Telephone: (212) 532-8000
Email: kzitter@aol.com

*Attorneys for Estate of Jules Nordlicht,*
*Barbara Nordlicht, FCBA Trust, Aaron*
*Parnes, Sarah Parnes, Shmuel Fuchs*
*Foundation, Solomon Werdiger, Morris Fuchs*

5653118.1                    8

**MORRISON COHEN LLP**

By:_____
     Donald Chase
     Daniel Isaacs
909 Third Avenue
New York, NY 10022
Telephone: (212) 735-8653
Email: dchase@morrisoncohen.com
       disaacs@morrisoncohen.com

*Attorneys for Huberfeld Family Foundation*

**BINDER & SCHWARTZ LLP**

By:_____
     Wendy H. Schwartz
     Gregory C. Pruden
366 Madison Avenue, 6th Floor
New York, NY 10017
Telephone: (212) 510-7008
Email: wschwartz@binderschwartz.com
       gpruden@binderschwartz.com

*Attorneys for Daniel Saks*

**PIERCE BAINBRIDGE BECK PRICE & HECHT LLP**

By:_____
     Eric M. Creizman
747 Third Avenue, Suite 200
New York, NY 10017
Telephone: (212) 972-0200
Email: ecreizman@piercebainbridge.com

*Attorneys for David Ottensoser*

**JEFFREY C. DANIELS PC**

By:*Jeffrey daniels*
     Jeffrey C. Daniels
4 Carren Circle
Huntington, NY 11743
Telephone: (516) 745-5430
Email: jdaniels@jcdpc.com

*Attorneys for Murray Huberfeld*

**PERKINS COIE LLP**

By:_____
     John Penn
     Jeffrey Vanacore
30 Rockefeller Plaza, 22nd Floor
New York, New York 10112
Telephone: (212) 262-6900
Email: jpenn@perkinscoie.com
       jvanacore@perkinscoie.com

*Attorneys for GRD Estates Ltd.*

**LAW OFFICES OF KENNETH A. ZITTER**

By:_____
     Kenneth A. Zitter
260 Madison Avenue
New York, NY 10016
Telephone: (212) 532-8000
Email: kzitter@aol.com

*Attorneys for Estate of Jules Nordlicht, Barbara Nordlicht, FCBA Trust, Aaron Parnes, Sarah Parnes, Shmuel Fuchs Foundation, Solomon Werdiger, Morris Fuchs*

5653118 1            8

**[SIGNATURES CONTINUE FROM PRECEDING PAGE]**

**MORRISON COHEN LLP**

By:_____
    Donald Chase
    Daniel Isaacs
909 Third Avenue
New York, NY 10022
Telephone: (212) 735-8653
Email: dchase@morrisoncohen.com
       disaacs@morrisoncohen.com

*Attorneys for Huberfeld Family Foundation*

**BINDER & SCHWARTZ LLP**

By:_____
    Wendy H. Schwartz
    Gregory C. Pruden
366 Madison Avenue, 6th Floor
New York, NY 10017
Telephone: (212) 510-7008
Email: wschwartz@binderschwartz.com
       gpruden@binderschwartz.com

*Attorneys for Daniel Saks*

**PIERCE BAINBRIDGE BECK PRICE & HECHT LLP**

By:_____
    Eric M. Creizman
747 Third Avenue, Suite 200
New York, NY 10017
Telephone: (212) 972-0200
Email: ecreizman@piercebainbridge.com

*Attorneys for David Ottensoser*

**JEFFREY C. DANIELS PC**

By:_____
    Jeffrey C. Daniels
4 Carren Circle
Huntington, NY 11743
Telephone: (516) 745-5430
Email: jdaniels@jcdpc.com

*Attorneys for Murray Huberfeld*

**PERKINS COIE LLP**

By:_____
    John Penn
    Jeffrey Vanacore
30 Rockefeller Plaza, 22nd Floor
New York, New York 10112
Telephone: (212) 262-6900
Email: jpenn@perkinscoie.com
       jvanacore@perkinscoie.com

*Attorneys for GRD Estates Ltd.*

**LAW OFFICES OF KENNETH A. ZITTER**

By:_____
    Kenneth A. Zitter
260 Madison Avenue
New York, NY 10016
Telephone: (212) 532-8000
Email: kzitter@aol.com

*Attorneys for Estate of Jules Nordlicht,*
*Barbara Nordlicht, FCBA Trust, Aaron*
*Parnes, Sarah Parnes, Shmuel Fuchs*
*Foundation, Solomon Werdiger, Morris Fuchs*

## [SIGNATURES CONTINUE FROM PRECEDING PAGE]

**NOVAK JUHASE & STERN**

By:_____
        Kim Steven Juhase
200 Sheffield St.,Suite 205
Mountainside, NJ 07092
Telephone: (908) 233-0045
Email: kimjuhase@cs.com

*Attorney for Bernard Fuchs*

**REGOSIN, EDWARD, STONE & FEDER**

By:_____
        Saul Feder
225 Broadway, Suite 613
New York, New York 10007
Telephone: (212) 619-1900
Email: sfeder@resflaw.com

*Attorneys for Mark Nordlicht and Platinum Management (NY) LLC*

**LAWRENCE R. GELBER**

By:_____
        Lawrence R. Gelber
34 Plaza Street East, Suite 1107
Brooklyn, NY 11238
Telephone: (718) 683-2383
Email: Gelberlaw@aol.com

*Attorneys for Michael Nordlicht, Kevin Cassidy*

**THOMPSON & KNIGHT LLP**

By:_____
        Stuart Glick
        Nicholas Davis
        Brittney Edwards
900 Third Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 751-3392
Email: Stuart.glick@tklaw.com
        Nick.davis@tklaw.com
        Brittney.edwards@tklaw.com

*Attorneys for Michael Katz*

**MINTZ LEVIN COHN FERRIS
GLOVSKY & POPEO, P.C.**

By:_____
        Therese M. Doherty
        LisaMarie F. Collins
666 Third Avenue
New York, NY 10017
Telephone: (212) 935-3000
Email: LCollins@mintz.com
        TMDoherty@mintz.com

*Attorneys for Michael Nordlicht, Kevin Cassidy and Meadows Capital LLC*

**[SIGNATURES CONTINUE FROM PRECEDING PAGE]**

**NOVAK JUHASE & STERN**

By:_____
    Kim Steven Juhase
200 Sheffield St.,Suite 205
Mountainside, NJ 07092
Telephone: (908) 233-0045
Email: kimjuhase@cs.com

*Attorney for Bernard Fuchs*

**REGOSIN, EDWARD, STONE & FEDER**

By:_____
    Saul Feder
225 Broadway, Suite 613
New York, New York 10007
Telephone: (212) 619-1900
Email: sfeder@resflaw.com

*Attorneys for Mark Nordlicht and Platinum
Management (NY) LLC*

**LAWRENCE R. GELBER**

By:_____
    Lawrence R. Gelber
34 Plaza Street East, Suite 1107
Brooklyn, NY 11238
Telephone: (718) 683-2383
Email: Gelberlaw@aol.com

*Attorneys for Michael Nordlicht, Kevin
Cassidy*

**MINTZ LEVIN COHN FERRIS
GLOVSKY & POPEO, P.C.**

By:_____
    Therese M. Doherty
    LisaMarie F. Collins
666 Third Avenue
New York, NY 10017
Telephone: (212) 935-3000
Email: LCollins@mintz.com
        TMDoherty@mintz.com

*Attorneys for Michael Nordlicht, Kevin
Cassidy and Meadows Capital LLC*

**THOMPSON & KNIGHT LLP**

By:_____
    Stuart Glick
    Nicholas Davis
    Brittney Edwards
900 Third Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 751-3392
Email: Stuart.glick@tklaw.com
        Nick.davis@tklaw.com
        Brittney.edwards@tklaw.com

*Attorneys for Michael Katz*

## [SIGNATURES CONTINUE FROM PRECEDING PAGE]

**NOVAK JUHASE & STERN**

By:_____
        Kim Steven Juhase
200 Sheffield St.,Suite 205
Mountainside, NJ 07092
Telephone: (908) 233-0045
Email: kimjuhase@cs.com

*Attorney for Bernard Fuchs*

**REGOSIN, EDWARD, STONE & FEDER**

By:_____
        Saul Feder
225 Broadway, Suite 613
New York, New York 10007
Telephone: (212) 619-1900
Email: sfeder@resflaw.com

*Attorneys for Mark Nordlicht and Platinum Management (NY) LLC*

**LAWRENCE R. GELBER**

By:_____
        Lawrence R. Gelber
34 Plaza Street East, Suite 1107
Brooklyn, NY 11238
Telephone: (718) 683-2383
Email: Gelberlaw@aol.com

*Attorneys for Michael Nordlicht, Kevin Cassidy*

**THOMPSON & KNIGHT LLP**

By:_____
        Stuart Glick
        Nicholas Davis
        Brittney Edwards
900 Third Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 751-3392
Email: Stuart.glick@tklaw.com
        Nick.davis@tklaw.com
        Brittney.edwards@tklaw.com

*Attorneys for Michael Katz*

**MINTZ, LEVIN, COHN FERRIS GLOVSKY & POPEO, P.C.**

By:_____
        Therese M. Doherty
        LisaMarie F. Collins
666 Third Avenue
New York, NY 10017
Telephone: (212) 935-3000
Email: LCollins@mintz.com
        TMDoherty@mintz.com

*Attorneys for Michael Nordlicht, Kevin Cassidy and Meadows Capital LLC*

**[SIGNATURES CONTINUE FROM PRECEDING PAGE]**

**NOVAK JUHASE & STERN**

**REGOSIN, EDWARD, STONE & FEDER**

By:_____

By:_____

    Kim Steven Juhase
200 Sheffield St.,Suite 205
Mountainside, NJ 07092
Telephone: (908) 233-0045
Email: kimjuhase@cs.com

    Saul Feder
225 Broadway, Suite 613
New York, New York 10007
Telephone: (212) 619-1900
Email: sfeder@resflaw.com

*Attorney for Bernard Fuchs*

*Attorneys for Mark Nordlicht and Platinum
Management (NY) LLC*

**LAWRENCE R. GELBER**

**THOMPSON & KNIGHT LLP**

By:_____

By:_____

    Lawrence R. Gelber
34 Plaza Street East, Suite 1107
Brooklyn, NY 11238
Telephone: (718) 683-2383
Email: Gelberlaw@aol.com

    Stuart Glick
    Nicholas Davis
    Brittney Edwards
900 Third Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 751-3392
Email: Stuart.glick@tklaw.com
       Nick.davis@tklaw.com
       Brittney.edwards@tklaw.com

*Attorneys for Michael Nordlicht, Kevin
Cassidy*

**MINTZ LEVIN COHN FERRIS
GLOVSKY & POPEO, P.C.**

*Attorneys for Michael Katz*

By:_____

    Therese M. Doherty
    LisaMarie F. Collins
666 Third Avenue
New York, NY 10017
Telephone: (212) 935-3000
Email: LCollins@mintz.com
       TMDoherty@mintz.com

*Attorneys for Michael Nordlicht, Kevin
Cassidy and Meadows Capital LLC*

**JAKUBOWITZ & CHUANG LLP**

By: _____

Tovia Jakubowitz
3019 Avenue J
Brooklyn, NY 1210
Telephone: (347) 230-6622
Email: tovia@jclawllp.com

*Attorneys for Rockwell Fulton Capital, L.P.*
*Ditmas Park Capital, L.P.*

**DUANE MORRIS LLP**

By: _____

Eric R. Breslin
Melissa S. Geller
One Riverfront Plaza, Suite 1800
Newark, NJ 07102
Telephone: (973) 424-2000
Email: erbreslin@duanemorris.com
      msgeller@duanemorris.com

*Attorneys for Estate of Uri Landesman*

**WILSON, SONSINI, GOODRICH &**
**ROSATI, PC**


By: _____

Eli Bard Richlin
Jae Young Jeong
Katherine Talbot McCarthy
Michael S. Sommer
Morris J. Fodeman
1301 Avenue of The Americas, 40th Floor
New York, NY 10019
Telephone: (212) 447-7704
Email: erichlin@wsgr.com
      ajeong@wsgr.com
      kmccarthy@wsgr.com
      msommer@wsgr.com
      mfodeman@wsgr.com

*Attorneys for David Levy*

**GIBSON, DUNN & CRUTCHER LLP**


By: _____

Chantale Fiebig
Naima L. Farrell
1050 Connecticut Ave N.W.
Washington, DC 20036
Telephone: (202) 955-8244
Email: cfiebig@gibsondunn.com
      nfarrell@gibsondunn.com

*Attorneys for Dhruv Narain in the SHIP Action*

**[SIGNATURES CONTINUE FROM PRECEDING PAGE]**

**JAKUBOWITZ & CHUANG LLP**

By:_____
    Tovia Jakubowitz
3019 Avenue J
Brooklyn, NY 1210
Telephone: (347) 230-6622
Email: tovia@jclawllp.com

*Attorneys for Rockwell Fulton Capital, L.P.
Ditmas Park Capital, L.P.*

**DUANE MORRIS LLP**

By:_____
        Eric R. Breslin
        Melissa S. Geller
One Riverfront Plaza, Suite 1800
Newark, NJ 07102
Telephone: (973) 424-2000
Email: erbreslin@duanemorris.com
       msgeller@duanemorris.com

*Attorneys for Estate of Uri Landesman*

**WILSON, SONSINI, GOODRICH &
ROSATI, PC**

By:_____
    Eli Bard Richlin
    Jae Young Jeong
    Katherine Talbot McCarthy
    Michael S. Sommer
    Morris J. Fodeman
1301 Avenue of The Americas, 40th Floor
New York, NY 10019
Telephone: (212) 447-7704
Email: erichlin@wsgr.com
       ajeong@wsgr.com
       kmccarthy@wsgr.com
       msommer@wsgr.com
       mfodeman@wsgr.com

*Attorneys for David Levy*

**GIBSON, DUNN & CRUTCHER LLP**

By:_____
    Chantale Fiebig
    Naima L. Farrell
1050 Connecticut Ave N.W.
Washington, DC 20036
Telephone: (202) 955-8244
Email: cfiebig@gibsondunn.com
       nfarrell@gibsondunn.com

*Attorneys for Dhruv Narain in the SHIP Action*

**JAKUBOWITZ & CHUANG LLP**

By:_____
    Tovia Jakubowitz
3019 Avenue J
Brooklyn, NY 1210
Telephone: (347) 230-6622
Email: tovia@jclawllp.com

*Attorneys for Rockwell Fulton Capital, L.P.*
*Ditmas Park Capital, L.P.*

**DUANE MORRIS LLP**

By:_____
    Eric R. Breslin
    Melissa S. Geller
One Riverfront Plaza, Suite 1800
Newark, NJ 07102
Telephone: (973) 424-2000
Email: erbreslin@duanemorris.com
    msgeller@duanemorris.com

*Attorneys for Estate of Uri Landesman*

**WILSON, SONSINI, GOODRICH &
ROSATI, PC**

By:_____
    Eli Bard Richlin
    Jae Young Jeong
    Katherine Talbot McCarthy
    Michael S. Sommer
    Morris J. Fodeman
1301 Avenue of The Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Email: erichlin@wsgr.com
    ajeong@wsgr.com
    kmccarthy@wsgr.com
    msommer@wsgr.com
    mfodeman@wsgr.com

*Attorneys for David Levy*

**GIBSON, DUNN & CRUTCHER LLP**

By:_____
    Chantale Fiebig
    Naima L. Farrell
1050 Connecticut Ave N.W.
Washington, DC 20036
Telephone: (202) 955-8244
Email: cfiebig@gibsondunn.com
    nfarrell@gibsondunn.com

*Attorneys for Dhruv Narain in the SHIP Action*

**JAKUBOWITZ & CHUANG LLP**

**DUANE MORRIS LLP**

By:_____

By:_____

    Tovia Jakubowitz
3019 Avenue J
Brooklyn, NY 1210
Telephone: (347) 230-6622
Email: tovia@jclawllp.com

    Eric R. Breslin
    Melissa S. Geller
One Riverfront Plaza, Suite 1800
Newark, NJ 07102
Telephone: (973) 424-2000
Email: erbreslin@duanemorris.com
          msgeller@duanemorris.com

*Attorneys for Rockwell Fulton Capital, L.P.*
*Ditmas Park Capital, L.P.*

*Attorneys for Estate of Uri Landesman*

**WILSON, SONSINI, GOODRICH &**
**ROSATI, PC**

**GIBSON, DUNN & CRUTCHER LLP**

By:_____

By:_____
    Chantale Fiebig
    Naima L. Farrell
1050 Connecticut Ave N.W.
Washington, DC 20036
Telephone: (202) 955-8244
Email: cfiebig@gibsondunn.com
          nfarrell@gibsondunn.com

    Eli Bard Richlin
    Jae Young Jeong
    Katherine Talbot McCarthy
    Michael S. Sommer
    Morris J. Fodeman
1301 Avenue of The Americas, 40th Floor
New York, NY 10019
Telephone: (212) 447-7704
Email: erichlin@wsgr.com
      ajeong@wsgr.com
      kmccarthy@wsgr.com
      msommer@wsgr.com
      mfodeman@wsgr.com

*Attorneys for Dhruv Narain in the SHIP Action*

*Attorneys for David Levy*

**PARKER IBRAHIM & BERG LLP**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By:_____

James P. Berg
Daniel A. Schleifstein
Sanjay P. Ibrahim
5 Penn Plaza, Suite 2371
New York, New York 10001
Telephone: (212) 596-7037
Facsimile: (908) 333-6230
Email: james.berg@piblaw.com
        daniel.schleifstein@piblaw.com
        sanjay.ibrahim@piblaw.com

*Please respond to Somerset office:*

270 Davidson Avenue
Somerset, New Jersey 08873
Telephone: (908) 725-9700
Facsimile: (908) 333-6230

*Attorneys for Defendants BRE BCLIC
Primary, BRE BCLIC Sub, BRE WNIC 2013
LTC Primary and BRE WNIC 2013 LTC Sub*

By: ___ s/ Robert Fumerton _____

s/ William Ridgway

Robert Fumerton
Charles F. Smith
William Ridgway
Lara A. Flath
155 N. Wacker Drive
Chicago, Illinois
Telephone: (312) 407-0700
Email: charles.smith@skadden.com
        william.ridgway@skadden.com
        lara.flath@skadden.com

*Attorneys for Lincoln International LLP*

Dated: New York, New York
        May __, 2019

SO ORDERED:

_____
Jed S. Rakoff, U.S.D.J.

5653118.1                                 11

**PARKER IBRAHIM & BERG LLP**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By: _____

By: _____

James P. Berg
Daniel A. Schleifstein
Sanjay P. Ibrahim
5 Penn Plaza, Suite 2371
New York, New York 10001
Telephone: (212) 596-7037
Facsimile: (908) 333-6230
Email: james.berg@piblaw.com
      daniel.schleifstein@piblaw.com
      sanjay.ibrahim@piblaw.com

Robert Fumerton
Charles F. Smith
William Ridgway
Lara A. Flath
155 N. Wacker Drive
Chicago, Illinois
Telephone: (312) 407-0700
Email: charles.smith@skadden.com
      william.ridgway@skadden.com
      lara.flath@skadden.com

*Please respond to Somerset office:*

*Attorneys for Lincoln International LLP*

270 Davidson Avenue
Somerset, New Jersey 08873
Telephone: (908) 725-9700
Facsimile: (908) 333-6230

*Attorneys for Defendants BRE BCLIC
Primary, BRE BCLIC Sub, BRE WNIC 2013
LTC Primary and BRE WNIC 2013 LTC Sub*

\*\*Subject to Defendants' preservation of, and
without waiver of, any rights to object to the
propriety of the foregoing trusts as identified
and pled in the Complaint\*\*

Dated: New York, New York
     May 2, 2019

SO ORDERED:

_____
Jed S. Rakoff, U.S.D.J.

11