UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| IN RE PLATINUM BEECHWOOD LITIGATION, | No. 1:18-cv-06658-JSR |

---

| | |
|---|---|
| MARTIN TROTT and CHRISTOPHER SMITH, as Joint Official Liquidators and Foreign Representatives of PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P. (in Official Liquidation) and PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P. (in Official Liquidation), | No. 1:18-cv-10936-JSR |
| Plaintiffs, | VOLUNTARY DISMISSAL OF CROSS-CLAIMS FROM ANSWER OF DEFENDANT BERNARD FUCHS |
| -v- | |
| PLATINUM MANAGEMENT (NY) LLC, et al | |
| Defendants | |

Defendant Bernard Fuchs, by his attorneys, Novak, Juhase & Stern, pursuant to F.R.C.P. 41(a) & (c), states as follows:

1. He hereby voluntarily dismisses all of his cross-claims against defendants Estate of Uri Landesman, David Ottensoser, Michael Katz, Kevin Cassidy, Daniel Saks, Moshe M. Feuer a/k/a Mark Feuer, Scott Taylor, Dhruv Narain and Illumin Capital Management LP.

Dated: May 8, 2019

s/ Alexander Novak
Alexander Novak GAN 1239
Novak Juhase & Stern LLP
483 Chestnut Street
Cedarhurst NY 11516
*Attorneys for Defendant Bernard Fuchs.*
**Email: Novak@njslaw.com**