UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
In re PLATINUM-BEECHWOOD LITIGATION : 18-cv-6658 (JSR)
------------------------------------ x
SENIOR HEALTH INSURANCE COMPANY OF :
PENNSYLVANIA, : 18-cv-6658 (JSR)
:
Plaintiff, :
:
-v- :
:
BEECHWOOD RE LTD., et al., :
:
Defendants. :
------------------------------------ x
MARTIN TROTT, et al., :
: 18-cv-10936 (JSR)
Plaintiffs, :
:
-v- :
:
PLATINUM MANAGEMENT (NY) LLC, et :
al., :
:
Defendants. :
------------------------------------ x
MELANIE L. CYGANOWSKI, :
: 18-cv-12018 (JSR)
Plaintiff, :
: ORDER
-v- :
:
BEECHWOOD RE LTD., et al., :
:
Defendants. :
------------------------------------ x

JED S. RAKOFF, U.S.D.J.

This will confirm in writing the orders orally issued by the Court during a joint telephone conference at approximately 4:50 p.m. today:

-1-

(1) A supplemental report by the expert for defendants David Bodner, Murray Huberfeld, Estate of Landesman, Kevin Cassidy, and Michael Nordlicht in the <u>Trott</u> action may be filed by January 31, 2020.

(2) In all other respects, the discovery cutoff deadline of December 31, 2019 remains the same.

Because of the supplemental report, post-discovery summary judgment papers must now be filed on the following schedule: (a) moving papers on February 14, 2020; (b) answering papers on March 6, 2020; and (c) reply papers on March 13, 2020. A final pre-trial conference, as well as oral argument on any post-discovery summary judgment motions, shall be held at 3:30 PM on March 20, 2020. No further adjournment of these dates will be granted.

SO ORDERED.

Dated: New York, NY
December 23, 2019

JED S. RAKOFF, U.S.D.J.