# EXHIBIT 4

```
                                                                    1
 1

 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    CASE NO. 18-CV-6658(JSR)
      CASE NO. 18-CV-10936(JSR)
 4    --------------------------------------------
      IN RE:  PLATINUM-BEECHWOOD LITIGATION
 5    --------------------------------------------
      MARTIN TROTT and CHRISTOPHER SMITH, as Joint
 6    Official Liquidators and
      Foreign Representatives of
 7    PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P.
      (in Official Liquidation), and
 8    PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P.
      (in Official Liquidation ),
 9
               Plaintiffs,
10
          vs.
11

12    PLATINUM MANAGEMENT (NY) LLC, et al.,

13             Defendants.
      -------------------------------------------
14
                        VOLUME I
15
            TRANSCRIPT OF VIDEOTAPED DEPOSITION OF
16                    MURRAY HUBERFELD

17             TRANSCRIPT of the stenographic notes of

18    the proceedings in the above-entitled matter, as

19    taken by and before TAB PREWETT, a Registered

20    Professional Reporter, a Certified LiveNote

21    Reporter, Certified Shorthand Reporter and Notary

22    Public, held at the offices of US Legal Support

23    Company, 90 Broad Street, Suite 603, New York,

24    New York, on Monday, November 25, 2019,

25    commencing at 10:06 a.m.
```

                                                                    15

1                    Murray Huberfeld
2     involved with a plane.
3          Q     Do you have an ownership interest
4     in that company?
5          A     I don't know.
6          Q     Does Ms. Laura Huberfeld have an
7     ownership interest in that company?
8          A     I don't know.
9          Q     The Brian Jedwab Grantor Trust?
10         A     I believe that was some entity
11    involved, again, with a side investment, that
12    manages one of the side investments.
13         Q     Which side investment?
14         A     I don't remember which one.
15         Q     Do you know Manor Lane Management?
16         A     Yes.
17         Q     What is that?
18         A     Manor Lane Management is the
19    management company owned by myself; it manages
20    some of my businesses and pays some expenses.
21         Q     Do you know whether Manor Lane
22    Management maintained a 33 percent interest,
23    beneficiary interest, in the Brian D. Jedwab
24    Grantor Trust?
25         A     I'm not sure.

49

Murray Huberfeld

Q    Please tell me your recollection of how the relationship between Platinum Partners and Centurion started.

A    Please be -- what was related?  Ask me the question.  I'm happy to answer it.

Q    I think you said earlier that, when Platinum Partners started, you seeded Mr. Nordlicht.

Is that accurate?

A    I was one of the people that seeded Mr. Nordlicht.  Correct.

Q    Who else seeded Mr. Nordlicht?

A    I believe Mr. Bodner as well.

Q    And what was your role in Platinum Partners, other than seeding Mr. Nordlicht?

A    Again, what -- what time period?

Q    In the beginning, 2003.

A    I didn't have any management role. The only role I may have had is making some introductions to potential investors.

Q    Did there come a time after when you did have a management role at Platinum Partners?

A    Are you discussing PPVA?

                                                                56
                     Murray Huberfeld

             You may answer.
     A    No.
     Q    You don't recall having the ability
to say "no" to a particular investment decision
of PPVA?
             MR. DANIELS:  Same objection.
             You may answer.
     A    I'm trying to answer accurately.
What is -- what's the question exactly?
     Q    If you were -- if Mr. Nordlicht,
for example, consulted you on an investment
decision, could you say, "We're not doing it?"
     A    No.
     Q    Do you recall being involved in the
issuance of the press release that you're looking
at here?
     A    I don't.
     Q    We went through a number of
entities earlier, and I believe you said you
seeded Mr. Nordlicht in connection with PPVA
initially, with Mr. Bodner?
     A    Correct.
     Q    Do you -- I asked you earlier why
you might choose to have a particular investment

[11/25/2019 10:06 AM] 2019.11.25 Huberfeld, Murray - Vol. 01 [...

73

Murray Huberfeld

1
2   A    I can't answer that accurately.
3   Q    Do you believe you had an interest
4   in the profits of Platinum Management?
5   A    Like I said, again, Manor Lane was
6   getting part of the -- getting part of the income
7   from the incentive fees through Platinum Partners
8   Management Company, through the trust.
9   Q    Did there come a time when you no
10  longer had an interest in Platinum Management?
11  A    I believe towards the end of
12  Platinum, sometime in the spring of 2016, we gave
13  up or transferred our ownership interest in the
14  fund.
15  Q    You have a memory of that?
16  A    I do.
17  Q    And do you recall why you did that?
18  A    Yes.  I think Mark Nordlicht
19  approached us and, at the time, was trying to
20  raise money for the fund.  And he asked us if we
21  would give up our management company interest in
22  a way that he would be able to use that to raise
23  additional moneys for the fund.
24  Q    And did you effectuate the release
25  of your interest?  Ultimately, did that come to

74

1              Murray Huberfeld
2     fruition that you gave up your interest?
3          A     I'm not sure.  I think so, but I'm
4     not 100 percent sure.
5          Q     Did you sell your interest?
6          A     I don't know.
7          Q     Marked as Exhibit 592 is a release
8     agreement.
9                (Exhibit No. 592, Release Agreement
10          is marked by the reporter for
11          identification.)
12         Q     I'll just ask you if you've seen it
13     before.
14         A     Okay.
15         Q     Have you seen it before?
16         A     I remember vaguely.
17         Q     If you flip to the second-to-final
18     page, there's a signature with your -- that bears
19     Murray Huberfeld.
20         A     Yes, I see it.
21         Q     Is that your signature?
22         A     I think so.
23         Q     Do you recall signing it?
24         A     No.
25         Q     But you do recall giving up your

[11/25/2019 10:06 AM] 2019.11.25 Huberfeld, Murray - Vol. 01 [...

75

1       Murray Huberfeld

2  interest in Platinum Management around March

3  of 2016?

4       A    I recall that being discussed, and

5  I think that's what happened.

6       Q    And was -- I'm not going to ask you

7  what they advised you:

8            But was Curtis Mallet advising you

9  in connection with that transaction?

10      A    I have a vague recollection that

11 Curtis Mallet was advising the fund.  I don't

12 know whether they were advising us.  I'm not

13 sure.

14      Q    If you see four pages from the

15 back, there's some notice -- there's some

16 notices; and it says, "If" -- "If" -- "If, to

17 Huberfeld, to Murray Huberfeld, Manor Lane, with

18 a copy to Curtis Mallet."

19           (Reporter clarification.)

20      Q    Page six, "If" -- "If to

21 Huberfeld"?

22      A    I see that.

23      Q    And does that refresh your

24 recollection about who was representing you?

25      A    It doesn't.  But Curtis Mallet was

[11/25/2019 10:06 AM] 2019.11.25 Huberfeld, Murray - Vol. 01 [...