# EXHIBIT 8

1

2    SOUTHERN DISTRICT OF NEW YORK

3    UNITED STATES DISTRICT COURT
     CASE NO. 18-CV-6658 (JSR)
4    CASE NO. 18-CV-10936 (JSR)
     -----------------------------------------
5
     IN RE:  PLATINUM-BEECHWOOD LITIGATION
6
     -----------------------------------------
7
     MARTIN TROTT and CHRISTOPHER SMITH,
8    as Joint Official Liquidators and
     Foreign Representatives of PLATINUM
9    PARTNERS VALUE ARBITRAGE FUND L.P.
     (in Official Liquidation), and
10   PLATINUM PARTNERS VALUE ARBITRAGE
     FUND L.P. (in Official Liquidation),
11
              Plaintiffs,
12
        vs.
13
     PLATINUM MANAGEMENT (NY) LLC, et al.,
14
              Defendants.
15
     -----------------------------------------
16

17

18      30(b)(6) VIDEOTAPED DEPOSITION OF

19      PLATINUM MANAGEMENT NEW YORK, LLC

20         BY JOSEPH SANFILIPPO

21
           Friday, December 27, 2019
22              9:30 a.m.

23

24   Reported by:
     Joan Ferrara, RMR, FCRR
25   Job No. 295148

```
 1              J. SanFilippo
 2      A.    Okay.
 3      Q.    Do you see what Tab 132 is?
 4      A.    I do, yes.
 5      Q.    Does it appear to be a side
 6   letter?
 7      A.    It appears to be a letter.  I
 8   don't know if I would call it a side
 9   letter, but it's definitely a letter --
10   it's some sort of agreement.
11      Q.    It's some sort of agreement?
12      A.    Yes.
13      Q.    It appears to be, I agree?
14      A.    Yes.
15      Q.    And the signatories are marked
16   Nordlicht and Mark Feuer?
17      A.    Yes.
18      Q.    You do know who Mark Nordlicht
19   is?
20      A.    I do know who Mark Nordlicht is.
21      Q.    Okay.
22            He was the -- let's get the
23   record -- he was the chief investment
24   officer of PPVA?
25      A.    He was the chief investment
```

```
 1              J. SanFilippo
 2   officer of Platinum Management New York
 3   LLC, who was the investment manager of
 4   PPVA.
 5        Q.    Fine.
 6              And you do know who Mark Feuer
 7   is?
 8        A.    I know who Mark Feuer is, yes.
 9        Q.    And who was he?
10        A.    He was a principal at Beechwood.
11        Q.    Okay.
12              Assume for the purposes of this
13   question that this is a valid document,
14   which I will let you know PPVA has
15   disputed.
16        A.    Okay.
17        Q.    But assume that it was valid.
18        A.    Okay.
19        Q.    So how would PPVA -- because you
20   just said Platinum is the investment
21   manager, right, and it would make reports
22   to PPVA, its general partner, right?
23        A.    That's correct.
24        Q.    Okay.
25              And PPVA -- Platinum Management
```

```
 1                  J. SanFilippo
 2             MR. GLUCK:  So for the record,
 3        Tab 2 is a Release Agreement.  As we
 4        go through these, the exhibit which is
 5        SF-1, we're referring to documents as
 6        being tab this or tab that.
 7             MR. PROVENZANO:  Warren, if we
 8        don't have enough copies of the
 9        binder, can you read the control
10        number into the record?
11             MR. GLUCK:  I can.  This is
12        control number BODNER 1.
13             MR. PROVENZANO:  Thank you.
14   BY MR. GLUCK:
15        Q.   I won't ask you to read the
16   entire document.  What I'll ask you to do
17   is sort of scan it and let me know, have
18   you seen this document before?
19        A.   All right.  What was the
20   question?
21        Q.   Have you seen the document
22   before?
23        A.   It is very possible I've seen
24   this document before.  I don't remember
25   specifically.  But I was familiar with the
```

76

1              J. SanFilippo

2    content of this document at some period of

3    time.

4         Q.    Now, what's the content of the

5    document?

6         A.    Basically it is an agreement

7    between the members, beneficiaries of the

8    Grantor Trust and all the parties

9    associated with ownership in Platinum

10   Management New York and all of the, I'm

11   going to say all of the management entities

12   of, we'll call it Platinum Partners.

13        Q.    Fine.  Let's call it the Platinum

14   Partners Management companies.

15        A.    Yes.  That certain of the members

16   would no longer be beneficial owners and

17   others would become beneficial owners, I

18   believe.  And when I say "others," I guess

19   I'm referring to Mr. Fuchs, although I

20   haven't read this in -- I haven't read

21   every letter of this document, but that is

22   my general understanding.

23        Q.    Well --

24        A.    Or Mr. Fuchs may have already

25   been a member at this point.  This is 2016?

```
 1                J. SanFilippo
 2        Q.     This is March of 2016.
 3        A.     Yes.
 4        Q.     Which is a relevant time period.
 5        A.     So it's an agreement between the
 6   current members of the management company
 7   at that time period.
 8        Q.     Okay.
 9        A.     Which basically states that the
10   Bodner and Huberfeld-related entities would
11   no longer be beneficial owners in the
12   management companies.
13        Q.     Okay.
14        A.     Through trusts or whatever
15   entities.
16        Q.     This is Bodner and Huberfeld
17   selling their interests?
18        A.     I don't know what -- I really
19   don't know what the consideration was.
20             MS. FEUERSTEIN:  Objection.
21   BY MR. GLUCK:
22        Q.     Good, yes.  I was just about to
23   ask.
24        A.     So I don't know if it was a sale
25   or some other agreement or --
```

```
1              J. SanFilippo

2      Q.   I was just -- that's my next

3  question.

4           Do you know what was paid to the

5  entities, the Huberfeld and

6  Bodner-affiliated entities in exchange for

7  them just giving up their rights to

8  millions of fees?

9      A.   I don't know.

10     Q.   Would it surprise you if there

11  was a single answer which was there was no

12  money paid?  Would that surprise you?

13     A.   I honestly don't know.  I don't

14  want to speculate.  There could have been

15  some other consideration maybe that was not

16  monetary.  I have no idea.

17     Q.   Sure.

18          If you flip to Tab 3, have you

19  seen that document before?

20     A.   No.

21     Q.   I'm just going to turn your

22  attention to the third paragraph.

23     A.   I just don't understand the last

24  part of that paragraph.  Maybe there was

25  something on this.  It says here, in the
```

83

```
1                J. SanFilippo
2    Huberfeld were going to be sued was.
3        A.    I'm going to tell you that -- I
4    don't know how to answer this because I
5    only have my personal knowledge, I don't
6    necessarily have all the knowledge of
7    Platinum Management.  Based on my
8    knowledge, I have no idea.
9        Q.    Okay, and that's Platinum
10   Management's response.
11              Sitting here today, you know that
12   the ownership interests in Platinum
13   Management, the Platinum family of
14   companies, PPVA, PPCO, from when you worked
15   there, 2005 to 2016, those were valuable
16   interests, right?
17       A.    They were, yes.
18       Q.    Yeah.
19              65 percent of all the fees was
20   hundreds of millions of dollars, right?
21       A.    Potentially, yeah.
22       Q.    No, in fact, though, fees were
23   paid from 2005 to 2016, hundreds of
24   millions, right?
25       A.    I don't know that for a fact.
```