# EXHIBIT 10

Platinum Partners Value Arbitrage Fund (International), Ltd

| Beg Shares | Beg NAV per Share | Beginning Value | Adjusted Beg Shares | Adjusted Beg NAV per Share | Adjusted Beginning Value | Share Transfer | Value | Ending Shares | December 31, 2015 Ending NAV per Share | Ending Value | Net Income |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2,465.63850 | | 7,822,506.47090 | $ 2,465.84 | | | | | 965.28480 | 3,440.86 | $ 3,321,432.15 | |
| 1,378.42850 | | 3,023,256.30000 | $ 1,378.42 | | | | | 539.84480 | 2,378.74 | $ 1,283,675.14 | |
| 1,068.51250 | | 1,950,845.23000 | $ 1,068.51 | | | | | 426.14850 | 1,949.14 | $ 830,619.73 | |
| | | - | $ - | | | | | 8,311.68050 | 943.37 | $ 7,841,199.31 | |
| | | | | 1,478.20 | $ | | | 578.70790 | | | |
| | | | | 729.57 | $ | | | 295.62150 | 8,712.1384 | | |
| | | | | - | $ | | | 8,529.91670 | | | |
| | | | | | | | | | | | |

Total Rutherford Family Foundation

| | | | | | | | | 9,494.2481 | | | 421,021.55 |

HFF000511