# EXHIBIT 13

| Form **990-PF** | Return of Private Foundation | OMB No. 1545-0052 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | or Section 4947(a)(1) Nonexempt Charitable Trust<br>Treated as a Private Foundation<br>Note. The foundation may be able to use a copy of this return to satisfy state reporting requirements. | **2008** |

For calendar year 2008, or tax year beginning _____, and ending _____

G Check all that apply: ☐ Initial return ☐ Final return ☐ Amended return ☐ Address change ☐ Name change

| Use the IRS label. Otherwise, print or type. See Specific Instructions. | Name of foundation<br>**HUBERFELD FAMILY FOUNDATION INC** | A Employer identification number<br>**13-4042543** |
|---|---|---|
| | Number and street (or P.O. box number if mail is not delivered to street address)  Room/suite<br>**152 WEST 57TH STREET** | B Telephone number<br>**212-571-0500** |
| | City or town, state, and ZIP code<br>**NEW YORK, NY  10019** | C If exemption application is pending, check here ☐<br>D 1. Foreign organizations, check here ☐<br>   2. Foreign organizations meeting the 85% test, check here and attach computation ☐ |

H Check type of organization: [X] Section 501(c)(3) exempt private foundation
☐ Section 4947(a)(1) nonexempt charitable trust  ☐ Other taxable private foundation

I Fair market value of all assets at end of year (from Part II, col. (c), line 16) ▶$ **31504312.**

J Accounting method: [X] Cash  ☐ Accrual  ☐ Other (specify) _____
(Part I, column (d) must be on cash basis.)

E If private foundation status was terminated under section 507(b)(1)(A), check here ☐
F If the foundation is in a 60-month termination under section 507(b)(1)(B), check here ☐

**Part I** Analysis of Revenue and Expenses
(The total of amounts in columns (b), (c), and (d) may not necessarily equal the amounts in column (a).)

| | | (a) Revenue and expenses per books | (b) Net Investment Income | (c) Adjusted net Income | (d) Disbursements for charitable purposes (cash basis only) |
|---|---|---|---|---|---|
| 1 | Contributions, gifts, grants, etc., received | 4272000. | | N/A | |
| 2 | Check ▶ ☐ if the foundation is not required to attach Sch. B | | | | |
| 3 | Interest on savings and temporary cash investments | 38558. | 38558. | | STATEMENT 1 |
| 4 | Dividends and interest from securities | 978502. | 978502. | | STATEMENT 2 |
| 5a | Gross rents | | | | |
| b | Net rental income or (loss) | | | | |
| 6a | Net gain or (loss) from sale of assets not on line 10 | 3582435. | | | |
| b | Gross sales price for all assets on line 6a  5408347. | | | | |
| 7 | Capital gain net income (from Part IV, line 2) | | 3582435. | | |
| 8 | Net short-term capital gain | | | | |
| 9 | Income modifications | | | | |
| 10a | Gross sales less returns and allowances | | | | |
| b | Less: Cost of goods sold | | | | |
| c | Gross profit or (loss) | | | | |
| 11 | Other income | | | | |
| 12 | Total. Add lines 1 through 11 | 8871495. | 4599495. | | |
| 13 | Compensation of officers, directors, trustees, etc. | 0. | 0. | | 0. |
| 14 | Other employee salaries and wages | | | | |
| 15 | Pension plans, employee benefits | | | | |
| 16a | Legal fees | | | | |
| b | Accounting fees  STMT 3 | 6480. | 0. | | 0. |
| c | Other professional fees | | | | |
| 17 | Interest | | | | |
| 18 | Taxes  STMT 4 | 37406. | 0. | | 0. |
| 19 | Depreciation and depletion | | | | |
| 20 | Occupancy | | | | |
| 21 | Travel, conferences, and meetings | | | | |
| 22 | Printing and publications | | | | |
| 23 | Other expenses  STMT 5 | 905. | 0. | | 0. |
| 24 | Total operating and administrative expenses. Add lines 13 through 23 | 44791. | 0. | | 0. |
| 25 | Contributions, gifts, grants paid | 3227564. | | | 3227564. |
| 26 | Total expenses and disbursements. Add lines 24 and 25 | 3272355. | 0. | | 3227564. |
| 27 | Subtract line 26 from line 12: | | | | |
| a | Excess of revenue over expenses and disbursements | 5599140. | | | |
| b | Net investment income (if negative, enter -0-) | | 4599495. | | |
| c | Adjusted net income (if negative, enter -0-) | | | N/A | |

LHA  For Privacy Act and Paperwork Reduction Act Notice, see the instructions.   Form **990-PF** (2008)

Form 990-PF (2008)   HUBERFELD FAMILY FOUNDATION INC   13-4042543   Page 6

## Part VII-B | Statements Regarding Activities for Which Form 4720 May Be Required (continued)

5a During the year did the foundation pay or incur any amount to:
  (1) Carry on propaganda, or otherwise attempt to influence legislation (section 4945(e))? ☐ Yes ☒ No
  (2) Influence the outcome of any specific public election (see section 4955); or to carry on, directly or indirectly, any voter registration drive? ☐ Yes ☒ No
  (3) Provide a grant to an individual for travel, study, or other similar purposes? ☐ Yes ☒ No
  (4) Provide a grant to an organization other than a charitable, etc., organization described in section 509(a)(1), (2), or (3), or section 4940(d)(2)? ☐ Yes ☒ No
  (5) Provide for any purpose other than religious, charitable, scientific, literary, or educational purposes, or for the prevention of cruelty to children or animals? ☐ Yes ☒ No
b If any answer is "Yes" to 5a(1)-(5), did any of the transactions fail to qualify under the exceptions described in Regulations section 53.4945 or in a current notice regarding disaster assistance (see instructions)? N/A   5b
  Organizations relying on a current notice regarding disaster assistance check here ▶ ☐
c If the answer is "Yes" to question 5a(4), does the foundation claim exemption from the tax because it maintained expenditure responsibility for the grant? N/A ☐ Yes ☐ No
  If "Yes," attach the statement required by Regulations section 53.4945-5(d).
6a Did the foundation, during the year, receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? ☐ Yes ☒ No
b Did the foundation, during the year, pay premiums, directly or indirectly, on a personal benefit contract?   6b   X
  If you answered "Yes" to 6b, also file Form 8870.
7a At any time during the tax year, was the foundation a party to a prohibited tax shelter transaction? ☐ Yes ☒ No
b If yes, did the foundation receive any proceeds or have any net income attributable to the transaction? N/A   7b

## Part VIII | Information About Officers, Directors, Trustees, Foundation Managers, Highly Paid Employees, and Contractors

1 List all officers, directors, trustees, foundation managers and their compensation.

| (a) Name and address | (b) Title, and average hours per week devoted to position | (c) Compensation (If not paid, enter -0-) | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account, other allowances |
|---|---|---|---|---|
| MURRAY HUBERFELD<br>15 MANOR LANE<br>LAWRENCE, NY 11559 | PRESIDENT/DIRECTOR<br>0.00 | 0. | 0. | 0. |
| SEYMOUR HUBERFELD<br>24 BRIARWOOD LANE<br>LAWRENCE, NY 11559 | SECRTY/TREAS/DIRECTOR<br>0.00 | 0. | 0. | 0. |
| RAE HUBERFELD<br>1409 EAST 24TH STREET<br>BROOKLYN, NY 11210 | DIRECTOR<br>0.00 | 0. | 0. | 0. |

2 Compensation of five highest-paid employees (other than those included on line 1). If none, enter "NONE."

| (a) Name and address of each employee paid more than $50,000 | (b) Title, and average hours per week devoted to position | (c) Compensation | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account, other allowances |
|---|---|---|---|---|
| NONE | | | | |

Total number of other employees paid over $50,000 ▶   0

Form 990-PF (2008)

CONTINUATION FOR 990-PF, PART IV
PAGE 1 OF 1

HUBERFELD FAMILY FOUNDATION INC   13-4042543

**Part IV** Capital Gains and Losses for Tax on Investment Income

| (a) List and describe the kind(s) of property sold, e.g., real estate, 2-story brick warehouse; or common stock, 200 shs. MLC Co. | (b) How acquired P - Purchase D - Donation | (c) Date acquired (mo., day, yr.) | (d) Date sold (mo., day, yr.) |
|---|---|---|---|
| a PLATINUM VALUE ARBITRAGE INTERNATIONAL | P | VARIOUS | 01/31/08 |
| b PLATINUM VALUE ARBITRAGE INTERNATIONAL | P | VARIOUS | 02/28/08 |
| c PLATINUM VALUE ARBITRAGE INTERNATIONAL | P | VARIOUS | 03/31/08 |
| d PLATINUM VALUE ARBITRAGE INTERNATIONAL | P | VARIOUS | 06/30/08 |
| e PLATINUM VALUE ARBITRAGE INTERNATIONAL | P | VARIOUS | 09/30/08 |
| f PLATINUM VALUE ARBITRAGE INTERNATIONAL | P | VARIOUS | 10/31/08 |
| g MENGOLD RESOURCES INC | P | VARIOUS | 03/05/08 |
| h MENGOLD RESOURCES INC | P | VARIOUS | 04/04/08 |

| (e) Gross sales price | (f) Depreciation allowed (or allowable) | (g) Cost or other basis plus expense of sale | (h) Gain or (loss) (e) plus (f) minus (g) |
|---|---|---|---|
| a 300000. | | 107915. | 192085. |
| b 300000. | | 106587. | 193413. |
| c 300000. | | 108136. | 191864. |
| d 3500000. | | 1157131. | 2342869. |
| e 500000. | | 168433. | 331567. |
| f 500000. | | 170278. | 329722. |
| g 5400. | | 4869. | 531. |
| h 2947. | | 2563. | 384. |

Complete only for assets showing gain in column (h) and owned by the foundation on 12/31/69

| (i) F.M.V. as of 12/31/69 | (j) Adjusted basis as of 12/31/69 | (k) Excess of col. (i) over col. (j), if any | (l) Losses (from col. (h)) Gains (excess of col. (h) gain over col. (k), but not less than "-0-") |
|---|---|---|---|
| a | | | 192085. |
| b | | | 193413. |
| c | | | 191864. |
| d | | | 2342869. |
| e | | | 331567. |
| f | | | 329722. |
| g | | | 531. |
| h | | | 384. |

2  Capital gain net income or (net capital loss) ..... { If gain, also enter in Part I, line 7
                                                        If (loss), enter "-0-" in Part I, line 7 }  .......  2   3582435.

3  Net short-term capital gain or (loss) as defined in sections 1222(5) and (6):
   If gain, also enter in Part I, line 8, column (c).
   If (loss), enter "-0-" in Part I, line 8   .................................................  3   N/A

HUBERFELD FAMILY FOUNDATION INC                                                    13-4042543

FORM 990-PF   INTEREST ON SAVINGS AND TEMPORARY CASH INVESTMENTS   STATEMENT   1

| SOURCE | AMOUNT |
|---|---|
| METROPOLITAN NATIONAL BANK | 34979. |
| SIGNATURE BANK | 3579. |
| TOTAL TO FORM 990-PF, PART I, LINE 3, COLUMN A | 38558. |

FORM 990-PF         DIVIDENDS AND INTEREST FROM SECURITIES         STATEMENT   2

| SOURCE | GROSS AMOUNT | CAPITAL GAINS DIVIDENDS | COLUMN (A) AMOUNT |
|---|---|---|---|
| EXCELL FINANCIAL CORP | 274500. | 0. | 274500. |
| HSBC BANK | 70281. | 0. | 70281. |
| JH DARBIE | 22. | 0. | 22. |
| KIMMEL & KIMMEL | 534727. | 0. | 534727. |
| NORMAN SEIDENFELD | 42942. | 0. | 42942. |
| VALLEY NATIONAL BANK | 56030. | 0. | 56030. |
| TOTAL TO FM 990-PF, PART I, LN 4 | 978502. | 0. | 978502. |

FORM 990-PF                      ACCOUNTING FEES                      STATEMENT   3

| DESCRIPTION | (A) EXPENSES PER BOOKS | (B) NET INVEST- MENT INCOME | (C) ADJUSTED NET INCOME | (D) CHARITABLE PURPOSES |
|---|---|---|---|---|
| ACCOUNTING | 6480. | 0. |  | 0. |
| TO FORM 990-PF, PG 1, LN 16B | 6480. | 0. |  | 0. |

HUBERFELD FAMILY FOUNDATION INC                                          13-4042543

FORM 990-PF          OTHER NOTES AND LOANS REPORTED SEPARATELY          STATEMENT  6

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| KAREN KATZ | 600/MO. | 6.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 03/29/00 | 05/29/04 | 30000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST INDIVIDUAL IN NEED |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 25625. | 0. | 25625. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| CHABAD OF CUPATURO | 556/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 10/19/04 | 10/19/07 | 20000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST RELIGIOUS ORGANIZATION |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 2222. | 0. | 2222. |

HUBERFELD FAMILY FOUNDATION INC                                    13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| MORTGAGES RECEIVABLE | VARIOUS | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| VARIOUS | VARIOUS | 6210000. | REAL ESTATE MORTGAGES | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| REAL ESTATE MORTGAGE | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 4910000. | 0. | 4910000. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| UNITED JEWISH GEMACH | 833./MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 3/29/05 | 03/29/08 | 30000. | NONE | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST RELIGIOUS ORGANIZATION |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

HUBERFELD FAMILY FOUNDATION INC                                                13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| YESHIVA S'HOR YOSHUV | 10000/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 03/20/07 | 02/20/07 | 100000. | NONE | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST EDUCATIONAL INSTITUTION |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| AMERICAN FRIENDS OF CHESED L'ORCHIM | 4000/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 2/14/05 | 12/14/10 | 160000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST RELIGIOUS ORGANIZATION |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 80400. | 0. | 80400. |

HUBERFELD FAMILY FOUNDATION INC                                              13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| TORAH ACADEMY FOR GIRLS | 12500/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 03/08/07 | 01/08/07 | 125000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST EDUCATIONAL INSTITUTION |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| NORMAN KUPFERSTEIN | 5000/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 3/29/07 | 03/01/08 | 50000. | NONE | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTY | ASSIST INDIVIDUAL IN NEED |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

HUBERFELD FAMILY FOUNDATION INC                                                13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| EXCELL FINANCIAL CORP | AT MATURITY | 9.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | | FMV OF CONSIDERATION |
|---|---|---|---|---|---|
| 05/09/07 | 08/15/08 | 3000000. | | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| CORP & PERSONAL GUARANTIES | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 3000000. | 0. | 3000000. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| YESHIVA KETANA | 2 PAYMENTS | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | | FMV OF CONSIDERATION |
|---|---|---|---|---|---|
| 8/06/07 | 07/15/08 | 125000. | | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST EDUCATIONAL INSTITUTION |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

HUBERFELD FAMILY FOUNDATION INC                                                      13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| IRWIN GOLDSTEIN | 700/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 05/22/07 | | 18500. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTY | HELP NEEDY INDIVIDUAL |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 7400. | 0. | 7400. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| WILLIAM LIPMAN | 500/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 12/31/07 | 02/03/10 | 12000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTY | HELP NEEDY INDIVIDUAL |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 7000. | 0. | 7000. |

HUBERFELD FAMILY FOUNDATION INC                                              13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| YESHIVA KETANA | | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 01/16/08 | | 200000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST EDUCATIONAL INSTITUTION |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| RETURN SHUVU | 15000/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 4/16/08 | 03/03/09 | 150000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST RELIGIOUS ORGANIZATION |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 45000. | 0. | 45000. |

HUBERFELD FAMILY FOUNDATION INC                                              13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| YESHIVA DARCHEI TORAH | 13889/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 06/30/08 | 02/10/10 | 250000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST RELIGIOUS ORGANIZATION |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 180555. | 0. | 180555. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| NAFTALI FEIGENBAUM | 500/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 1/03/08 | 09/03/09 | 5000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | HELP NEEDY INDIVIDUAL |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 5000. | 0. | 5000. |

HUBERFELD FAMILY FOUNDATION INC                                          13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| TRISTATE PODIATRY PC | 2222/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 01/07/08 | 12/07/08 | 20000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | HELP NEEDY INDIVIDUAL |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 13333. | 0. | 13333. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| YESHIVA KETANA OF LONG ISLAND | 10000/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 1/16/08 | 07/16/09 | 100000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST EDUCATIONAL INSTITUTION |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 70000. | 0. | 70000. |

HUBERFELD FAMILY FOUNDATION INC                                                   13-4042543

| BORROWER'S NAME | | | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|---|---|
| YESHIVA KETANA OF LONG ISLAND | | | 10000/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 08/14/08 | 05/16/10 | 100000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST EDUCATIONAL INSTITUTION |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 100000. | 0. | 100000. |

| BORROWER'S NAME | | | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|---|---|
| SAMUEL REICH | | | 1666/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 2/24/08 | 01/24/09 | 5018. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| | ASSIST INDIVIDUAL IN NEED |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 1666. | 0. | 1666. |

HUBERFELD FAMILY FOUNDATION INC                                              13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| D. REIS | | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 12/01/08 | 12/01/09 | 25000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| | ASSIST INDIVIDUAL IN NEED |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 25000. | 0. | 25000. |
| TOTAL TO FORM 990-PF, PART II, LINE 7 | 8473201. | 0. | 8473201. |

FORM 990-PF                              CORPORATE STOCK                          STATEMENT   7

| DESCRIPTION | BOOK VALUE | FAIR MARKET VALUE |
|---|---|---|
| PLATINUM PARTNERS VALUE ARBITRAGE (INTERNATIONAL) LTD | 3764144. | 9243320. |
| MENGOLD RESOURCES INC | 306469. | 28699. |
| TINTIC GOLD MINES | 58000. | 30450. |
| GREY2 OFFSHORE FUND LTD | 1000000. | 919307. |
| TOTAL TO FORM 990-PF, PART II, LINE 10B | 5128613. | 10221776. |

FORM 990-PF                               OTHER ASSETS                            STATEMENT   8

| DESCRIPTION | BEGINNING OF YR BOOK VALUE | END OF YEAR BOOK VALUE | FAIR MARKET VALUE |
|---|---|---|---|
| SUSPENSE | 5000. | 4004. | 0. |
| ATTORNEY'S ESCROW ACCOUNT | 164717. | 123150. | 123150. |
| DUE FROM BROKER | 24. | 2844. | 2844. |
| DUE FROM SALE OF SECURITIES | 833902. | 0. | 0. |
| TO FORM 990-PF, PART II, LINE 15 | 1003643. | 129998. | 125994. |