# EXHIBIT 14

Form **990-PF**

Department of the Treasury
Internal Revenue Service

### Return of Private Foundation
or Section 4947(a)(1) Nonexempt Charitable Trust
Treated as a Private Foundation

Note. The foundation may be able to use a copy of this return to satisfy state reporting requirements.

OMB No. 1545-0052

**2009**

For calendar year 2009, or tax year beginning _____ , and ending _____

G  Check all that apply:  ☐ Initial return  ☐ Initial return of a former public charity  ☐ Final return
 ☐ Amended return  ☐ Address change  ☐ Name change

| Use the IRS label. Otherwise, print or type. See Specific Instructions. | Name of foundation | A Employer identification number |
|---|---|---|
| | HUBERFELD FAMILY FOUNDATION INC | 13-4042543 |
| | Number and street (or P.O. box number if mail is not delivered to street address)  Room/suite | B Telephone number |
| | 152 WEST 57TH STREET | 212-571-0500 |
| | City or town, state, and ZIP code | C If exemption application is pending, check here ▶ ☐ |
| | NEW YORK, NY  10019 | |

H  Check type of organization:  [X] Section 501(c)(3) exempt private foundation
 ☐ Section 4947(a)(1) nonexempt charitable trust  ☐ Other taxable private foundation

D  1. Foreign organizations, check here ▶ ☐
 2. Foreign organizations meeting the 85% test, check here and attach computation ▶ ☐

I  Fair market value of all assets at end of year  J  Accounting method:  [X] Cash  ☐ Accrual
(from Part II, col. (c), line 16)  ☐ Other (specify) _____
▶ $   34239324.   (Part I, column (d) must be on cash basis.)

E  If private foundation status was terminated under section 507(b)(1)(A), check here ▶ ☐

F  If the foundation is in a 60-month termination under section 507(b)(1)(B), check here ▶ ☐

| Part I | Analysis of Revenue and Expenses (The total of amounts in columns (b), (c), and (d) may not necessarily equal the amounts in column (a).) | (a) Revenue and expenses per books | (b) Net investment income | (c) Adjusted net income | (d) Disbursements for charitable purposes (cash basis only) |
|---|---|---|---|---|---|
| 1 | Contributions, gifts, grants, etc., received | 2600000. | | N/A | |
| 2 | Check ▶ ☐ if the foundation is not required to attach Sch. B | | | | |
| 3 | Interest on savings and temporary cash investments | 203572. | 203572. | | STATEMENT 1 |
| 4 | Dividends and interest from securities | 882788. | 882788. | | STATEMENT 2 |
| 5a | Gross rents | | | | |
| b | Net rental income or (loss) | | | | |
| 6a | Net gain or (loss) from sale of assets not on line 10 | -260237. | | | |
| b | Gross sales price for all assets on line 6a  817068. | | | | |
| 7 | Capital gain net income (from Part IV, line 2) | | 0. | | |
| 8 | Net short-term capital gain | | | | |
| 9 | Income modifications | | | | |
| 10a | Gross sales less returns and allowances | | | | |
| b | Less: Cost of goods sold | | | | |
| c | Gross profit or (loss) | | | | |
| 11 | Other income | 1318. | 1318. | | STATEMENT 3 |
| 12 | Total. Add lines 1 through 11 | 3427441. | 1087678. | | |
| 13 | Compensation of officers, directors, trustees, etc. | 0. | 0. | | 0. |
| 14 | Other employee salaries and wages | | | | |
| 15 | Pension plans, employee benefits | | | | |
| 16a | Legal fees | | | | |
| b | Accounting fees   STMT 4 | 3465. | 0. | | 0. |
| c | Other professional fees | | | | |
| 17 | Interest | | | | |
| 18 | Taxes   STMT 5 | 11788. | 0. | | 0. |
| 19 | Depreciation and depletion | | | | |
| 20 | Occupancy | | | | |
| 21 | Travel, conferences, and meetings | | | | |
| 22 | Printing and publications | | | | |
| 23 | Other expenses   STMT 6 | 26424. | 0. | | 0. |
| 24 | Total operating and administrative expenses. Add lines 13 through 23 | 41677. | 0. | | 0. |
| 25 | Contributions, gifts, grants paid | 2871517. | | | 2871517. |
| 26 | Total expenses and disbursements. Add lines 24 and 25 | 2913194. | 0. | | 2871517. |
| 27 | Subtract line 26 from line 12: | | | | |
| a | Excess of revenue over expenses and disbursements | 514247. | | | |
| b | Net investment income (if negative, enter -0-) | | 1087678. | | |
| c | Adjusted net income (if negative, enter -0-) | | | N/A | |

LHA  For Privacy Act and Paperwork Reduction Act Notice, see the instructions.

Form **990-PF** (2009)

923501
02-02-10

1

Form 990-PF (2009)   HUBERFELD FAMILY FOUNDATION INC   13-4042543   Page 6

## Part VII-B | Statements Regarding Activities for Which Form 4720 May Be Required (continued)

5a During the year did the foundation pay or incur any amount to:

(1) Carry on propaganda, or otherwise attempt to influence legislation (section 4945(e))? — ☐ Yes ☒ No

(2) Influence the outcome of any specific public election (see section 4955); or to carry on, directly or indirectly, any voter registration drive? — ☐ Yes ☒ No

(3) Provide a grant to an individual for travel, study, or other similar purposes? — ☐ Yes ☒ No

(4) Provide a grant to an organization other than a charitable, etc., organization described in section 509(a)(1), (2), or (3), or section 4940(d)(2)? — ☐ Yes ☒ No

(5) Provide for any purpose other than religious, charitable, scientific, literary, or educational purposes, or for the prevention of cruelty to children or animals? — ☐ Yes ☒ No

b If any answer is "Yes" to 5a(1)-(5), did any of the transactions fail to qualify under the exceptions described in Regulations section 53.4945 or in a current notice regarding disaster assistance (see instructions)? — N/A   ☐ Yes ☐ No   **5b**

Organizations relying on a current notice regarding disaster assistance check here — ▶ ☐

c If the answer is "Yes" to question 5a(4), does the foundation claim exemption from the tax because it maintained expenditure responsibility for the grant?   N/A — ☐ Yes ☐ No

If "Yes," attach the statement required by Regulations section 53.4945-5(d).

6a Did the foundation, during the year, receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? — ☐ Yes ☒ No

b Did the foundation, during the year, pay premiums, directly or indirectly, on a personal benefit contract? — **6b** X

If "Yes" to 6b, file Form 8870.

7a At any time during the tax year, was the foundation a party to a prohibited tax shelter transaction? — ☐ Yes ☒ No

b If yes, did the foundation receive or have any net income attributable to the transaction? — N/A   ☐ Yes ☐ No   **7b**

## Part VIII | Information About Officers, Directors, Trustees, Foundation Managers, Highly Paid Employees, and Contractors

1 List all officers, directors, trustees, foundation managers and their compensation.

| (a) Name and address | (b) Title, and average hours per week devoted to position | (c) Compensation (If not paid, enter -0-) | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account, other allowances |
|---|---|---|---|---|
| MURRAY HUBERFELD<br>15 MANOR LANE<br>LAWRENCE, NY 11559 | PRESIDENT/DIRECTOR<br><br>0.00 | 0. | 0. | 0. |
| SEYMOUR HUBERFELD<br>24 BRIARWOOD LANE<br>LAWRENCE, NY 11559 | SECRTY/TREAS/DIRECTOR<br><br>0.00 | 0. | 0. | 0. |
| RAE HUBERFELD<br>1409 EAST 24TH STREET<br>BROOKLYN, NY 11210 | DIRECTOR<br><br>0.00 | 0. | 0. | 0. |

2 Compensation of five highest-paid employees (other than those included on line 1). If none, enter "NONE."

| (a) Name and address of each employee paid more than $50,000 | (b) Title, and average hours per week devoted to position | (c) Compensation | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account, other allowances |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Total number of other employees paid over $50,000 — ▶ 0

Form **990-PF** (2009)

923961
02-02-10

6

11180713  758338 40457        2009.06010 HUBERFELD FAMILY FOUNDATION 40457__1

HFF000052

HUBERFELD FAMILY FOUNDATION INC                    13-4042543

FORM 990-PF   INTEREST ON SAVINGS AND TEMPORARY CASH INVESTMENTS   STATEMENT   1

| SOURCE | AMOUNT |
|--------|--------|
| METROPOLITAN NATIONAL BANK | 29960. |
| SIGNATURE BANK | 85062. |
| VALLEY NATIONAL BANK | 25042. |
| WACHOVIA BANK | 63508. |
| TOTAL TO FORM 990-PF, PART I, LINE 3, COLUMN A | 203572. |

FORM 990-PF             DIVIDENDS AND INTEREST FROM SECURITIES        STATEMENT   2

| SOURCE | GROSS AMOUNT | CAPITAL GAINS DIVIDENDS | COLUMN (A) AMOUNT |
|--------|-------------|------------------------|-------------------|
| AARON ELBOGEN TRUST | 43750. | 0. | 43750. |
| EXCELL FINANCIAL CORP | 273750. | 0. | 273750. |
| KIMMEL & KIMMEL | 376688. | 0. | 376688. |
| NORMAN SEIDENFELD | 5000. | 0. | 5000. |
| PIPER RUDNICK | 183600. | 0. | 183600. |
| TOTAL TO FM 990-PF, PART I, LN 4 | 882788. | 0. | 882788. |

FORM 990-PF                        OTHER INCOME                       STATEMENT   3

| DESCRIPTION | (A) REVENUE PER BOOKS | (B) NET INVEST-MENT INCOME | (C) ADJUSTED NET INCOME |
|-------------|----------------------|----------------------------|-------------------------|
| 57TH ST PARTNERS | 1318. | 1318. | |
| TOTAL TO FORM 990-PF, PART I, LINE 11 | 1318. | 1318. | |

HFF000062

HUBERFELD FAMILY FOUNDATION INC                                    13-4042543

FORM 990-PF        OTHER NOTES AND LOANS REPORTED SEPARATELY        STATEMENT   7

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| KAREN KATZ | 600/MO. | 6.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 03/29/00 | 05/29/04 | 30000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST INDIVIDUAL IN NEED |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| CHABAD OF CUPATURO | 556/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 10/19/04 | 10/19/07 | 20000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST RELIGIOUS ORGANIZATION |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

HFF000064

HUBERFELD FAMILY FOUNDATION INC                                    13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| MORTGAGES RECEIVABLE | VARIOUS | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| VARIOUS | VARIOUS | 6210000. | REAL ESTATE MORTGAGES | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| REAL ESTATE MORTGAGE | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 6460000. | 0. | 6460000. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| AMERICAN FRIENDS OF CHESED L'ORCHIM | 4000/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 12/14/05 | 12/14/10 | 160000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST RELIGIOUS ORGANIZATION |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 80400. | 0. | 80400. |

HUBERFELD FAMILY FOUNDATION INC                                           13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| EXCELL FINANCIAL CORP | AT MATURITY | 9.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 05/09/07 | 08/15/08 | 3000000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| CORP & PERSONAL GUARANTIES | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 3000000. | 0. | 3000000. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| IRWIN GOLDSTEIN | 700/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 05/22/07 | | 18500. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTY | HELP NEEDY INDIVIDUAL |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 3647. | 0. | 3647. |

HUBERFELD FAMILY FOUNDATION INC                                    13-4042543

| BORROWER'S NAME | | | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|---|---|
| WILLIAM LIPMAN | | | 500/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 12/31/07 | 02/03/10 | 12000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTY | HELP NEEDY INDIVIDUAL |

| RELATIONSHIP OF BORROWER | | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|---|
| NONE | | 4500. | 0. | 4500. |

| BORROWER'S NAME | | | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|---|---|
| RETURN SHUVU | | | 15000/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 04/16/08 | 03/03/09 | 150000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST RELIGIOUS ORGANIZATION |

| RELATIONSHIP OF BORROWER | | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|---|
| NONE | | 0. | 0. | 0. |

STATEMENT(S) 7
HFF000067

HUBERFELD FAMILY FOUNDATION INC                                          13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| YESHIVA DARCHEI TORAH | 13889/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 06/30/08 | 01/10/10 | 250000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST RELIGIOUS ORGANIZATION |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 13887. | 0. | 13887. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| NAFTALI FEIGENBAUM | 500/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 11/03/08 | 09/03/09 | 5000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | HELP NEEDY INDIVIDUAL |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 1300. | 0. | 1300. |

11180713  758338  40457          2009.06010 HUBERFELD FAMILY FOUNDATION 40457____1
HFF000068

HUBERFELD FAMILY FOUNDATION INC                                    13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| TRISTATE PODIATRY PC | 2222/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 01/07/08 | 12/07/08 | 20000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | HELP NEEDY INDIVIDUAL |

| RELATIONSHIP OF BORROWER | | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|---|
| NONE | | 13333. | 0. | 13333. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| YESHIVA KETANA OF LONG ISLAND | 10000/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 01/16/08 | 07/16/09 | 100000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST EDUCATIONAL INSTITUTION |

| RELATIONSHIP OF BORROWER | | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|---|
| NONE | | 70000. | 0. | 70000. |

HUBERFELD FAMILY FOUNDATION INC                                    13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| YESHIVA KETANA OF LONG ISLAND | 10000/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 08/14/08 | 05/16/10 | 100000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST EDUCATIONAL INSTITUTION |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 100000. | 0. | 100000. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| SAMUEL REICH | 1666/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 12/24/08 | 01/24/09 | 5018. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTY | ASSIST INDIVIDUAL IN NEED |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

HUBERFELD FAMILY FOUNDATION INC                                     13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| D. REIS | LUMP SUM | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 12/01/08 | 12/01/09 | 25000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTY | ASSIST INDIVIDUAL IN NEED |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 25000. | 0. | 25000. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| TIFERET MORDECHAI | 4167/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 03/04/09 | 03/04/11 | 100000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST EDUCATIONAL INSTITUTION |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 62500. | 0. | 62500. |

HFF000071

HUBERFELD FAMILY FOUNDATION INC                                    13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| AARON ELBOGEN IRREVOCABLE TRUST | LUMP SUM | 7.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 09/08/09 | 09/08/10 | 2500000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| INVESTMENTS IN TWO PARTNERSHIPS | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 2500000. | 0. | 2500000. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| SABSY YOSELOVSKY | 500/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 09/18/09 | 12/18/12 | 20000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTY | HELP NEEDY INDIVIDUAL |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 18000. | 0. | 18000. |

11180713  758338  40457     2009.06010 HUBERFELD FAMILY FOUNDATION 40457   1          STATEMENT(S) 7

HFF000072

HUBERFELD FAMILY FOUNDATION INC                                                13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| YESHIVA KETANA OF LONG ISLAND | 15000/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 06/22/09 | 06/22/10 | 690000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST EDUCATIONAL INSTITUTION |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 175000. | 0. | 175000. |
| TOTAL TO FORM 990-PF, PART II, LINE 7 | 12527567. | 0. | 12527567. |

---

| FORM 990-PF | CORPORATE STOCK | STATEMENT 8 |
|---|---|---|

| DESCRIPTION | BOOK VALUE | FAIR MARKET VALUE |
|---|---|---|
| PLATINUM PARTNERS VALUE ARBITRAGE (INTERNATIONAL) LTD | 3764144. | 11254152. |
| MENGOLD RESOURCES INC | 306469. | 47832. |
| TINTIC GOLD MINES | 58000. | 9280. |
| GREY2 OFFSHORE FUND LTD | 54069. | 54681. |
| PLATINUM LIQUID OPPORTUNITY FUND LTD | 868625. | 1025339. |
| TOTAL TO FORM 990-PF, PART II, LINE 10B | 5051307. | 12391284. |

---

| FORM 990-PF | OTHER ASSETS | STATEMENT 9 |
|---|---|---|

| DESCRIPTION | BEGINNING OF YR BOOK VALUE | END OF YEAR BOOK VALUE | FAIR MARKET VALUE |
|---|---|---|---|
| SUSPENSE | 4004. | 672. | 0. |
| ATTORNEY'S ESCROW ACCOUNT | 123150. | 91900. | 91900. |
| DUE FROM BROKER | 2844. | 0. | 0. |
| DUE FROM PLATINUM LIQUID OPPORTUNITY FUND | 0. | 155076. | 155076. |
| TO FORM 990-PF, PART II, LINE 15 | 129998. | 247648. | 246976. |

HFF000073