# EXHIBIT 15

| Form 990-PF | Return of Private Foundation or Section 4947(a)(1) Nonexempt Charitable Trust Treated as a Private Foundation | OMB No. 1545-0052 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Note. The foundation may be able to use a copy of this return to satisfy state reporting requirements. | 2010 |

For calendar year 2010, or tax year beginning _____, and ending _____

G Check all that apply: ☐ Initial return  ☐ Initial return of a former public charity  ☐ Final return
                       ☐ Amended return  ☐ Address change  ☐ Name change

| Name of foundation | A Employer identification number |
|---|---|
| HUBERFELD FAMILY FOUNDATION INC | 13-4042543 |
| Number and street (or P.O. box number if mail is not delivered to street address)  Room/suite | B Telephone number |
| 152 WEST 57TH STREET | 212-571-0500 |
| City or town, state, and ZIP code | C If exemption application is pending, check here ▶ ☐ |
| NEW YORK, NY  10019 | D 1. Foreign organizations, check here ▶ ☐ |
|  | 2. Foreign organizations meeting the 85% test, check here and attach computation ▶ ☐ |

H Check type of organization: ☒ Section 501(c)(3) exempt private foundation
   ☐ Section 4947(a)(1) nonexempt charitable trust  ☐ Other taxable private foundation

| I Fair market value of all assets at end of year (from Part II, col. (c), line 16) ▶ $ 36603500. | J Accounting method: ☒ Cash  ☐ Accrual  ☐ Other (specify) _____ (Part I, column (d) must be on cash basis.) | E If private foundation status was terminated under section 507(b)(1)(A), check here ▶ ☐ |
|---|---|---|
|  |  | F If the foundation is in a 60-month termination under section 507(b)(1)(B), check here ▶ ☐ |

**Part I** Analysis of Revenue and Expenses (The total of amounts in columns (b), (c), and (d) may not necessarily equal the amounts in column (a).)

| | | (a) Revenue and expenses per books | (b) Net investment income | (c) Adjusted net income | (d) Disbursements for charitable purposes (cash basis only) |
|---|---|---|---|---|---|
| Revenue | 1 Contributions, gifts, grants, etc., received | 2000000. | | N/A | |
| | 2 Check ▶ ☐ if the foundation is not required to attach Sch. B | | | | |
| | 3 Interest on savings and temporary cash investments | 122917. | 122917. | | STATEMENT 1 |
| | 4 Dividends and interest from securities | 962266. | 962266. | | STATEMENT 2 |
| | 5a Gross rents | | | | |
| | b Net rental income or (loss) | | | | |
| | 6a Net gain or (loss) from sale of assets not on line 10 | 91548. | | | |
| | b Gross sales price for all assets on line 6a  313520. | | | | |
| | 7 Capital gain net income (from Part IV, line 2) | | 91548. | | |
| | 8 Net short-term capital gain | | | | |
| | 9 Income modifications | | | | |
| | 10a Gross sales less returns and allowances | | | | |
| | b Less: Cost of goods sold | | | | |
| | c Gross profit or (loss) | | | | |
| | 11 Other income | 95709. | 95709. | | STATEMENT 3 |
| | 12 Total. Add lines 1 through 11 | 3272440. | 1272440. | | |
| Operating and Administrative Expenses | 13 Compensation of officers, directors, trustees, etc. | 0. | 0. | | 0. |
| | 14 Other employee salaries and wages | | | | |
| | 15 Pension plans, employee benefits | | | | |
| | 16a Legal fees | | | | |
| | b Accounting fees  STMT 4 | 3856. | 0. | | 0. |
| | c Other professional fees | | | | |
| | 17 Interest | | | | |
| | 18 Taxes  STMT 5 | 12724. | 0. | | 0. |
| | 19 Depreciation and depletion | | | | |
| | 20 Occupancy | | | | |
| | 21 Travel, conferences, and meetings | | | | |
| | 22 Printing and publications | | | | |
| | 23 Other expenses  STMT 6 | 1654. | 0. | | 0. |
| | 24 Total operating and administrative expenses. Add lines 13 through 23 | 18234. | 0. | | 0. |
| | 25 Contributions, gifts, grants paid | 2989626. | | | 2989626. |
| | 26 Total expenses and disbursements. Add lines 24 and 25 | 3007860. | 0. | | 2989626. |
| | 27 Subtract line 26 from line 12: | | | | |
| | a Excess of revenue over expenses and disbursements | 264580. | | | |
| | b Net investment income (if negative, enter -0-) | | 1272440. | | |
| | c Adjusted net income (if negative, enter -0-) | | | N/A | |

023501 12-07-10   LHA  For Paperwork Reduction Act Notice, see the instructions.   Form **990-PF** (2010)

1

08220722 758338 40457       2010.04010 HUBERFELD FAMILY FOUNDATION 404571
                                                                         HFF000084

Form 990-PF (2010)   HUBERFELD FAMILY FOUNDATION INC   13-4042543   Page 6

| Part VII-B | Statements Regarding Activities for Which Form 4720 May Be Required *(continued)* | | |
|---|---|---|---|
| 5a | During the year did the foundation pay or incur any amount to: | | |
| | (1) Carry on propaganda, or otherwise attempt to influence legislation (section 4945(e))? | ☐ Yes ☒ No | |
| | (2) Influence the outcome of any specific public election (see section 4955); or to carry on, directly or indirectly, any voter registration drive? | ☐ Yes ☒ No | |
| | (3) Provide a grant to an individual for travel, study, or other similar purposes? | ☐ Yes ☒ No | |
| | (4) Provide a grant to an organization other than a charitable, etc., organization described in section 509(a)(1), (2), or (3), or section 4940(d)(2)? | ☐ Yes ☒ No | |
| | (5) Provide for any purpose other than religious, charitable, scientific, literary, or educational purposes, or for the prevention of cruelty to children or animals? | ☐ Yes ☒ No | |
| b | If any answer is "Yes" to 5a(1)–(5), did any of the transactions fail to qualify under the exceptions described in Regulations section 53.4945 or in a current notice regarding disaster assistance (see instructions)? | N/A | 5b |
| | Organizations relying on a current notice regarding disaster assistance check here ▶ ☐ | | |
| c | If the answer is "Yes" to question 5a(4), does the foundation claim exemption from the tax because it maintained expenditure responsibility for the grant? | N/A ☐ Yes ☐ No | |
| | *If "Yes," attach the statement required by Regulations section 53.4945-5(d).* | | |
| 6a | Did the foundation, during the year, receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | ☐ Yes ☒ No | |
| b | Did the foundation, during the year, pay premiums, directly or indirectly, on a personal benefit contract? | | 6b   X |
| | *If "Yes" to 6b, file Form 8870.* | | |
| 7a | At any time during the tax year, was the foundation a party to a prohibited tax shelter transaction? | ☐ Yes ☒ No | |
| b | If "Yes," did the foundation receive any proceeds or have any net income attributable to the transaction? | N/A | 7b |

| Part VIII | Information About Officers, Directors, Trustees, Foundation Managers, Highly Paid Employees, and Contractors |
|---|---|

**1** List all officers, directors, trustees, foundation managers and their compensation.

| (a) Name and address | (b) Title, and average hours per week devoted to position | (c) Compensation (If not paid, enter -0-) | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account, other allowances |
|---|---|---|---|---|
| MURRAY HUBERFELD<br>15 MANOR LANE<br>LAWRENCE, NY 11559 | PRESIDENT/DIRECTOR<br>0.00 | 0. | 0. | 0. |
| SEYMOUR HUBERFELD<br>24 BRIARWOOD LANE<br>LAWRENCE, NY 11559 | SECRTY/TREAS/DIRECTOR<br>0.00 | 0. | 0. | 0. |
| RAE HUBERFELD<br>1409 EAST 24TH STREET<br>BROOKLYN, NY 11210 | DIRECTOR<br>0.00 | 0. | 0. | 0. |

**2** Compensation of five highest-paid employees (other than those included on line 1). If none, enter "NONE."

| (a) Name and address of each employee paid more than $50,000 | (b) Title, and average hours per week devoted to position | (c) Compensation | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account, other allowances |
|---|---|---|---|---|
| NONE | | | | |

Total number of other employees paid over $50,000 ▶ 0

Form **990-PF** (2010)

HUBERFELD FAMILY FOUNDATION INC                                          13-4042543

FORM 990-PF       INTEREST ON SAVINGS AND TEMPORARY CASH INVESTMENTS    STATEMENT  1

| SOURCE | AMOUNT |
|---|---|
| METROPOLITAN NATIONAL BANK | 4366. |
| SIGNATURE BANK | 96732. |
| WACHOVIA BANK | 21819. |
| TOTAL TO FORM 990-PF, PART I, LINE 3, COLUMN A | 122917. |

FORM 990-PF           DIVIDENDS AND INTEREST FROM SECURITIES           STATEMENT  2

| SOURCE | GROSS AMOUNT | CAPITAL GAINS DIVIDENDS | COLUMN (A) AMOUNT |
|---|---|---|---|
| AARON ELBOGEN TRUST | 207278. | 0. | 207278. |
| E&M ASSOCIATES LLC | 65000. | 0. | 65000. |
| EXCELL FINANCIAL CORP | 284250. | 0. | 284250. |
| GLACIAL ENERGY | 7667. | 0. | 7667. |
| KIMMEL & KIMMEL | 254183. | 0. | 254183. |
| MONTAGE HOLDINGS LLC | 27107. | 0. | 27107. |
| SPAC | 116781. | 0. | 116781. |
| TOTAL TO FM 990-PF, PART I, LN 4 | 962266. | 0. | 962266. |

FORM 990-PF                          OTHER INCOME                       STATEMENT  3

| DESCRIPTION | (A) REVENUE PER BOOKS | (B) NET INVESTMENT INCOME | (C) ADJUSTED NET INCOME |
|---|---|---|---|
| MARBRIDGE ENERGY PARTNERS LLC | 70269. | 70269. | |
| BAYBERRY CONSUMER FINANCE LLC | 25440. | 25440. | |
| TOTAL TO FORM 990-PF, PART I, LINE 11 | 95709. | 95709. | |

HUBERFELD FAMILY FOUNDATION INC                                      13-4042543

FORM 990-PF          OTHER NOTES AND LOANS REPORTED SEPARATELY          STATEMENT    7

| BORROWER'S NAME | | | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|---|---|
| MORTGAGES RECEIVABLE | | | VARIOUS | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| VARIOUS | VARIOUS | 6210000. | REAL ESTATE MORTGAGES | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| REAL ESTATE MORTGAGE | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 3509867. | 0. | 3509867. |

| BORROWER'S NAME | | | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|---|---|
| AMERICAN FRIENDS OF CHESED L'ORCHIM | | | 4000/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 12/14/05 | 12/14/10 | 160000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST RELIGIOUS ORGANIZATION |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 80400. | 0. | 80400. |

HUBERFELD FAMILY FOUNDATION INC                                              13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| EXCELL FINANCIAL CORP | AT MATURITY | 9.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 05/09/07 | 08/15/08 | 3000000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| CORP & PERSONAL GUARANTIES | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| IRWIN GOLDSTEIN | 700/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 05/22/07 | | 18500. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTY | HELP NEEDY INDIVIDUAL |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 652. | 0. | 652. |

HUBERFELD FAMILY FOUNDATION INC                                         13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| WILLIAM LIPMAN | 500/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 12/31/07 | 02/03/10 | 12000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTY | HELP NEEDY INDIVIDUAL |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 4500. | 0. | 4500. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| YESHIVA DARCHEI TORAH | 13889/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 06/30/08 | 01/10/10 | 250000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST RELIGIOUS ORGANIZATION |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

HUBERFELD FAMILY FOUNDATION INC                                    13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| NAFTALI FEIGENBAUM | 150/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 11/03/08 | 09/03/09 | 5000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | HELP NEEDY INDIVIDUAL |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 500. | 0. | 500. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| TRISTATE PODIATRY PC | 2222/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 01/07/08 | 12/07/08 | 20000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | HELP NEEDY INDIVIDUAL |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 13333. | 0. | 13333. |

HUBERFELD FAMILY FOUNDATION INC                                           13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| YESHIVA KETANA OF LONG ISLAND | 10000/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 01/16/08 | 07/16/09 | 100000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST EDUCATIONAL INSTITUTION |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| YESHIVA KETANA OF LONG ISLAND | 10000/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 08/14/08 | 05/16/10 | 100000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST EDUCATIONAL INSTITUTION |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

HUBERFELD FAMILY FOUNDATION INC                                              13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| D. REIS | LUMP SUM | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 12/01/08 | 12/01/09 | 25000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTY | ASSIST INDIVIDUAL IN NEED |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 25000. | 0. | 25000. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| TIFERET MORDECHAI | 4167/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 03/04/09 | 03/04/11 | 100000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST EDUCATIONAL INSTITUTION |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 12500. | 0. | 12500. |

HUBERFELD FAMILY FOUNDATION INC                                              13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| AARON ELBOGEN IRREVOCABLE TRUST | $2500000 09/11 & 1500000 03/13 | 7.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 09/08/09 | 03/08/13 | 2500000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| INVESTMENTS IN TWO PARTNERSHIPS | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 4000000. | 0. | 4000000. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| SABSY YOSELOVSKY | 500/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| /18/09 | 12/18/12 | 20000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTY | HELP NEEDY INDIVIDUAL |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 12000. | 0. | 12000. |

HUBERFELD FAMILY FOUNDATION INC                                    13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| YESHIVA KETANA OF LONG ISLAND | 15000/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 06/22/09 | 06/22/10 | 690000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST EDUCATIONAL INSTITUTION |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 137500. | 0. | 137500. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| YESHIVA KETANA OF LONG ISLAND | 5000/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 11/03/10 | 12/03/10 | 50000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST EDUCATIONAL INSTITUTION |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 50000. | 0. | 50000. |

HUBERFELD FAMILY FOUNDATION INC                                         13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| RETURN SHUVU | LUMP SUM | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 11/16/10 | 03/16/11 | 150000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST RELIGIOUS ORGANIZATION |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 150000. | 0. | 150000. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| E&M LANGER | | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 04/27/10 | 12/31/11 | 1500000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTY | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 500000. | 0. | 500000. |

HUBERFELD FAMILY FOUNDATION INC                                                   13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| MONTAGE HOLDINGS LLC | VARIOUS | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 12/30/10 | | 100000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 100000. | 0. | 100000. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| FRANK BERKOWITZ | $25M 1/18 AND 25M 3/18/11 | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 10/12/10 | 03/18/11 | 100000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST INDIVIDUAL IN NEED |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 50000. | 0. | 50000. |

HUBERFELD FAMILY FOUNDATION INC                                        13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| JOSEPH SCHUPACK | 5000/MO | 50.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 05/17/10 | 05/17/11 | 60000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST INDIVIDUAL IN NEED |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 25000. | 0. | 25000. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| MARBRIDGE ENERGY FINANCE | VARIOUS | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| VARIOUS | VARIOUS | 1013689. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| GUARANTEES | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 1013689. | 0. | 1013689. |

| TOTAL TO FORM 990-PF, PART II, LINE 7 | 9684941. | 0. | 9684941. |
|---|---|---|---|

FORM 990-PF                          CORPORATE STOCK                          STATEMENT 8

| DESCRIPTION | BOOK VALUE | FAIR MARKET VALUE |
|---|---|---|
| PLATINUM PARTNERS VALUE ARBITRAGE (INTERNATIONAL) LTD | 3764144. | 13231286. |
| MENGOLD RESOURCES INC | 306469. | 31390. |
| TINTIC GOLD MINES | 58000. | 2900. |
| PLATINUM LIQUID OPPORTUNITY FUND LTD | 700722. | 1000000. |
| TOTAL TO FORM 990-PF, PART II, LINE 10B | 4829335. | 14265576. |

HUBERFELD FAMILY FOUNDATION INC                                              13-4042543

| FORM 990-PF | OTHER INVESTMENTS | | STATEMENT 9 |
|---|---|---|---|
| DESCRIPTION | VALUATION METHOD | BOOK VALUE | FAIR MARKET VALUE |
| BAYBERRY FUND LLC | COST | 1000000. | 1000000. |
| TOTAL TO FORM 990-PF, PART II, LINE 13 | | 1000000. | 1000000. |

| FORM 990-PF | OTHER ASSETS | | STATEMENT 10 |
|---|---|---|---|
| DESCRIPTION | BEGINNING OF YR BOOK VALUE | END OF YEAR BOOK VALUE | FAIR MARKET VALUE |
| SUSPENSE | 672. | 0. | 0. |
| ATTORNEY'S ESCROW ACCOUNT | 91900. | 22700. | 22700. |
| DUE FROM PLATINUM LIQUID OPPORTUNITY FUND | 155076. | 239622. | 239622. |
| TO FORM 990-PF, PART II, LINE 15 | 247648. | 262322. | 262322. |