# EXHIBIT 16

| Form **990-PF** | **Return of Private Foundation** | OMB No. 1545-0052 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | or Section 4947(a)(1) Nonexempt Charitable Trust<br>**Treated as a Private Foundation**<br>Note. The foundation may be able to use a copy of this return to satisfy state reporting requirements. | **2011** |

For calendar year 2011 or tax year beginning , and ending

| Name of foundation | | A Employer identification number |
|---|---|---|
| HUBERFELD FAMILY FOUNDATION INC | | 13-4042543 |
| Number and street (or P.O. box number if mail is not delivered to street address) | Room/suite | B Telephone number |
| 152 WEST 57TH STREET | | 212-571-0500 |
| City or town, state, and ZIP code | | C If exemption application is pending, check here ▶☐ |
| NEW YORK, NY  10019 | | |

G Check all that apply:  ☐ Initial return  ☐ Initial return of a former public charity
☐ Final return  ☐ Amended return
☐ Address change  ☐ Name change

D 1. Foreign organizations, check here ▶☐
2. Foreign organizations meeting the 85% test, check here and attach computation ▶☐

H Check type of organization:  ☒ Section 501(c)(3) exempt private foundation
☐ Section 4947(a)(1) nonexempt charitable trust  ☐ Other taxable private foundation

E If private foundation status was terminated under section 507(b)(1)(A), check here ▶☐

I Fair market value of all assets at end of year  J Accounting method:  ☒ Cash  ☐ Accrual
(from Part II, col. (c), line 16)  ☐ Other (specify)
▶$ 38717081.  (Part I, column (d) must be on cash basis.)

F If the foundation is in a 60-month termination under section 507(b)(1)(B), check here ▶☐

**Part I** Analysis of Revenue and Expenses (The total of amounts in columns (b), (c), and (d) may not necessarily equal the amounts in column (a).)

| | | (a) Revenue and expenses per books | (b) Net investment income | (c) Adjusted net income | (d) Disbursements for charitable purposes (cash basis only) |
|---|---|---|---|---|---|
| | 1 Contributions, gifts, grants, etc., received | 1725000. | | N/A | |
| | 2 Check ▶☐ if the foundation is not required to attach Sch. B | | | | |
| | 3 Interest on savings and temporary cash investments | 112620. | 112620. | STATEMENT 1 | |
| | 4 Dividends and interest from securities | 728936. | 728936. | STATEMENT 2 | |
| | 5a Gross rents | | | | |
| | b Net rental income or (loss) | | | | |
| Revenue | 6a Net gain or (loss) from sale of assets not on line 10 | 4477799. | | | |
| | b Gross sales price for all assets on line 6a | 6828657. | | | |
| | 7 Capital gain net income (from Part IV, line 2) | | 4477799. | | |
| | 8 Net short-term capital gain | | | | |
| | 9 Income modifications | | | | |
| | 10a Gross sales less returns and allowances | | | | |
| | b Less: Cost of goods sold | | | | |
| | c Gross profit or (loss) | | | | |
| | 11 Other income | | | | |
| | 12 Total. Add lines 1 through 11 | 7044355. | 5319355. | | |
| Operating and Administrative Expenses | 13 Compensation of officers, directors, trustees, etc. | 0. | 0. | | 0. |
| | 14 Other employee salaries and wages | | | | |
| | 15 Pension plans, employee benefits | | | | |
| | 16a Legal fees | | | | |
| | b Accounting fees  STMT 3 | 14801. | 0. | | 0. |
| | c Other professional fees | | | | |
| | 17 Interest | | | | |
| | 18 Taxes  STMT 4 | 106387. | 0. | | 0. |
| | 19 Depreciation and depletion | | | | |
| | 20 Occupancy | | | | |
| | 21 Travel, conferences, and meetings | | | | |
| | 22 Printing and publications | | | | |
| | 23 Other expenses  STMT 5 | 2391. | 0. | | 0. |
| | 24 Total operating and administrative expenses. Add lines 13 through 23 | 123579. | 0. | | 0. |
| | 25 Contributions, gifts, grants paid | 2750486. | | | 2744486. |
| | 26 Total expenses and disbursements. Add lines 24 and 25 | 2874065. | 0. | | 2744486. |
| | 27 Subtract line 26 from line 12: | | | | |
| | a Excess of revenue over expenses and disbursements | 4170290. | | | |
| | b Net investment income (if negative, enter -0-) | | 5319355. | | |
| | c Adjusted net income (if negative, enter -0-) | | | N/A | |

123501
12-02-11  LHA  For Paperwork Reduction Act Notice, see instructions.

Form **990-PF** (2011)

Form 990-PF (2011)   HUBERFELD FAMILY FOUNDATION INC                13-4042543            Page 6

## Part VII-B | Statements Regarding Activities for Which Form 4720 May Be Required (continued)

5a During the year did the foundation pay or incur any amount to:

(1) Carry on propaganda, or otherwise attempt to influence legislation (section 4945(e))? .......................... ☐ Yes ☒ No

(2) Influence the outcome of any specific public election (see section 4955); or to carry on, directly or indirectly,

any voter registration drive? .......................... ☐ Yes ☒ No

(3) Provide a grant to an individual for travel, study, or other similar purposes? .......................... ☐ Yes ☒ No

(4) Provide a grant to an organization other than a charitable, etc., organization described in section

509(a)(1), (2), or (3), or section 4940(d)(2)? .......................... ☐ Yes ☒ No

(5) Provide for any purpose other than religious, charitable, scientific, literary, or educational purposes, or for

the prevention of cruelty to children or animals? .......................... ☐ Yes ☒ No

b If any answer is "Yes" to 5a(1)-(5), did any of the transactions fail to qualify under the exceptions described in Regulations

section 53.4945 or in a current notice regarding disaster assistance (see instructions)? .......................... N/A | **5b**

Organizations relying on a current notice regarding disaster assistance check here .......................... ▶ ☐

c If the answer is "Yes" to question 5a(4), does the foundation claim exemption from the tax because it maintained

expenditure responsibility for the grant? .......................... N/A  ☐ Yes ☐ No

If "Yes," attach the statement required by Regulations section 53.4945-5(d).

6a Did the foundation, during the year, receive any funds, directly or indirectly, to pay premiums on

a personal benefit contract? .......................... ☐ Yes ☒ No

b Did the foundation, during the year, pay premiums, directly or indirectly, on a personal benefit contract? .......................... | **6b** | X

If "Yes" to 6b, file Form 8870.

7a At any time during the tax year, was the foundation a party to a prohibited tax shelter transaction? .......................... ☐ Yes ☒ No

b If "Yes," did the foundation receive any proceeds or have any net income attributable to the transaction? .......................... N/A | **7b**

## Part VIII | Information About Officers, Directors, Trustees, Foundation Managers, Highly Paid Employees, and Contractors

**1** List all officers, directors, trustees, foundation managers and their compensation.

| (a) Name and address | (b) Title, and average hours per week devoted to position | (c) Compensation (If not paid, enter -0-) | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account, other allowances |
|---|---|---|---|---|
| MURRAY HUBERFELD 15 MANOR LANE LAWRENCE, NY 11559 | PRESIDENT/DIRECTOR 0.00 | 0. | 0. | 0. |
| SEYMOUR HUBERFELD 24 BRIARWOOD LANE LAWRENCE, NY 11559 | SECRTY/TREAS/DIRECTOR 0.00 | 0. | 0. | 0. |
| RAE HUBERFELD 1409 EAST 24TH STREET BROOKLYN, NY 11210 | DIRECTOR 0.00 | 0. | 0. | 0. |

**2** Compensation of five highest-paid employees (other than those included on line 1). If none, enter "NONE."

| (a) Name and address of each employee paid more than $50,000 | (b) Title, and average hours per week devoted to position | (c) Compensation | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account, other allowances |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Total number of other employees paid over $50,000 .......................... ▶ | 0

Form 990-PF (2011)

123551
12-02-11

08550705 758338 40457          2011.04000 HUBERFELD FAMILY FOUNDATION 404571

HFF000133

HUBERFELD FAMILY FOUNDATION INC                                    13-4042543

FORM 990-PF   INTEREST ON SAVINGS AND TEMPORARY CASH INVESTMENTS   STATEMENT   1

| SOURCE | AMOUNT |
|---|---|
| APPLE BANK | 2794. |
| CAPITAL ONE BANK | 1289. |
| DIME SAVINGS BANK | 1995. |
| ING DIRECT | 716. |
| METROPOLITAN NATIONAL BANK | 795. |
| SIGNATURE BANK | 75276. |
| WELLS FARGO BANK | 29755. |
| TOTAL TO FORM 990-PF, PART I, LINE 3, COLUMN A | 112620. |

FORM 990-PF            DIVIDENDS AND INTEREST FROM SECURITIES       STATEMENT   2

| SOURCE | GROSS AMOUNT | CAPITAL GAINS DIVIDENDS | COLUMN (A) AMOUNT |
|---|---|---|---|
| AARON ELBOGEN TRUST | 243054. | 0. | 243054. |
| BAYBERRY CONSUMER FINANCE FUND LLC | 243424. | 0. | 243424. |
| KIMMEL & KIMMEL | 60984. | 0. | 60984. |
| ELS BRONX PORTFOLIO | 50500. | 0. | 50500. |
| RBRIDGE ENERGY FINANCE | 109936. | 0. | 109936. |
| MONTAGE HOLDINGS LLC | 21038. | 0. | 21038. |
| TOTAL TO FM 990-PF, PART I, LN 4 | 728936. | 0. | 728936. |

FORM 990-PF                   ACCOUNTING FEES                      STATEMENT   3

| DESCRIPTION | (A) EXPENSES PER BOOKS | (B) NET INVEST- MENT INCOME | (C) ADJUSTED NET INCOME | (D) CHARITABLE PURPOSES |
|---|---|---|---|---|
| ACCOUNTING | 14801. | 0. | | 0. |
| TO FORM 990-PF, PG 1, LN 16B | 14801. | 0. | | 0. |

HFF060152

HUBERFELD FAMILY FOUNDATION INC                                    13-4042543

FORM 990-PF          OTHER NOTES AND LOANS REPORTED SEPARATELY      STATEMENT   6

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| MORTGAGES RECEIVABLE | VARIOUS | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 07/01/10 | 07/01/10 | 6210000. | REAL ESTATE MORTGAGES | 3332367. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| REAL ESTATE MORTGAGE | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 3332367. | 0. | 3332367. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| AMERICAN FRIENDS OF CHESED L'ORCHIM | 4000/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 12/14/05 | 12/14/10 | 160000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES | ASSIST RELIGIOUS ORGANIZATION |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 80400. | 0. | 80400. |

HUBERFELD FAMILY FOUNDATION INC                                          13-4042543

| BORROWER'S NAME | | | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|---|---|
| SAMUEL REICH | | | | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 06/29/11 | 12/31/11 | 4998. | | 0. |

SECURITY PROVIDED BY BORROWER    PURPOSE OF LOAN

PERSONAL GUARANTY

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 4998. | 0. | 4998. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| IRWIN GOLDSTEIN | 700/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 05/22/07 | | 18500. | | 0. |

SECURITY PROVIDED BY BORROWER    PURPOSE OF LOAN

PERSONAL GUARANTY                 HELP NEEDY INDIVIDUAL

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

HUBERFELD FAMILY FOUNDATION INC                                    13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| WILLIAM LIPMAN | 500/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 12/31/07 | 02/03/10 | 12000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTY | HELP NEEDY INDIVIDUAL |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 4500. | 0. | 4500. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| NAFTALI FEIGENBAUM | 150/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 11/03/08 | 09/03/09 | 5000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | HELP NEEDY INDIVIDUAL |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

HUBERFELD FAMILY FOUNDATION INC                                              13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| TRISTATE PODIATRY PC | 2222/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 01/07/08 | 12/07/08 | 20000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTY | HELP NEEDY INDIVIDUAL |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 13333. | 0. | 13333. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| D. REIS | LUMP SUM | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 12/01/08 | 12/01/09 | 25000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTY | ASSIST INDIVIDUAL IN NEED |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 25000. | 0. | 25000. |

08550705 758338 40457     2011.04000 HUBERFELD FAMILY FOUNDATION 404571
HFF000137

HUBERFELD FAMILY FOUNDATION INC                                            13-4042543

| BORROWER'S NAME | | | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|---|---|
| TIFERET MORDECHAI | | | 4167/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 03/04/09 | 03/04/11 | 100000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST EDUCATIONAL INSTITUTION |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| AARON ELBOGEN IRREVOCABLE TRUST | $2500000 09/11 & 1500000 03/13 | 7.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| /08/09 | 03/08/13 | 2500000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| INVESTMENTS IN TWO PARTNERSHIPS | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 1500000. | 0. | 1500000. |

HUBERFELD FAMILY FOUNDATION INC                                    13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| SABSY YOSELOVSKY | 500/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 08/18/09 | 12/18/12 | 20000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTY | HELP NEEDY INDIVIDUAL |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 10500. | 0. | 10500. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| YESHIVA KETANA OF LONG ISLAND | 15000/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 06/22/09 | 06/22/10 | 690000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST EDUCATIONAL INSTITUTION |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 100000. | 0. | 100000. |

08550705 758338 40457        2011.04000 HUBERFELD FAMILY FOUNDATION 404571        STATEMENT(S) 6

HFF000759

HUBERFELD FAMILY FOUNDATION INC                                    13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| YESHIVA KETANA OF LONG ISLAND | 5000/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 11/03/10 | 12/03/10 | 50000. | | 0. |

SECURITY PROVIDED BY BORROWER    PURPOSE OF LOAN

NONE                             ASSIST EDUCATIONAL INSTITUTION

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| RETURN SHUVU | LUMP SUM | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 11/16/10 | 03/16/11 | 150000. | | 0. |

SECURITY PROVIDED BY BORROWER    PURPOSE OF LOAN

NONE                             ASSIST RELIGIOUS ORGANIZATION

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

HUBERFELD FAMILY FOUNDATION INC                                    13-4042543

| BORROWER'S NAME | | | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|---|---|
| E&M LANGER | | | | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 04/27/10 | 12/31/11 | 1500000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTY | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| MONTAGE HOLDINGS LLC | VARIOUS | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 12/30/10 | | 100000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| RECEIVABLES | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 100000. | 0. | 100000. |

HUBERFELD FAMILY FOUNDATION INC                                       13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| FRANK BERKOWITZ | $25M 1/18 AND 25M 3/18/11 | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 10/12/10 | 03/18/11 | 100000. | | 0. |

SECURITY PROVIDED BY BORROWER      PURPOSE OF LOAN

NONE                              ASSIST INDIVIDUAL IN NEED

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| JOSEPH SCHUPACK | 5000/MO | 50.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| /17/10 | 05/17/11 | 60000. | | 0. |

SECURITY PROVIDED BY BORROWER      PURPOSE OF LOAN

NONE                              ASSIST INDIVIDUAL IN NEED

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

08550705  758338  40457      2011.04000 HUBERFELD FAMILY FOUNDATION 404571
                                                          HFF000162

HUBERFELD FAMILY FOUNDATION INC                                         13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| MARBRIDGE ENERGY FINANCE | VARIOUS | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 07/01/10 | 07/01/10 | 1013689. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| GUARANTEES | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| BATES LOAN | | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 05/31/11 | 12/31/11 | 262500. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| GUARANTEES AND MORTGAGES | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| | 262500. | 0. | 262500. |
| TOTAL TO FORM 990-PF, PART II, LINE 7 | 5433598. | 0. | 5433598. |

FORM 990-PF                    CORPORATE STOCK                    STATEMENT   7

| DESCRIPTION | BOOK VALUE | FAIR MARKET VALUE |
|---|---|---|
| PLATINUM PARTNERS VALUE ARBITRAGE (INTERNATIONAL) LTD | 2595299. | 9859294. |
| MENGOLD RESOURCES INC | 224456. | 8867. |
| TINTIC GOLD MINES | 58000. | 4350. |
| PLATINUM LIQUID OPPORTUNITY FUND LTD | 1825722. | 2101847. |

HUBERFELD FAMILY FOUNDATION INC                                          13-4042543

| | | |
|---|---|---|
| 17 GROUP INC | 166666. | 166666. |
| TOTAL TO FORM 990-PF, PART II, LINE 10B | 4870143. | 12141024. |

FORM 990-PF                    OTHER INVESTMENTS                      STATEMENT    8

| DESCRIPTION | VALUATION METHOD | BOOK VALUE | FAIR MARKET VALUE |
|---|---|---|---|
| BAYBERRY FUND LLC | COST | 1021306. | 1021306. |
| PROGRESSIVE CAPITAL SOLUTIONS | COST | 455700. | 455700. |
| PEARLSTEIN INSURANCE LOAN | COST | 100000. | 100000. |
| TOTAL TO FORM 990-PF, PART II, LINE 13 | | 1577006. | 1577006. |

FORM 990-PF                    OTHER LIABILITIES                      STATEMENT    9

| DESCRIPTION | BOY AMOUNT | EOY AMOUNT |
|---|---|---|
| SUSPENSE | 2660. | 2660. |
| EXCISE TAX PAYABLE | 0. | 84651. |
| DUE BODNER FAMILY FOUNDATION INC | 0. | 24000. |
| TOTAL TO FORM 990-PF, PART II, LINE 22 | 2660. | 111311. |

FORM 990-PF           LIST OF SUBSTANTIAL CONTRIBUTORS           STATEMENT   10
                            PART VII-A, LINE 10

| NAME OF CONTRIBUTOR | ADDRESS |
|---|---|
| MURRAY HUBERFELD | 15 MANOR LANE LAWRENCE, NY 11559 |