# EXHIBIT 17

# Form 990-PF — Return of Private Foundation or Section 4947(a)(1) Nonexempt Charitable Trust Treated as a Private Foundation

Department of the Treasury, Internal Revenue Service

OMB No. 1545-0052

**2012**

Note. The foundation may be able to use a copy of this return to satisfy state reporting requirements.

For calendar year 2012 or tax year beginning _____, and ending _____

**Name of foundation:** HUBERFELD FAMILY FOUNDATION INC

**A Employer identification number:** 13-4042543

**Number and street:** 152 WEST 57TH STREET

**B Telephone number:** 212-571-0500

**City or town, state, and ZIP code:** NEW YORK, NY 10019

G Check all that apply: ☐ Initial return ☐ Initial return of a former public charity ☐ Final return ☐ Amended return ☐ Address change ☐ Name change

C If exemption application is pending, check here ▶ ☐

D 1. Foreign organizations, check here ▶ ☐
  2. Foreign organizations meeting the 85% test, check here and attach computation ▶ ☐

H Check type of organization: ☒ Section 501(c)(3) exempt private foundation
☐ Section 4947(a)(1) nonexempt charitable trust ☐ Other taxable private foundation

E If private foundation status was terminated under section 507(b)(1)(A), check here ▶ ☐

I Fair market value of all assets at end of year (from Part II, col. (c), line 16) ▶ $ 39623466.

J Accounting method: ☒ Cash ☐ Accrual ☐ Other (specify) _____
(Part I, column (d) must be on cash basis.)

F If the foundation is in a 60-month termination under section 507(b)(1)(B), check here ▶ ☐

## Part I — Analysis of Revenue and Expenses

(The total of amounts in columns (b), (c), and (d) may not necessarily equal the amounts in column (a).)

| | (a) Revenue and expenses per books | (b) Net investment income | (c) Adjusted net income | (d) Disbursements for charitable purposes (cash basis only) |
|---|---|---|---|---|
| 1 Contributions, gifts, grants, etc., received | 2233333. | | N/A | |
| 2 Check ▶ ☐ if the foundation is not required to attach Sch. B | | | | |
| 3 Interest on savings and temporary cash investments | 96242. | 96242. | | STATEMENT 1 |
| 4 Dividends and interest from securities | 1189423. | 1189423. | | STATEMENT 2 |
| 5a Gross rents | | | | |
|   b Net rental income or (loss) | | | | |
| 6a Net gain or (loss) from sale of assets not on line 10 | 101284. | | | |
|   b Gross sales price for all assets on line 6a | 300000. | | | |
| 7 Capital gain net income (from Part IV, line 2) | | 101284. | | |
| 8 Net short-term capital gain | | | | |
| 9 Income modifications | | | | |
| 10a Gross sales less returns and allowances | | | | |
|    b Less: Cost of goods sold | | | | |
|    c Gross profit or (loss) | | | | |
| 11 Other income | | | | |
| 12 Total. Add lines 1 through 11 | 3620282. | 1386949. | | |
| 13 Compensation of officers, directors, trustees, etc. | 0. | 0. | | 0. |
| 14 Other employee salaries and wages | | | | |
| 15 Pension plans, employee benefits | | | | |
| 16a Legal fees | | | | |
|    b Accounting fees  STMT 3 | 24593. | 0. | | 0. |
|    c Other professional fees | | | | |
| 17 Interest | | | | |
| 18 Taxes  STMT 4 | 29804. | 0. | | 0. |
| 19 Depreciation and depletion | | | | |
| 20 Occupancy | | | | |
| 21 Travel, conferences, and meetings | | | | |
| 22 Printing and publications | | | | |
| 23 Other expenses  STMT 5 | 96742. | 0. | | 0. |
| 24 Total operating and administrative expenses. Add lines 13 through 23 | 151139. | 0. | | 0. |
| 25 Contributions, gifts, grants paid | 2559267. | | | 2559267. |
| 26 Total expenses and disbursements. Add lines 24 and 25 | 2710406. | 0. | | 2559267. |
| 27 Subtract line 26 from line 12: | | | | |
|   a Excess of revenue over expenses and disbursements | 909876. | | | |
|   b Net investment income (if negative, enter -0-) | | 1386949. | | |
|   c Adjusted net income (if negative, enter -0-) | | | N/A | |

223501 12-05-12   LHA  For Paperwork Reduction Act Notice, see instructions.

Form **990-PF** (2012)

1

Form 990-PF (2012)   HUBERFELD FAMILY FOUNDATION INC                                    13-4042543        Page 6

| Part VII-B | Statements Regarding Activities for Which Form 4720 May Be Required *(continued)* |

5a During the year did the foundation pay or incur any amount to:
  (1) Carry on propaganda, or otherwise attempt to influence legislation (section 4945(e))? ............................ ☐ Yes ☒ No
  (2) Influence the outcome of any specific public election (see section 4955); or to carry on, directly or indirectly,
      any voter registration drive? ............................................................................................................. ☐ Yes ☒ No
  (3) Provide a grant to an individual for travel, study, or other similar purposes? ................................... ☐ Yes ☒ No
  (4) Provide a grant to an organization other than a charitable, etc., organization described in section
      509(a)(1), (2), or (3), or section 4940(d)(2)? .................................................................................. ☐ Yes ☒ No
  (5) Provide for any purpose other than religious, charitable, scientific, literary, or educational purposes, or for
      the prevention of cruelty to children or animals? ........................................................................ ☐ Yes ☒ No
 b If any answer is "Yes" to 5a(1)-(5), did any of the transactions fail to qualify under the exceptions described in Regulations
   section 53.4945 or in a current notice regarding disaster assistance (see instructions)? ................... N/A    5b
   Organizations relying on a current notice regarding disaster assistance check here ....................... ▶ ☐
 c If the answer is "Yes" to question 5a(4), does the foundation claim exemption from the tax because it maintained
   expenditure responsibility for the grant? ........................................................................................ N/A   ☐ Yes ☐ No
   *If "Yes," attach the statement required by Regulations section 53.4945-5(d).*
6a Did the foundation, during the year, receive any funds, directly or indirectly, to pay premiums on
   a personal benefit contract? ........................................................................................................ ☐ Yes ☒ No
 b Did the foundation, during the year, pay premiums, directly or indirectly, on a personal benefit contract? ..........  6b   X
   *If "Yes" to 6b, file Form 8870.*
7a At any time during the tax year, was the foundation a party to a prohibited tax shelter transaction? ........ ☐ Yes ☒ No
 b If "Yes," did the foundation receive any proceeds or have any net income attributable to the transaction? .... N/A   7b

| Part VIII | Information About Officers, Directors, Trustees, Foundation Managers, Highly Paid Employees, and Contractors |

**1** List all officers, directors, trustees, foundation managers and their compensation.

| (a) Name and address | (b) Title, and average hours per week devoted to position | (c) Compensation (If not paid, enter -0-) | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account, other allowances |
|---|---|---|---|---|
| SEE STATEMENT 10 | | 0. | 0. | 0. |

**2** Compensation of five highest-paid employees (other than those included on line 1). If none, enter "NONE."

| (a) Name and address of each employee paid more than $50,000 | (b) Title, and average hours per week devoted to position | (c) Compensation | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account, other allowances |
|---|---|---|---|---|
| NONE | | | | |

Total number of other employees paid over $50,000 ........................................................................ ▶   0

Form 990-PF (2012)

HUBERFELD FAMILY FOUNDATION INC                                              13-4042543

FORM 990-PF     INTEREST ON SAVINGS AND TEMPORARY CASH INVESTMENTS     STATEMENT   1

| SOURCE | AMOUNT |
|---|---|
| APPLE BANK | 15922. |
| BANK OF AMERICA | 1142. |
| CAPITAL ONE BANK | 5933. |
| DIME SAVINGS BANK | 11105. |
| ING DIRECT | 4791. |
| METROPOLITAN NATIONAL BANK | 3073. |
| PROVIDENT BANK | 421. |
| SIGNATURE BANK | 53855. |
| TOTAL TO FORM 990-PF, PART I, LINE 3, COLUMN A | 96242. |

FORM 990-PF         DIVIDENDS AND INTEREST FROM SECURITIES          STATEMENT   2

| SOURCE | GROSS AMOUNT | CAPITAL GAINS DIVIDENDS | COLUMN (A) AMOUNT |
|---|---|---|---|
| AARON ELBOGEN TRUST | 71166. | 0. | 71166. |
| BAYBERRY CONSUMER FINANCE FUND LLC | 881671. | 0. | 881671. |
| NAYA ELBOGEN | 20417. | 0. | 20417. |
| MASTER HOLDING | 2916. | 0. | 2916. |
| KIMMEL & KIMMEL | 166206. | 0. | 166206. |
| LONGWOOD FINANCE FUND LLC | 17202. | 0. | 17202. |
| MOBLI MEDIA INC | 21458. | 0. | 21458. |
| MONTAGE HOLDINGS LLC | 8387. | 0. | 8387. |
| TOTAL TO FM 990-PF, PART I, LN 4 | 1189423. | 0. | 1189423. |

FORM 990-PF                    ACCOUNTING FEES                       STATEMENT   3

| DESCRIPTION | (A) EXPENSES PER BOOKS | (B) NET INVEST-MENT INCOME | (C) ADJUSTED NET INCOME | (D) CHARITABLE PURPOSES |
|---|---|---|---|---|
| ACCOUNTING | 24593. | 0. | | 0. |
| TO FORM 990-PF, PG 1, LN 16B | 24593. | 0. | | 0. |

| HUBERFELD FAMILY FOUNDATION INC | | | | 13-4042543 |
|---|---|---|---|---|

FORM 990-PF          OTHER NOTES AND LOANS REPORTED SEPARATELY          STATEMENT 6

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| MORTGAGES RECEIVABLE | VARIOUS | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 07/01/10 | 07/01/10 | 6210000. | REAL ESTATE MORTGAGES | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| REAL ESTATE MORTGAGE | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 1949867. | 0. | 1949867. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| AMERICAN FRIENDS OF CHESED L'ORCHIM | 4000/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 12/14/05 | 12/14/10 | 160000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES | ASSIST RELIGIOUS ORGANIZATION |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

HUBERFELD FAMILY FOUNDATION INC                                   13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| SAMUEL REICH | | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 06/29/11 | 12/31/11 | 4998. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTY | |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 4998. | 0. | 4998. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| WILLIAM LIPMAN | 500/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 12/31/07 | 02/03/10 | 12000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTY | HELP NEEDY INDIVIDUAL |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

HUBERFELD FAMILY FOUNDATION INC                                                    13-4042543

| BORROWER'S NAME | | | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|---|---|
| TRISTATE PODIATRY PC | | | 2222/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 01/07/08 | 12/07/08 | 20000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTY | HELP NEEDY INDIVIDUAL |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 13333. | 0. | 13333. |

| BORROWER'S NAME | | | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|---|---|
| D. REIS | | | LUMP SUM | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 12/01/08 | 12/01/09 | 25000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTY | ASSIST INDIVIDUAL IN NEED |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 25000. | 0. | 25000. |

HUBERFELD FAMILY FOUNDATION INC                                        13-4042543

| BORROWER'S NAME | | | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|---|---|
| AARON ELBOGEN IRREVOCABLE TRUST | | | $2500000 09/11 & 1500000 03/13 | 7.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 09/08/09 | 03/08/13 | 2500000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| INVESTMENTS IN TWO PARTNERSHIPS | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 1000000. | 0. | 1000000. |

| BORROWER'S NAME | | | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|---|---|
| SABSY YOSELOVSKY | | | 500/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| ●/18/09 | 12/18/12 | 20000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTY | HELP NEEDY INDIVIDUAL |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

HUBERFELD FAMILY FOUNDATION INC                                          13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| YESHIVA KETANA OF LONG ISLAND | 15000/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 06/22/09 | 06/22/10 | 690000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST EDUCATIONAL INSTITUTION |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| MONTAGE HOLDINGS LLC | VARIOUS | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 12/30/10 | | 100000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| RECEIVABLES | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

HUBERFELD FAMILY FOUNDATION INC                                    13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| BATES LOAN | LUMP SUM | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 05/31/11 | 12/31/13 | 262500. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| GUARANTEES AND MORTGAGES | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
|  | 262500. | 0. | 262500. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| BATES LOAN | LUMP SUM | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 01/19/12 | 12/31/13 | 144270. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| GUARANTEES AND MORTGAGES | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 144270. | 0. | 144270. |

HUBERFELD FAMILY FOUNDATION INC                                           13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| GRID SOFTWARE | LUMP SUM | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 11/26/12 | 05/08/13 | 100000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES | HELP COMPANY |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 100000. | 0. | 100000. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| MICHAEL SCHICK | LUMP SUM | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 01/09/12 | 12/31/13 | 20000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES | HELP NEEDY INDIVIDUAL |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 20000. | 0. | 20000. |

HUBERFELD FAMILY FOUNDATION INC                                    13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| AMERICAN FRIENDS OF YESHIVA MIR | LUMP SUM | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 12/06/12 | 01/13/13 | 0. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST EDUCATIONAL INSTITUTION |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 500000. | 0. | 500000. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| H PEARLSTEIN | 10000/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| | | 135000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| INSURANCE POLICY | |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 95000. | 0. | 95000. |

| TOTAL TO FORM 990-PF, PART II, LINE 7 | 4114968. | 0. | 4114968. |
|---|---|---|---|

FORM 990-PF                              CORPORATE STOCK                              STATEMENT   7

| DESCRIPTION | BOOK VALUE | FAIR MARKET VALUE |
|---|---|---|
| PLATINUM PARTNERS VALUE ARBITRAGE (INTERNATIONAL) LTD | 2595299. | 9859294. |
| MENGOLD RESOURCES INC | 224456. | 3394. |
| TINTIC GOLD MINES | 58000. | 290. |
| PLATINUM LIQUID OPPORTUNITY FUND LTD | 1627007. | 1977825. |

```
HUBERFELD FAMILY FOUNDATION INC                                  13-4042543

17 GROUP INC                                       166666.         166666.
                                                  --------       ---------
TAL TO FORM 990-PF, PART II, LINE 10B             4671428.       12007469.
                                                  ========       =========
```

| FORM 990-PF | OTHER INVESTMENTS | | STATEMENT 8 |
|---|---|---|---|
| DESCRIPTION | VALUATION METHOD | BOOK VALUE | FAIR MARKET VALUE |
| BAYBERRY FUND LLC | COST | 4926332. | 4926332. |
| LONGWOOD FINANCE FUND LLC | COST | 268765. | 268765. |
| KLEIN INSURANCE POLICY | COST | 267600. | 267600. |
| TOTAL TO FORM 990-PF, PART II, LINE 13 | | 5462697. | 5462697. |

| FORM 990-PF | LIST OF SUBSTANTIAL CONTRIBUTORS PART VII-A, LINE 10 | STATEMENT 9 |
|---|---|---|

| NAME OF CONTRIBUTOR | ADDRESS |
|---|---|
| MURRAY HUBERFELD | 15 MANOR LANE LAWRENCE, NY 11559 |

HUBERFELD FAMILY FOUNDATION INC                                                      13-4042543

FORM 990-PF          PART VIII - LIST OF OFFICERS, DIRECTORS          STATEMENT   10
                              TRUSTEES AND FOUNDATION MANAGERS

| NAME AND ADDRESS | TITLE AND AVRG HRS/WK | COMPEN-SATION | EMPLOYEE BEN PLAN CONTRIB | EXPENSE ACCOUNT |
|---|---|---|---|---|
| MURRAY HUBERFELD<br>15 MANOR LANE<br>LAWRENCE, NY 11559 | PRESIDENT/DIRECTOR<br>0.00 | 0. | 0. | 0. |
| SEYMOUR HUBERFELD<br>24 BRIARWOOD LANE<br>LAWRENCE, NY 11559 | SECRTY/TREAS/DIRECTOR<br>0.00 | 0. | 0. | 0. |
| RAE HUBERFELD<br>1409 EAST 24TH STREET<br>BROOKLYN, NY 11210 | DIRECTOR<br>0.00 | 0. | 0. | 0. |
| RACHEL HUBERFELD<br>15 MANOR LANE<br>LAWRENCE, NY 11559 | DIRECTOR<br>0.00 | 0. | 0. | 0. |
| JESSICA BEREN<br>420 WEST END AVENUE<br>NEW YORK, NY 10024 | DIRECTOR<br>0.00 | 0. | 0. | 0. |
| TOTALS INCLUDED ON 990-PF, PAGE 6, PART VIII | | 0. | 0. | 0. |