# EXHIBIT 18

# Form 990-PF — Return of Private Foundation

or Section 4947(a)(1) Trust Treated as Private Foundation
► Do not enter Social Security numbers on this form as it may be made public.
► Information about Form 990-PF and its separate instructions is at www.irs.gov/form990pf.

OMB No. 1545-0052

**2013**

Department of the Treasury
Internal Revenue Service

For calendar year **2013** or tax year beginning _____, and ending _____

**Name of foundation:** HUBERFELD FAMILY FOUNDATION INC
**Number and street:** 152 WEST 57TH STREET
**City, state, ZIP:** NEW YORK, NY 10019

**A Employer identification number:** 13-4042543
**B Telephone number:** 212-571-0500
**C** If exemption application is pending, check here ►☐

**G Check all that apply:** ☐ Initial return   ☐ Initial return of a former public charity   ☐ Final return   ☐ Amended return   ☐ Address change   ☐ Name change

**D 1.** Foreign organizations, check here ►☐
**2.** Foreign organizations meeting the 85% test, check here and attach computation ►☐

**H Check type of organization:** ☒ Section 501(c)(3) exempt private foundation   ☐ Section 4947(a)(1) nonexempt charitable trust   ☐ Other taxable private foundation

**E** If private foundation status was terminated under section 507(b)(1)(A), check here ►☐

**I** Fair market value of all assets at end of year (from Part II, col. (c), line 16) ►$ **43288785.**
**J** Accounting method: ☒ Cash   ☐ Accrual   ☐ Other (specify) _____ (Part I, column (d) must be on cash basis.)

**F** If the foundation is in a 60-month termination under section 507(b)(1)(B), check here ►☐

## Part I — Analysis of Revenue and Expenses

| | (a) Revenue and expenses per books | (b) Net investment income | (c) Adjusted net income | (d) Disbursements for charitable purposes (cash basis only) |
|---|---|---|---|---|
| 1 Contributions, gifts, grants, etc., received | 2400000. | | N/A | |
| 2 Check ►☐ if the foundation is not required to attach Sch. B | | | | |
| 3 Interest on savings and temporary cash investments | 56643. | 56643. | | STATEMENT 1 |
| 4 Dividends and interest from securities | 1249885. | 1249885. | | STATEMENT 2 |
| 5a Gross rents | | | | |
| b Net rental income or (loss) | | | | |
| 6a Net gain or (loss) from sale of assets not on line 10 | 339785. | | | |
| b Gross sales price for all assets on line 6a: 1000000. | | | | |
| 7 Capital gain net income (from Part IV, line 2) | | 339785. | | |
| 8 Net short-term capital gain | | | | |
| 9 Income modifications | | | | |
| 10a Gross sales less returns and allowances | | | | |
| b Less: Cost of goods sold | | | | |
| c Gross profit or (loss) | | | | |
| 11 Other income | | | | |
| 12 Total. Add lines 1 through 11 | 4046313. | 1646313. | | |
| 13 Compensation of officers, directors, trustees, etc. | 0. | 0. | | 0. |
| 14 Other employee salaries and wages | | | | |
| 15 Pension plans, employee benefits | | | | |
| 16a Legal fees | | | | |
| b Accounting fees  STMT 3 | 33579. | 0. | | 0. |
| c Other professional fees | | | | |
| 17 Interest | | | | |
| 18 Taxes  STMT 4 | 32939. | 0. | | 0. |
| 19 Depreciation and depletion | | | | |
| 20 Occupancy | | | | |
| 21 Travel, conferences, and meetings | | | | |
| 22 Printing and publications | | | | |
| 23 Other expenses  STMT 5 | 1648. | 0. | | 0. |
| 24 Total operating and administrative expenses. Add lines 13 through 23 | 68166. | 0. | | 0. |
| 25 Contributions, gifts, grants paid | 3109731. | | | 3109731. |
| 26 Total expenses and disbursements. Add lines 24 and 25 | 3177897. | 0. | | 3109731. |
| 27 Subtract line 26 from line 12: | | | | |
| a Excess of revenue over expenses and disbursements | 868416. | | | |
| b Net investment income (if negative, enter -0-) | | 1646313. | | |
| c Adjusted net income (if negative, enter -0-) | | | N/A | |

323501  10-10-13   LHA   For Paperwork Reduction Act Notice, see instructions.

Form **990-PF** (2013)

1

Form 990-PF (2013)  HUBERFELD FAMILY FOUNDATION INC      13-4042543   Page 6

| Part VII-B | Statements Regarding Activities for Which Form 4720 May Be Required *(continued)* |

5a During the year did the foundation pay or incur any amount to:
 (1) Carry on propaganda, or otherwise attempt to influence legislation (section 4945(e))? ☐ Yes ☒ No
 (2) Influence the outcome of any specific public election (see section 4955); or to carry on, directly or indirectly, any voter registration drive? ☐ Yes ☒ No
 (3) Provide a grant to an individual for travel, study, or other similar purposes? ☐ Yes ☒ No
 (4) Provide a grant to an organization other than a charitable, etc., organization described in section 509(a)(1), (2), or (3), or section 4940(d)(2)? ☐ Yes ☒ No
 (5) Provide for any purpose other than religious, charitable, scientific, literary, or educational purposes, or for the prevention of cruelty to children or animals? ☐ Yes ☒ No
b If any answer is "Yes" to 5a(1)–(5), did any of the transactions fail to qualify under the exceptions described in Regulations section 53.4945 or in a current notice regarding disaster assistance (see instructions)?  N/A   **5b**
 Organizations relying on a current notice regarding disaster assistance check here ▶ ☐
c If the answer is "Yes" to question 5a(4), does the foundation claim exemption from the tax because it maintained expenditure responsibility for the grant?  N/A  ☐ Yes ☐ No
 *If "Yes," attach the statement required by Regulations section 53.4945-5(d).*
6a Did the foundation, during the year, receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? ☐ Yes ☒ No
b Did the foundation, during the year, pay premiums, directly or indirectly, on a personal benefit contract?   **6b**  X
 *If "Yes" to 6b, file Form 8870.*
7a At any time during the tax year, was the foundation a party to a prohibited tax shelter transaction? ☐ Yes ☒ No
b If "Yes," did the foundation receive any proceeds or have any net income attributable to the transaction?  N/A   **7b**

| Part VIII | Information About Officers, Directors, Trustees, Foundation Managers, Highly Paid Employees, and Contractors |

1 List all officers, directors, trustees, foundation managers and their compensation.

| (a) Name and address | (b) Title, and average hours per week devoted to position | (c) Compensation (If not paid, enter -0-) | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account, other allowances |
|---|---|---|---|---|
| MURRAY HUBERFELD 15 MANOR LANE LAWRENCE, NY 11559 | PRESIDENT/DIRECTOR 0.00 | 0. | 0. | 0. |
| ALEXANDER HUBERFELD 15 MANOR LANE LAWRENCE, NY 11559 | DIRECTOR 0.00 | 0. | 0. | 0. |
| RACHEL HUBERFELD 15 MANOR LANE LAWRENCE, NY 11559 | SECRETARY/TREAS/DIRECTOR 0.00 | 0. | 0. | 0. |
| JESSICA BEREN 420 WEST END AVENUE NEW YORK, NY 10024 | DIRECTOR 0.00 | 0. | 0. | 0. |

2 Compensation of five highest-paid employees (other than those included on line 1). If none, enter "NONE."

| (a) Name and address of each employee paid more than $50,000 | (b) Title, and average hours per week devoted to position | (c) Compensation | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account, other allowances |
|---|---|---|---|---|
| NONE | | | | |

Total number of other employees paid over $50,000 ................. ▶ 0

Form **990-PF** (2013)



HUBERFELD FAMILY FOUNDATION INC                                                    13-4042543

FORM 990-PF    INTEREST ON SAVINGS AND TEMPORARY CASH INVESTMENTS    STATEMENT  1

| SOURCE | (A) REVENUE PER BOOKS | (B) NET INVESTMENT INCOME | (C) ADJUSTED NET INCOME |
|---|---|---|---|
| APPLE BANK | 9162. | 9162. | |
| BANK OF AMERICA | 1977. | 1977. | |
| CAPITAL ONE BANK | 4230. | 4230. | |
| DIME SAVINGS BANK | 7349. | 7349. | |
| ING DIRECT | 4022. | 4022. | |
| METROPOLITAN NATIONAL BANK | 882. | 882. | |
| PROVIDENT BANK | 500. | 500. | |
| SIGNATURE BANK | 28521. | 28521. | |
| TOTAL TO PART I, LINE 3 | 56643. | 56643. | |

FORM 990-PF           DIVIDENDS AND INTEREST FROM SECURITIES           STATEMENT  2

| SOURCE | GROSS AMOUNT | CAPITAL GAINS DIVIDENDS | (A) REVENUE PER BOOKS | (B) NET INVEST- MENT INCOME | (C) ADJUSTED NET INCOME |
|---|---|---|---|---|---|
| AARON ELBOGEN TRUST | 92000. | 0. | 92000. | 92000. | |
| BAYBERRY CONSUMER FINANCE FUND LLC | 987335. | 0. | 987335. | 987335. | |
| GRIDE SOFTWARE | 1121. | 0. | 1121. | 1121. | |
| JMT HOLDING | 12999. | 0. | 12999. | 12999. | |
| KIMMEL & KIMMEL | 19344. | 0. | 19344. | 19344. | |
| LONGWOOD FINANCE FUND LLC | 38741. | 0. | 38741. | 38741. | |
| MANHATTAN YORK EQUITIES | 9000. | 0. | 9000. | 9000. | |
| MECHON LEHORRAH | 5. | 0. | 5. | 5. | |
| PLATINUM PARTNERS BLACK ELK | 89340. | 0. | 89340. | 89340. | |
| TO PART I, LINE 4 | 1249885. | 0. | 1249885. | 1249885. | |

HUBERFELD FAMILY FOUNDATION INC                                          13-4042543

FORM 990-PF          OTHER NOTES AND LOANS REPORTED SEPARATELY       STATEMENT  6

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| MORTGAGES RECEIVABLE | VARIOUS | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 07/01/10 | 12/31/14 | 6210000. | REAL ESTATE MORTGAGES | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| REAL ESTATE MORTGAGE | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 1684867. | 0. | 1684867. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| SAMUEL REICH | | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 06/29/11 | 12/31/11 | 4998. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTY | |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 4998. | 0. | 4998. |

HUBERFELD FAMILY FOUNDATION INC                                              13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| TRISTATE PODIATRY PC | 2222/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 01/07/08 | 12/31/14 | 20000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTY | HELP NEEDY INDIVIDUAL |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 22361. | 0. | 22361. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| D. REIS | LUMP SUM | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 12/01/08 | 12/01/09 | 25000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTY | ASSIST INDIVIDUAL IN NEED |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 25000. | 0. | 25000. |

HUBERFELD FAMILY FOUNDATION INC                                                13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| AARON ELBOGEN IRREVOCABLE TRUST | $2500000 09/11 & 1500000 03/13 | 7.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 09/08/09 | 09/14/14 | 1500000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| INVESTMENTS IN TWO PARTNERSHIPS | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 1000000. | 0. | 1000000. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| BATES LOAN | LUMP SUM | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| /31/11 | 12/31/14 | 262500. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| GUARANTEES AND MORTGAGES | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| | 375035. | 0. | 375035. |

HUBERFELD FAMILY FOUNDATION INC                                              13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| GRID SOFTWARE | LUMP SUM | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 11/26/12 | 05/08/13 | 100000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES | HELP COMPANY |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| MICHAEL SCHICK | LUMP SUM | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 01/09/12 | 12/31/13 | 20000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES | HELP NEEDY INDIVIDUAL |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

HUBERFELD FAMILY FOUNDATION INC                                     13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| AMERICAN FRIENDS OF YESHIVA MIR | LUMP SUM | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 12/06/12 | 01/13/13 | 500000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| NONE | ASSIST EDUCATIONAL INSTITUTION |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| H PEARLSTEIN | 10000/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 08/09/12 | | 135000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| INSURANCE POLICY | |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 75000. | 0. | 75000. |

HUBERFELD FAMILY FOUNDATION INC                                                                13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| HUBERFELD-BODNER FAMILY FOUNDAION | LUMP SUM | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 06/17/13 | | 1369730. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| | ASSIST LOANS MADE BY RELATED FOUNDATION |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| RELATED FOUNDATION | 882230. | 0. | 882230. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| MANHATTANVILLE LANGER | LUMP SUM | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| /13/13 | 12/31/14 | 1000000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 1000000. | 0. | 1000000. |

HUBERFELD FAMILY FOUNDATION INC                                              13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| FINSBURY TRUST | | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 10/21/13 | 10/21/14 | 50000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES | LOAN TO NEEDY INDIVIDUAL |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 50000. | 0. | 50000. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| A ORATZ | 12000/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 05/06/13 | 03/02/14 | 300000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES | LOAN TO NEEDY INDIVIDUAL |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 36000. | 0. | 36000. |

HUBERFELD FAMILY FOUNDATION INC                                                    13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| AARON ELBOGEN IRREVOCABLE TRUST | LUMP SUM | 7.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 11/07/13 | 11/07/14 | 1000000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 1000000. | 0. | 1000000. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| JMT HOLDINGS LLC | LUMP SUM | 5.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 08/21/13 | 04/14/14 | 630000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 630000. | 0. | 630000. |
| TOTAL TO FORM 990-PF, PART II, LINE 7 | 6785491. | 0. | 6785491. |

FORM 990-PF                           CORPORATE STOCK                         STATEMENT  7

| DESCRIPTION | BOOK VALUE | FAIR MARKET VALUE |
|---|---|---|
| PLATINUM PARTNERS VALUE ARBITRAGE (INTERNATIONAL) LTD | 2595299. | 12408847. |
| TANAGER ENERGY | 224456. | 7214. |
| TINTIC GOLD MINES | 58000. | 725. |
| PLATINUM LIQUID OPPORTUNITY FUND LTD | 1666792. | 2186108. |

```
HUBERFELD FAMILY FOUNDATION INC                                          13-4042543
```

| | | |
|---|---:|---:|
| 17 GROUP INC | 166666. | 166666. |
| TOTAL TO FORM 990-PF, PART II, LINE 10B | 4711213. | 14769560. |

```
FORM 990-PF                    OTHER INVESTMENTS                      STATEMENT    8
```

| DESCRIPTION | VALUATION METHOD | BOOK VALUE | FAIR MARKET VALUE |
|---|---|---:|---:|
| BAYBERRY FUND LLC | COST | 3772841. | 3772841. |
| LONGWOOD FINANCE FUND LLC | COST | 0. | 0. |
| KLEIN INSURANCE POLICY | COST | 617800. | 617800. |
| PLATINUM PARTNERS BLACK ELK | COST | 1000000. | 1073920. |
| TOTAL TO FORM 990-PF, PART II, LINE 13 | | 5390641. | 5464561. |

```
FORM 990-PF                    OTHER LIABILITIES                      STATEMENT    9
```

| DESCRIPTION | BOY AMOUNT | EOY AMOUNT |
|---|---:|---:|
| SUSPENSE | 2660. | 2660. |
| EXCISE TAX PAYABLE | 0. | 677. |
| TOTAL TO FORM 990-PF, PART II, LINE 22 | 2660. | 3337. |

```
FORM 990-PF          LIST OF SUBSTANTIAL CONTRIBUTORS                 STATEMENT   10
                             PART VII-A, LINE 10
```

| NAME OF CONTRIBUTOR | ADDRESS |
|---|---|
| MURRAY HUBERFELD | 15 MANOR LANE<br>LAWRENCE, NY 11559 |