# EXHIBIT 19

Form **990-PF**
Department of the Treasury
Internal Revenue Service

EXTENDED TO AUGUST 17, 2015
**Return of Private Foundation**
or Section 4947(a)(1) Trust Treated as Private Foundation
▶ Do not enter social security numbers on this form as it may be made public.
▶ Information about Form 990-PF and its separate instructions is at www.irs.gov/form990pf.

OMB No. 1545-0052

**2014**

Open to Public Inspection

For calendar year 2014 or tax year beginning _____, and ending _____

Name of foundation: **HUBERFELD FAMILY FOUNDATION INC**
A Employer identification number: **13-4042543**

Number and street (or P.O. box number if mail is not delivered to street address): **15 MANOR LANE**
Room/suite: 
B Telephone number: **212-571-0500**

City or town, state or province, country, and ZIP or foreign postal code: **LAWRENCE, NY 11559**

C If exemption application is pending, check here ▶ ☐

G Check all that apply:
☐ Initial return   ☐ Initial return of a former public charity
☐ Final return    ☐ Amended return
☐ Address change  ☐ Name change

D 1. Foreign organizations, check here ▶ ☐
  2. Foreign organizations meeting the 85% test, check here and attach computation ▶ ☐

H Check type of organization: ☒ Section 501(c)(3) exempt private foundation
☐ Section 4947(a)(1) nonexempt charitable trust  ☐ Other taxable private foundation

E If private foundation status was terminated under section 507(b)(1)(A), check here ▶ ☐

I Fair market value of all assets at end of year (from Part II, col. (c), line 16) ▶ $ **48384938.**

J Accounting method: ☒ Cash  ☐ Accrual
☐ Other (specify) _____
(Part I, column (d) must be on cash basis.)

F If the foundation is in a 60-month termination under section 507(b)(1)(B), check here ▶ ☐

### Part I Analysis of Revenue and Expenses
(The total of amounts in columns (b), (c), and (d) may not necessarily equal the amounts in column (a).)

| | (a) Revenue and expenses per books | (b) Net investment income | (c) Adjusted net income | (d) Disbursements for charitable purposes (cash basis only) |
|---|---|---|---|---|
| 1 Contributions, gifts, grants, etc., received | 3567500. | | N/A | |
| 2 Check ▶ ☐ if the foundation is not required to attach Sch. B | | | | |
| 3 Interest on savings and temporary cash investments | 62349. | 62349. | | STATEMENT 1 |
| 4 Dividends and interest from securities | 925875. | 925875. | | STATEMENT 2 |
| 5a Gross rents | | | | |
| b Net rental income or (loss) | | | | |
| 6a Net gain or (loss) from sale of assets not on line 10 | 744005. | | | |
| b Gross sales price for all assets on line 6a  744005. | | | | |
| 7 Capital gain net income (from Part IV, line 2) | | 744005. | | |
| 8 Net short-term capital gain | | | | |
| 9 Income modifications | | | | |
| 10a Gross sales less returns and allowances | | | | |
| b Less: Cost of goods sold | | | | |
| c Gross profit or (loss) | | | | |
| 11 Other income | 612092. | 612092. | | STATEMENT 3 |
| 12 Total. Add lines 1 through 11 | 5911821. | 2344321. | | |
| 13 Compensation of officers, directors, trustees, etc. | 60000. | 18000. | | 42000. |
| 14 Other employee salaries and wages | | | | |
| 15 Pension plans, employee benefits | | | | |
| 16a Legal fees  STMT 4 | 2366. | 0. | | 0. |
| b Accounting fees  STMT 5 | 32403. | 16202. | | 0. |
| c Other professional fees | | | | |
| 17 Interest | | | | |
| 18 Taxes  STMT 6 | 51849. | 1709. | | 3987. |
| 19 Depreciation and depletion | | | | |
| 20 Occupancy | | | | |
| 21 Travel, conferences, and meetings | | | | |
| 22 Printing and publications | | | | |
| 23 Other expenses  STMT 7 | 7444. | 747. | | 351. |
| 24 Total operating and administrative expenses. Add lines 13 through 23 | 154062. | 36658. | | 46338. |
| 25 Contributions, gifts, grants paid | 1475876. | | | 1475876. |
| 26 Total expenses and disbursements. Add lines 24 and 25 | 1629938. | 36658. | | 1522214. |
| 27 Subtract line 26 from line 12: | | | | |
| a Excess of revenue over expenses and disbursements | 4281883. | | | |
| b Net investment income (if negative, enter -0-) | | 2307663. | | |
| c Adjusted net income (if negative, enter -0-) | | | N/A | |

423501
11-24-14   LHA   For Paperwork Reduction Act Notice, see instructions.

1

Form **990-PF** (2014)

Form 990-PF (2014)   HUBERFELD FAMILY FOUNDATION INC   13-4042543   Page 6

## Part VII-B | Statements Regarding Activities for Which Form 4720 May Be Required (continued)

5a During the year did the foundation pay or incur any amount to:
 (1) Carry on propaganda, or otherwise attempt to influence legislation (section 4945(e))? ☐ Yes ☒ No
 (2) Influence the outcome of any specific public election (see section 4955); or to carry on, directly or indirectly, any voter registration drive? ☐ Yes ☒ No
 (3) Provide a grant to an individual for travel, study, or other similar purposes? ☐ Yes ☒ No
 (4) Provide a grant to an organization other than a charitable, etc., organization described in section 4945(d)(4)(A)? (see instructions) ☐ Yes ☒ No
 (5) Provide for any purpose other than religious, charitable, scientific, literary, or educational purposes, or for the prevention of cruelty to children or animals? ☐ Yes ☒ No
b If any answer is "Yes" to 5a(1)-(5), did any of the transactions fail to qualify under the exceptions described in Regulations section 53.4945 or in a current notice regarding disaster assistance (see instructions)? N/A   5b
 Organizations relying on a current notice regarding disaster assistance check here ▶ ☐
c If the answer is "Yes" to question 5a(4), does the foundation claim exemption from the tax because it maintained expenditure responsibility for the grant? N/A ☐ Yes ☐ No
 If "Yes," attach the statement required by Regulations section 53.4945-5(d).
6a Did the foundation, during the year, receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? ☐ Yes ☒ No
b Did the foundation, during the year, pay premiums, directly or indirectly, on a personal benefit contract?   6b   X
 If "Yes" to 6b, file Form 8870.
7a At any time during the tax year, was the foundation a party to a prohibited tax shelter transaction? ☐ Yes ☒ No
b If "Yes," did the foundation receive any proceeds or have any net income attributable to the transaction? N/A   7b

## Part VIII | Information About Officers, Directors, Trustees, Foundation Managers, Highly Paid Employees, and Contractors

1 List all officers, directors, trustees, foundation managers and their compensation.

| (a) Name and address | (b) Title, and average hours per week devoted to position | (c) Compensation (If not paid, enter -0-) | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account, other allowances |
|---|---|---|---|---|
| MURRAY HUBERFELD<br>15 MANOR LANE<br>LAWRENCE, NY 11559 | PRESIDENT/DIRECTOR<br>0.00 | 0. | 0. | 0. |
| ALEXANDER HUBERFELD<br>15 MANOR LANE<br>LAWRENCE, NY 11559 | DIRECTOR<br>0.00 | 0. | 0. | 0. |
| RACHEL JACOBS<br>451 WEST END AVENUE<br>NEW YORK, NY 10024 | SECRETARY/TREAS/DIRECTOR<br>20.00 | 60000. | 0. | 0. |
| JESSICA BEREN<br>420 WEST END AVENUE<br>NEW YORK, NY 10024 | DIRECTOR<br>0.00 | 0. | 0. | 0. |

2 Compensation of five highest-paid employees (other than those included on line 1). If none, enter "NONE."

| (a) Name and address of each employee paid more than $50,000 | (b) Title, and average hours per week devoted to position | (c) Compensation | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account, other allowances |
|---|---|---|---|---|
| NONE | | | | |

Total number of other employees paid over $50,000 ▶ 0

Form 990-PF (2014)

HUBERFELD FAMILY FOUNDATION INC                                                13-4042543

## FORM 990-PF — INTEREST ON SAVINGS AND TEMPORARY CASH INVESTMENTS — STATEMENT 1

| SOURCE | (A) REVENUE PER BOOKS | (B) NET INVESTMENT INCOME | (C) ADJUSTED NET INCOME |
|---|---|---|---|
| APPLE BANK | 9141. | 9141. | |
| BANK OF AMERICA | 2028. | 2028. | |
| CAPITAL ONE BANK | 3554. | 3554. | |
| DIME SAVINGS BANK | 5322. | 5322. | |
| ING DIRECT | 4039. | 4039. | |
| METROPOLITAN NATIONAL BANK | 2167. | 2167. | |
| SIGNATURE BANK | 35219. | 35219. | |
| STERLING BANK | 879. | 879. | |
| TOTAL TO PART I, LINE 3 | 62349. | 62349. | |

## FORM 990-PF — DIVIDENDS AND INTEREST FROM SECURITIES — STATEMENT 2

| SOURCE | GROSS AMOUNT | CAPITAL GAINS DIVIDENDS | (A) REVENUE PER BOOKS | (B) NET INVESTMENT INCOME | (C) ADJUSTED NET INCOME |
|---|---|---|---|---|---|
| ARON ELBOGEN TRUST | 405778. | 0. | 405778. | 405778. | |
| BATES LOAN | 126463. | 0. | 126463. | 126463. | |
| JH DARBY | 8. | 0. | 8. | 8. | |
| JMT HOLDING | 69649. | 0. | 69649. | 69649. | |
| KENT ST MORTGAGE | 245000. | 0. | 245000. | 245000. | |
| KIMMEL & KIMMEL | 43854. | 0. | 43854. | 43854. | |
| MONTAGE | 2917. | 0. | 2917. | 2917. | |
| SBO TRUST | 21875. | 0. | 21875. | 21875. | |
| STERN POLICY | 10331. | 0. | 10331. | 10331. | |
| TO PART I, LINE 4 | 925875. | 0. | 925875. | 925875. | |

HUBERFELD FAMILY FOUNDATION INC                                              13-4042543

## FORM 990-PF — OTHER INCOME — STATEMENT 3

| DESCRIPTION | (A) REVENUE PER BOOKS | (B) NET INVESTMENT INCOME | (C) ADJUSTED NET INCOME |
|---|---|---|---|
| BAYBERRY CONSUMER FINANCE LLC | 315955. | 315955. | |
| PLATINUM BLACK ELK | 156546. | 156546. | |
| MANHATTAN YORK EQUITIES | 139591. | 139591. | |
| TOTAL TO FORM 990-PF, PART I, LINE 11 | 612092. | 612092. | |

## FORM 990-PF — LEGAL FEES — STATEMENT 4

| DESCRIPTION | (A) EXPENSES PER BOOKS | (B) NET INVESTMENT INCOME | (C) ADJUSTED NET INCOME | (D) CHARITABLE PURPOSES |
|---|---|---|---|---|
| LEGAL | 2366. | 0. | | 0. |
| TO FM 990-PF, PG 1, LN 16A | 2366. | 0. | | 0. |

## FORM 990-PF — ACCOUNTING FEES — STATEMENT 5

| DESCRIPTION | (A) EXPENSES PER BOOKS | (B) NET INVESTMENT INCOME | (C) ADJUSTED NET INCOME | (D) CHARITABLE PURPOSES |
|---|---|---|---|---|
| ACCOUNTING AND BOOKKEEPING | 32403. | 16202. | | 0. |
| TO FORM 990-PF, PG 1, LN 16B | 32403. | 16202. | | 0. |

## FORM 990-PF — TAXES — STATEMENT 6

| DESCRIPTION | (A) EXPENSES PER BOOKS | (B) NET INVESTMENT INCOME | (C) ADJUSTED NET INCOME | (D) CHARITABLE PURPOSES |
|---|---|---|---|---|
| EXCISE TAX | 46153. | 0. | | 0. |
| PAYROLL | 5696. | 1709. | | 3987. |
| TO FORM 990-PF, PG 1, LN 18 | 51849. | 1709. | | 3987. |

HUBERFELD FAMILY FOUNDATION INC                                    13-4042543

FORM 990-PF          OTHER NOTES AND LOANS REPORTED SEPARATELY        STATEMENT   8

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| MORTGAGES RECEIVABLE | VARIOUS | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 07/01/10 | 12/31/15 | 6210000. | REAL ESTATE MORTGAGES | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| REAL ESTATE MORTGAGE | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 1154867. | 0. | 1154867. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| SAMUEL REICH |  | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 06/29/11 | 12/31/11 | 4998. |  | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTY |  |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

HUBERFELD FAMILY FOUNDATION INC                                              13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| TRISTATE PODIATRY PC | 972/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 01/07/08 | 11/30/15 | 20000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTY | HELP NEEDY INDIVIDUAL |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 10694. | 0. | 10694. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| D. REIS | LUMP SUM | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 12/01/08 | 12/01/09 | 25000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTY | ASSIST INDIVIDUAL IN NEED |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

HUBERFELD FAMILY FOUNDATION INC                                                    13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| AARON ELBOGEN IRREVOCABLE TRUST | $2500000 09/11 & 1500000 03/13 | 7.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 09/08/09 | 09/14/14 | 1500000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| INVESTMENTS IN TWO PARTNERSHIPS | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| BATES LOAN | LUMP SUM | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 5/31/11 | 12/31/14 | 262500. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| GUARANTEES AND MORTGAGES | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

HUBERFELD FAMILY FOUNDATION INC                                                      13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| JUDAH PEARLSTEIN | 10000/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 08/09/12 | | 135000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES | |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 75000. | 0. | 75000. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| HUBERFELD-BODNER FAMILY FOUNDAION | LUMP SUM | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 06/17/13 | | 1369730. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| | ASSIST LOANS MADE BY RELATED FOUNDATION |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| RELATED FOUNDATION | 0. | 0. | 0. |

HUBERFELD FAMILY FOUNDATION INC                                               13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| FINSBURY TRUST | | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 10/21/13 | | 50000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES | LOAN TO NEEDY INDIVIDUAL |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 50000. | 0. | 50000. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| A ORATZ | 12000/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 05/06/13 | 03/02/14 | 300000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES | LOAN TO NEEDY INDIVIDUAL |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

HUBERFELD FAMILY FOUNDATION INC 13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
| --- | --- | --- |
| AARON ELBOGEN IRREVOCABLE TRUST | LUMP SUM | 7.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
| --- | --- | --- | --- | --- |
| 11/07/13 | 11/07/14 | 1000000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
| --- | --- |
| PERSONAL GUARANTIES | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
| --- | --- | --- | --- |
| NONE | 0. | 0. | 0. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
| --- | --- | --- |
| JMT HOLDINGS LLC | LUMP SUM | 5.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
| --- | --- | --- | --- | --- |
| 08/21/13 | 04/14/14 | 630000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
| --- | --- |
| | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
| --- | --- | --- | --- |
| NONE | 0. | 0. | 0. |

HUBERFELD FAMILY FOUNDATION INC                                              13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| AARON ELBOGEN IRREVOCABLE TRUST | 750000 3/15 AND 750000 11/15 | 7.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 11/13/14 | 11/13/15 | 1500000. | | 0. |

SECURITY PROVIDED BY BORROWER      PURPOSE OF LOAN

PERSONAL GUARANTIES

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 1500000. | 0. | 1500000. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| MARCUS FOX | $10000,$10000,$15000 | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 3/25/14 | 12/31/15 | 25000. | | 0. |

SECURITY PROVIDED BY BORROWER      PURPOSE OF LOAN

PERSONAL GUARANTIES

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| BOOKKEEPER | 35000. | 0. | 25000. |

HUBERFELD FAMILY FOUNDATION INC                                                   13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| JT HOME MANAGEMENT | 20833/MO | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 05/07/14 | 05/07/16 | 500000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 354167. | 0. | 354167. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| M ORATZ | | 5.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 05/07/14 | 12/31/14 | 750000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 710000. | 0. | 710000. |

HUBERFELD FAMILY FOUNDATION INC                                          13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| PARK MANOR CONSULTING | 12500/MO - INTEREST RATE TO BE DETERMINED | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 09/15/14 | 09/15/16 | 300000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 262500. | 0. | 262500. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| MONTAGE HOLDING LLC | | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 1/21/14 | | 1250000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 1250000. | 0. | 1250000. |
| TOTAL TO FORM 990-PF, PART II, LINE 7 | 5402228. | 0. | 5392228. |

HUBERFELD FAMILY FOUNDATION INC                                         13-4042543

| FORM 990-PF | CORPORATE STOCK | | STATEMENT 9 |
|---|---|---|---|
| DESCRIPTION | | BOOK VALUE | FAIR MARKET VALUE |
| PLATINUM PARTNERS VALUE ARBITRAGE (INTERNATIONAL) LTD | | 2595299. | 13291940. |
| TANAGER ENERGY | | 224456. | 1883. |
| TINTIC GOLD MINES | | 58000. | 8700. |
| PLATINUM LIQUID OPPORTUNITY FUND LTD | | 966792. | 1486108. |
| 17 GROUP INC | | 166666. | 166666. |
| MOBLI MEDIA INC | | 1720000. | 1720000. |
| TOTAL TO FORM 990-PF, PART II, LINE 10B | | 5731213. | 16675297. |

| FORM 990-PF | OTHER INVESTMENTS | | STATEMENT 10 |
|---|---|---|---|
| DESCRIPTION | VALUATION METHOD | BOOK VALUE | FAIR MARKET VALUE |
| BAYBERRY FUND LLC | COST | 507076. | 507076. |
| INVESTMENT IN INSURANCE POLICIES | COST | 2432570. | 2432570. |
| MANHATTAN YORK EQUITIES | COST | 1019591. | 1019591. |
| TOTAL TO FORM 990-PF, PART II, LINE 13 | | 3959237. | 3959237. |

| FORM 990-PF | OTHER LIABILITIES | STATEMENT 11 |
|---|---|---|
| DESCRIPTION | BOY AMOUNT | EOY AMOUNT |
| SUSPENSE | 2660. | 2660. |
| EXCISE TAX PAYABLE | 677. | 13130. |
| TOTAL TO FORM 990-PF, PART II, LINE 22 | 3337. | 15790. |