# EXHIBIT 20

EXTENDED TO AUGUST 15, 2016

**Form 990-PF**
Department of the Treasury
Internal Revenue Service

**Return of Private Foundation**
or Section 4947(a)(1) Trust Treated as Private Foundation
► Do not enter social security numbers on this form as it may be made public.
► Information about Form 990-PF and its separate instructions is at www.irs.gov/form990pf.

OMB No. 1545-0052

**2015**

For calendar year 2015 or tax year beginning _____, and ending _____

| | |
|---|---|
| Name of foundation: **HUBERFELD FAMILY FOUNDATION INC** | A Employer identification number: **13-4042543** |
| Number and street: **15 MANOR LANE** | B Telephone number: **212-571-0500** |
| City or town, state or province, country, and ZIP or foreign postal code: **LAWRENCE, NY 11559** | C If exemption application is pending, check here ► ☐ |
| G Check all that apply: ☐ Initial return ☐ Initial return of a former public charity ☐ Final return ☐ Amended return ☐ Address change ☐ Name change | D 1. Foreign organizations, check here ► ☐<br>2. Foreign organizations meeting the 85% test, check here and attach computation ► ☐ |
| H Check type of organization: ☒ Section 501(c)(3) exempt private foundation<br>☐ Section 4947(a)(1) nonexempt charitable trust ☐ Other taxable private foundation | E If private foundation status was terminated under section 507(b)(1)(A), check here ► ☐ |
| I Fair market value of all assets at end of year (from Part II, col. (c), line 16) ► $ **47782037.** | J Accounting method: ☒ Cash ☐ Accrual ☐ Other (specify) _____<br>(Part I, column (d) must be on cash basis.) | F If the foundation is in a 60-month termination under section 507(b)(1)(B), check here ► ☐ |

**Part I** Analysis of Revenue and Expenses
(The total of amounts in columns (b), (c), and (d) may not necessarily equal the amounts in column (a).)

| | | (a) Revenue and expenses per books | (b) Net investment income | (c) Adjusted net income | (d) Disbursements for charitable purposes (cash basis only) |
|---|---|---|---|---|---|
| Revenue | 1 Contributions, gifts, grants, etc., received | 1925025. | | N/A | |
| | 2 Check ► ☐ if the foundation is not required to attach Sch. B | | | | |
| | 3 Interest on savings and temporary cash investments | 57400. | 57400. | | STATEMENT 1 |
| | 4 Dividends and interest from securities | 1239636. | 1239636. | | STATEMENT 2 |
| | 5a Gross rents | | | | |
| | b Net rental income or (loss) | | | | |
| | 6a Net gain or (loss) from sale of assets not on line 10 | 28849. | | | |
| | b Gross sales price for all assets on line 6a: 400000. | | | | |
| | 7 Capital gain net income (from Part IV, line 2) | | 0. | | |
| | 8 Net short-term capital gain | | | | |
| | 9 Income modifications | | | | |
| | 10a Gross sales less returns and allowances: 95000. | | | | STATEMENT 3 |
| | b Less: Cost of goods sold | | | | |
| | c Gross profit or (loss) | 95000. | | | |
| | 11 Other income | | | | |
| | 12 Total. Add lines 1 through 11 | 3288212. | 1297036. | | |
| Operating and Administrative Expenses | 13 Compensation of officers, directors, trustees, etc. | 120000. | 36000. | | 84000. |
| | 14 Other employee salaries and wages | | | | |
| | 15 Pension plans, employee benefits | | | | |
| | 16a Legal fees | | | | |
| | b Accounting fees STMT 4 | 65320. | 21773. | | 21773. |
| | c Other professional fees | | | | |
| | 17 Interest | | | | |
| | 18 Taxes STMT 5 | 36800. | 3115. | | 7270. |
| | 19 Depreciation and depletion | | | | |
| | 20 Occupancy | | | | |
| | 21 Travel, conferences, and meetings | | | | |
| | 22 Printing and publications | | | | |
| | 23 Other expenses STMT 6 | 4237. | 2337. | | 701. |
| | 24 Total operating and administrative expenses. Add lines 13 through 23 | 226357. | 63225. | | 113744. |
| | 25 Contributions, gifts, grants paid | 2899770. | | | 2899770. |
| | 26 Total expenses and disbursements. Add lines 24 and 25 | 3126127. | 63225. | | 3013514. |
| | 27 Subtract line 26 from line 12: | | | | |
| | a Excess of revenue over expenses and disbursements | 162085. | | | |
| | b Net investment income (if negative, enter -0-) | | 1233811. | | |
| | c Adjusted net income (if negative, enter -0-) | | | N/A | |

LHA For Paperwork Reduction Act Notice, see instructions.

Form **990-PF** (2015)

1

14110809 758338 40457        2015.04010 HUBERFELD FAMILY FOUNDATION 40457__1

HFF000311

Form 990-PF (2015)   HUBERFELD FAMILY FOUNDATION INC   13-4042543   Page 6

## Part VII-B | Statements Regarding Activities for Which Form 4720 May Be Required (continued)

5a During the year did the foundation pay or incur any amount to:
  (1) Carry on propaganda, or otherwise attempt to influence legislation (section 4945(e))? ........ ☐ Yes ☒ No
  (2) Influence the outcome of any specific public election (see section 4955); or to carry on, directly or indirectly,
      any voter registration drive? ........................................................... ☐ Yes ☒ No
  (3) Provide a grant to an individual for travel, study, or other similar purposes? ............... ☐ Yes ☒ No
  (4) Provide a grant to an organization other than a charitable, etc., organization described in section
      4945(d)(4)(A)? (see instructions) ...................................................... ☐ Yes ☒ No
  (5) Provide for any purpose other than religious, charitable, scientific, literary, or educational purposes, or for
      the prevention of cruelty to children or animals? ....................................... ☐ Yes ☒ No
 b If any answer is "Yes" to 5a(1)-(5), did any of the transactions fail to qualify under the exceptions described in Regulations
   section 53.4945 or in a current notice regarding disaster assistance (see instructions)? ................ N/A | 5b
   Organizations relying on a current notice regarding disaster assistance check here ................... ▶ ☐
 c If the answer is "Yes" to question 5a(4), does the foundation claim exemption from the tax because it maintained
   expenditure responsibility for the grant? .............................................. N/A ☐ Yes ☐ No
   If "Yes," attach the statement required by Regulations section 53.4945-5(d).
6a Did the foundation, during the year, receive any funds, directly or indirectly, to pay premiums on
   a personal benefit contract? ......................................................... ☐ Yes ☒ No
 b Did the foundation, during the year, pay premiums, directly or indirectly, on a personal benefit contract? ........ | 6b | X
   If "Yes" to 6b, file Form 8870.
7a At any time during the tax year, was the foundation a party to a prohibited tax shelter transaction? ........ ☐ Yes ☒ No
 b If "Yes," did the foundation receive any proceeds or have any net income attributable to the transaction? ........ N/A | 7b

## Part VIII | Information About Officers, Directors, Trustees, Foundation Managers, Highly Paid Employees, and Contractors

**1** List all officers, directors, trustees, foundation managers and their compensation.

| (a) Name and address | (b) Title, and average hours per week devoted to position | (c) Compensation (If not paid, enter -0-) | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account, other allowances |
|---|---|---|---|---|
| MURRAY HUBERFELD<br>15 MANOR LANE<br>LAWRENCE, NY 11559 | PRESIDENT/DIRECTOR<br><br>0.00 | 0. | 0. | 0. |
| ALEXANDER HUBERFELD<br>15 MANOR LANE<br>LAWRENCE, NY 11559 | DIRECTOR<br><br>0.00 | 0. | 0. | 0. |
| RACHEL JACOBS<br>451 WEST END AVENUE<br>NEW YORK, NY 10024 | SECRETARY/TREAS/DIRECTOR<br><br>20.00 | 120000. | 0. | 0. |
| JESSICA BEREN<br>420 WEST END AVENUE<br>NEW YORK, NY 10024 | DIRECTOR<br><br>0.00 | 0. | 0. | 0. |

**2** Compensation of five highest-paid employees (other than those included on line 1). If none, enter "NONE."

| (a) Name and address of each employee paid more than $50,000 | (b) Title, and average hours per week devoted to position | (c) Compensation | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account, other allowances |
|---|---|---|---|---|
| NONE | | | | |

Total number of other employees paid over $50,000 ........................................... ▶ 0

Form 990-PF (2015)

HUBERFELD FAMILY FOUNDATION INC                                              13-4042543

FORM 990-PF    INTEREST ON SAVINGS AND TEMPORARY CASH INVESTMENTS    STATEMENT    1

| SOURCE | (A) REVENUE PER BOOKS | (B) NET INVESTMENT INCOME | (C) ADJUSTED NET INCOME |
|---|---|---|---|
| APPLE BANK | 9179. | 9179. | |
| BANK OF AMERICA | 1156. | 1156. | |
| CAPITAL ONE BANK | 2190. | 2190. | |
| DIME SAVINGS BANK | 5341. | 5341. | |
| ING DIRECT | 4055. | 4055. | |
| METROPOLITAN NATIONAL BANK | 2556. | 2556. | |
| SIGNATURE BANK | 32684. | 32684. | |
| STERLING BANK | 239. | 239. | |
| TOTAL TO PART I, LINE 3 | 57400. | 57400. | |

FORM 990-PF         DIVIDENDS AND INTEREST FROM SECURITIES         STATEMENT    2

| SOURCE | GROSS AMOUNT | CAPITAL GAINS DIVIDENDS | (A) REVENUE PER BOOKS | (B) NET INVESTMENT INCOME | (C) ADJUSTED NET INCOME |
|---|---|---|---|---|---|
| ARON ELBOGEN TRUST | 104000. | 0. | 104000. | 104000. | |
| AM LIFE | 3272. | 0. | 3272. | 3272. | |
| APTHROP | 218883. | 0. | 218883. | 218883. | |
| ARROYA CREDIT | 32167. | 0. | 32167. | 32167. | |
| BAINBRIDGE ENERGY FINANCE | 3699. | 0. | 3699. | 3699. | |
| BAYBERRY CONSUMER FINANCE | 63515. | 0. | 63515. | 63515. | |
| BEN LOWINGER | 16853. | 0. | 16853. | 16853. | |
| DAVID LEVY | 12991. | 0. | 12991. | 12991. | |
| FUCHS | 126841. | 0. | 126841. | 126841. | |
| HUTTON VENTURES | 81757. | 0. | 81757. | 81757. | |
| JACQUELINE ORATZ | 48417. | 0. | 48417. | 48417. | |
| JEST HOLDINGS LLC | 160535. | 0. | 160535. | 160535. | |
| JMT HOLDING | 41405. | 0. | 41405. | 41405. | |
| LANGER | 149625. | 0. | 149625. | 149625. | |
| MARBRIDGE ENERGY FINANCE | 170803. | 0. | 170803. | 170803. | |
| PLATINUM PARTNERS CREDIT OPPORTUNITY FUND | 4873. | 0. | 4873. | 4873. | |
| TO PART I, LINE 4 | 1239636. | 0. | 1239636. | 1239636. | |

HUBERFELD FAMILY FOUNDATION INC                                                    13-4042543

FORM 990-PF    INTEREST ON SAVINGS AND TEMPORARY CASH INVESTMENTS    STATEMENT    1

| SOURCE | (A) REVENUE PER BOOKS | (B) NET INVESTMENT INCOME | (C) ADJUSTED NET INCOME |
|---|---|---|---|
| APPLE BANK | 9179. | 9179. | |
| BANK OF AMERICA | 1156. | 1156. | |
| CAPITAL ONE BANK | 2190. | 2190. | |
| DIME SAVINGS BANK | 5341. | 5341. | |
| ING DIRECT | 4055. | 4055. | |
| METROPOLITAN NATIONAL BANK | 2556. | 2556. | |
| SIGNATURE BANK | 32684. | 32684. | |
| STERLING BANK | 239. | 239. | |
| TOTAL TO PART I, LINE 3 | 57400. | 57400. | |

FORM 990-PF           DIVIDENDS AND INTEREST FROM SECURITIES           STATEMENT    2

| SOURCE | GROSS AMOUNT | CAPITAL GAINS DIVIDENDS | (A) REVENUE PER BOOKS | (B) NET INVEST- MENT INCOME | (C) ADJUSTED NET INCOME |
|---|---|---|---|---|---|
| ARON ELBOGEN TRUST | 104000. | 0. | 104000. | 104000. | |
| AM LIFE | 3272. | 0. | 3272. | 3272. | |
| APTHROP | 218883. | 0. | 218883. | 218883. | |
| ARROYA CREDIT | 32167. | 0. | 32167. | 32167. | |
| BAINBRIDGE ENERGY FINANCE | 3699. | 0. | 3699. | 3699. | |
| BAYBERRY CONSUMER FINANCE | 63515. | 0. | 63515. | 63515. | |
| BEN LOWINGER | 16853. | 0. | 16853. | 16853. | |
| DAVID LEVY | 12991. | 0. | 12991. | 12991. | |
| FUCHS | 126841. | 0. | 126841. | 126841. | |
| HUTTON VENTURES | 81757. | 0. | 81757. | 81757. | |
| JACQUELINE ORATZ | 48417. | 0. | 48417. | 48417. | |
| JEST HOLDINGS LLC | 160535. | 0. | 160535. | 160535. | |
| JMT HOLDING | 41405. | 0. | 41405. | 41405. | |
| LANGER | 149625. | 0. | 149625. | 149625. | |
| MARBRIDGE ENERGY FINANCE | 170803. | 0. | 170803. | 170803. | |
| PLATINUM PARTNERS CREDIT OPPORTUNITY FUND | 4873. | 0. | 4873. | 4873. | |
| TO PART I, LINE 4 | 1239636. | 0. | 1239636. | 1239636. | |

HUBERFELD FAMILY FOUNDATION INC                                        13-4042543

FORM 990-PF          OTHER NOTES AND LOANS REPORTED SEPARATELY          STATEMENT   7

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| MORTGAGES RECEIVABLE | VARIOUS | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 07/01/10 | VARIOUS | 6210000. | REAL ESTATE MORTGAGES | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| REAL ESTATE MORTGAGE | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 884867. | 0. | 860883. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| TRISTATE PODIATRY PC | 972/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 01/07/08 | 11/30/15 | 20000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTY | HELP NEEDY INDIVIDUAL |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

HUBERFELD FAMILY FOUNDATION INC                                    13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| JUDAH PEARLSTEIN | 10000/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 08/09/12 | 12/31/16 | 135000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES | TO HELP PERSON IN NEED |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 75000. | 0. | 75000. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| FINSBURY TRUST | | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 10/21/13 | 10/21/18 | 50000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES | LOAN TO NEEDY INDIVIDUAL |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 50000. | 0. | 50000. |

HUBERFELD FAMILY FOUNDATION INC                           13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| AARON ELBOGEN IRREVOCABLE TRUST | 750000 3/15 AND 750000 11/15 | 7.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 11/13/14 | 11/13/15 | 1500000. | | 0. |

SECURITY PROVIDED BY BORROWER    PURPOSE OF LOAN

PERSONAL GUARANTIES

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| MARCUS FOX | $10000,$10000,$15000 | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 3/25/14 | 09/30/16 | 25000. | | 0. |

SECURITY PROVIDED BY BORROWER    PURPOSE OF LOAN

PERSONAL GUARANTIES

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| BOOKKEEPER | 20000. | 0. | 20000. |

HUBERFELD FAMILY FOUNDATION INC                                    13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| JT HOME MANAGEMENT | 20833/MO | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 05/07/14 | 05/07/16 | 500000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 104167. | 0. | 104167. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| M ORATZ | 10000/MO | 5.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 05/07/14 | 12/31/14 | 750000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 710000. | 0. | 710000. |

HUBERFELD FAMILY FOUNDATION INC                                              13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| PARK MANOR CONSULTING | 12500/MO - INTEREST RATE TO BE DETERMINED | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 09/15/14 | 09/15/16 | 300000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 112500. | 0. | 112500. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| IRVING LANGER | 625000 5/16 AND 625000 12/16 | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 1/21/14 | 12/31/16 | 1250000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 1250000. | 0. | 1250000. |

HUBERFELD FAMILY FOUNDATION INC                                     13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| ARROYA CREDIT | | 24.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 09/16/15 | 12/31/16 | 500000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES AND REAL ESTATE | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 500000. | 0. | 500000. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| AM LIFE | VARIOUS | 15.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 2/30/15 | VARIOUS | 301126. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| INSURANCE POLCIES | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 301126. | 0. | 301126. |

HUBERFELD FAMILY FOUNDATION INC                                              13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| ORATZ | 6666/MO | 5.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 04/07/15 | 04/07/20 | 400000. | | 0. |

SECURITY PROVIDED BY BORROWER   PURPOSE OF LOAN

PERSONAL GUARANTIES             INVESTMENT

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 380000. | 0. | 380000. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| BENJAMIN LOWINGER | 23289/MO | 7.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 02/23/15 | 10/31/16 | 500000. | | 0. |

SECURITY PROVIDED BY BORROWER   PURPOSE OF LOAN

PERSONAL GUARANTIES             INVESTMENT

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 259772. | 0. | 259772. |

HUBERFELD FAMILY FOUNDATION INC                                            13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| HERITAGE GROUP | 12500/MO | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 05/08/15 | 05/31/17 | 300000. | | 0. |

SECURITY PROVIDED BY BORROWER     PURPOSE OF LOAN

PERSONAL GUARANTIES               INVESTMENT

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 212500. | 0. | 212500. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| A GORDON | 1000/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 05/06/15 | 12/31/16 | 25000. | | 0. |

SECURITY PROVIDED BY BORROWER     PURPOSE OF LOAN

PERSONAL GUARANTIES

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 7520. | 0. | 7520. |

HUBERFELD FAMILY FOUNDATION INC                                        13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| HUTTON VENTURES | LUMP SUM | 15.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 09/17/16 | 11/17/18 | 1000000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES AND REAL ESTATE | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 1000000. | 0. | 1000000. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| HUTTON VENTURES | LUMP SUM | 18.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 09/17/15 | 07/15/16 | 456750. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| CORPORATIONS ASSETS | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 456750. | 0. | 456750. |

HUBERFELD FAMILY FOUNDATION INC                                              13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| JEST HOLDINGS | VARIOUS | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 01/23/15 | VARIOUS | 0. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| MORTGAGES | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 1884000. | 0. | 1884000. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| APTHROP APARTMENTS | LUMP SUM | 11.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 02/20/15 | 02/20/16 | 2500000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| MORTGAGES ON APARTMENTS | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 1127427. | 0. | 1127427. |
| TOTAL TO FORM 990-PF, PART II, LINE 7 | 9335629. | 0. | 9311645. |

| FORM 990-PF | CORPORATE STOCK | STATEMENT 8 |
|---|---|---|

| DESCRIPTION | BOOK VALUE | FAIR MARKET VALUE |
|---|---|---|
| PLATINUM PARTNERS VALUE ARBITRAGE (INTERNATIONAL) LTD | 2595299. | 13784963. |
| TANAGER ENERGY | 224456. | 2748. |
| TINTIC GOLD MINES | 58000. | 14500. |
| PLATINUM LIQUID OPPORTUNITY FUND LTD | 966792. | 1421048. |

HUBERFELD FAMILY FOUNDATION INC                                              13-4042543

| | | |
|---|---:|---:|
| 17 GROUP INC | 166666. | 166666. |
| OBLI MEDIA INC | 1760000. | 587500. |
| TOTAL TO FORM 990-PF, PART II, LINE 10B | 5771213. | 15977425. |

| FORM 990-PF | OTHER INVESTMENTS | | STATEMENT 9 |
|---|---|---|---|
| DESCRIPTION | VALUATION METHOD | BOOK VALUE | FAIR MARKET VALUE |
| BAYBERRY FUND LLC | COST | 408102. | 408102. |
| INVESTMENT IN INSURANCE POLICIES | COST | 2973478. | 2973478. |
| MANHATTAN YORK EQUITIES | COST | 0. | 0. |
| BAINBRIDGE ENERGY | COST | 1003699. | 1003699. |
| MARBRIDGE ENERGY FINANCE | COST | 756490. | 756490. |
| PLATINUM PARTNERS CREDIT OPPORTUNITY FUND | COST | 204873. | 204873. |
| TOTAL TO FORM 990-PF, PART II, LINE 13 | | 5346642. | 5346642. |

| FORM 990-PF | OTHER ASSETS | | STATEMENT 10 |
|---|---|---|---|
| DESCRIPTION | BEGINNING OF YR BOOK VALUE | END OF YEAR BOOK VALUE | FAIR MARKET VALUE |
| PREPAID FEDERAL EXCISE TAX | 0. | 19890. | 19890. |
| TO FORM 990-PF, PART II, LINE 15 | 0. | 19890. | 19890. |