# EXHIBIT 21

Form **990-PF**

Department of the Treasury
Internal Revenue Service

**Return of Private Foundation**
EXTENDED TO NOVEMBER 15, 2017
or Section 4947(a)(1) Trust Treated as Private Foundation
▶ Do not enter social security numbers on this form as it may be made public.
▶ Information about Form 990-PF and its separate instructions is at *www.irs.gov/form990pf.*

OMB No. 1545-0052

**2016**

Open to Public Inspection

For calendar year 2016 or tax year beginning _____, and ending _____

| Name of foundation | A Employer identification number |
|---|---|
| HUBERFELD FAMILY FOUNDATION INC | 13-4042543 |

| Number and street (or P.O. box number if mail is not delivered to street address) | Room/suite | B Telephone number |
|---|---|---|
| 15 MANOR LANE | | 917-364-2400 |

City or town, state or province, country, and ZIP or foreign postal code
LAWRENCE, NY  11559

C If exemption application is pending, check here ▶ ☐

G Check all that apply:
☐ Initial return  ☐ Initial return of a former public charity
☐ Final return  ☐ Amended return
☐ Address change  ☐ Name change

D 1. Foreign organizations, check here ▶ ☐
2. Foreign organizations meeting the 85% test, check here and attach computation ▶ ☐

H Check type of organization:  [X] Section 501(c)(3) exempt private foundation
☐ Section 4947(a)(1) nonexempt charitable trust  ☐ Other taxable private foundation

E If private foundation status was terminated under section 507(b)(1)(A), check here ▶ ☐

I Fair market value of all assets at end of year
(from Part II, col. (c), line 16)
▶ $  36834494.

J Accounting method:  [X] Cash  ☐ Accrual
☐ Other (specify) _____
(Part I, column (d) must be on cash basis.)

F If the foundation is in a 60-month termination under section 507(b)(1)(B), check here ▶ ☐

**Part I** Analysis of Revenue and Expenses
(The total of amounts in columns (b), (c), and (d) may not necessarily equal the amounts in column (a).)

| | | (a) Revenue and expenses per books | (b) Net investment income | (c) Adjusted net income | (d) Disbursements for charitable purposes (cash basis only) |
|---|---|---|---|---|---|
| | | | | N/A | |
| 1 | Contributions, gifts, grants, etc., received | | | | |
| 2 | Check ▶ [X] if the foundation is not required to attach Sch. B | | | | |
| 3 | Interest on savings and temporary cash investments | 84758. | 84758. | | STATEMENT 1 |
| 4 | Dividends and interest from securities | 2272001. | 2272001. | | STATEMENT 2 |
| 5a | Gross rents | | | | |
| b | Net rental income or (loss) | | | | |
| 6a | Net gain or (loss) from sale of assets not on line 10 | -248649. | | | |
| b | Gross sales price for all assets on line 6a | | | | |
| 7 | Capital gain net income (from Part IV, line 2) | | 0. | | |
| 8 | Net short-term capital gain | | | | |
| 9 | Income modifications | | | | |
| 10a | Gross sales less returns and allowances | 160800. | | | |
| b | Less: Cost of goods sold | | | | |
| c | Gross profit or (loss) | 160800. | | | |
| 11 | Other income | 8905. | 8905. | | STATEMENT 3 STATEMENT 4 |
| 12 | Total. Add lines 1 through 11 | 2277815. | 2365664. | | |
| 13 | Compensation of officers, directors, trustees, etc. | 120000. | 36000. | | 84000. |
| 14 | Other employee salaries and wages | | | | |
| 15 | Pension plans, employee benefits | | | | |
| 16a | Legal fees | | | | |
| b | Accounting fees  STMT 5 | 10213. | 3404. | | 3404. |
| c | Other professional fees | | | | |
| 17 | Interest | | | | |
| 18 | Taxes  STMT 6 | 134087. | 3162. | | 7379. |
| 19 | Depreciation and depletion | | | | |
| 20 | Occupancy | | | | |
| 21 | Travel, conferences, and meetings | | | | |
| 22 | Printing and publications | | | | |
| 23 | Other expenses  STMT 7 | 32564. | 29422. | | 699. |
| 24 | Total operating and administrative expenses. Add lines 13 through 23 | 296864. | 71988. | | 95482. |
| 25 | Contributions, gifts, grants paid | 1069361. | | | 1069361. |
| 26 | Total expenses and disbursements. Add lines 24 and 25 | 1366225. | 71988. | | 1164843. |
| 27 | Subtract line 26 from line 12: | | | | |
| a | Excess of revenue over expenses and disbursements | 911590. | | | |
| b | Net investment income (if negative, enter -0-) | | 2293676. | | |
| c | Adjusted net income (if negative, enter -0-) | | | N/A | |

623501 11-23-16  LHA  For Paperwork Reduction Act Notice, see instructions.

Form **990-PF** (2016)

1

HFF000381

Form 990-PF (2016)   HUBERFELD FAMILY FOUNDATION INC   13-4042543   Page 6

## Part VII-B   Statements Regarding Activities for Which Form 4720 May Be Required *(continued)*

5a During the year did the foundation pay or incur any amount to:

(1) Carry on propaganda, or otherwise attempt to influence legislation (section 4945(e))?   ☐ Yes  ☒ No

(2) Influence the outcome of any specific public election (see section 4955); or to carry on, directly or indirectly,
any voter registration drive?   ☐ Yes  ☒ No

(3) Provide a grant to an individual for travel, study, or other similar purposes?   ☐ Yes  ☒ No

(4) Provide a grant to an organization other than a charitable, etc., organization described in section
4945(d)(4)(A)? (see instructions)   ☐ Yes  ☒ No

(5) Provide for any purpose other than religious, charitable, scientific, literary, or educational purposes, or for
the prevention of cruelty to children or animals?   ☐ Yes  ☒ No

b If any answer is "Yes" to 5a(1)-(5), did any of the transactions fail to qualify under the exceptions described in Regulations
section 53.4945 or in a current notice regarding disaster assistance (see instructions)?   N/A   **5b**

Organizations relying on a current notice regarding disaster assistance check here   ▶ ☐

c If the answer is "Yes" to question 5a(4), does the foundation claim exemption from the tax because it maintained
expenditure responsibility for the grant?   N/A   ☐ Yes  ☐ No

If "Yes," attach the statement required by Regulations section 53.4945-5(d).

6a Did the foundation, during the year, receive any funds, directly or indirectly, to pay premiums on
a personal benefit contract?   ☐ Yes  ☒ No

b Did the foundation, during the year, pay premiums, directly or indirectly, on a personal benefit contract?   **6b**   X

If "Yes" to 6b, file Form 8870.

7a At any time during the tax year, was the foundation a party to a prohibited tax shelter transaction?   ☐ Yes  ☒ No

b If "Yes," did the foundation receive any proceeds or have any net income attributable to the transaction?   N/A   **7b**

## Part VIII   Information About Officers, Directors, Trustees, Foundation Managers, Highly Paid Employees, and Contractors

**1** List all officers, directors, trustees, foundation managers and their compensation.

| (a) Name and address | (b) Title, and average hours per week devoted to position | (c) Compensation (if not paid, enter -0-) | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account, other allowances |
|---|---|---|---|---|
| MURRAY HUBERFELD<br>15 MANOR LANE<br>LAWRENCE, NY 11559 | PRESIDENT/DIRECTOR<br><br>0.00 | 0. | 0. | 0. |
| ALEXANDER HUBERFELD<br>15 MANOR LANE<br>LAWRENCE, NY 11559 | DIRECTOR<br><br>0.00 | 0. | 0. | 0. |
| RACHEL JACOBS<br>451 WEST END AVENUE<br>NEW YORK, NY 10024 | SECRETARY/TREAS/DIRECTOR<br><br>20.00 | 120000. | 0. | 0. |
| JESSICA BEREN<br>420 WEST END AVENUE<br>NEW YORK, NY 10024 | DIRECTOR<br><br>0.00 | 0. | 0. | 0. |

**2** Compensation of five highest-paid employees (other than those included on line 1). If none, enter "NONE."

| (a) Name and address of each employee paid more than $50,000 | (b) Title, and average hours per week devoted to position | (c) Compensation | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account, other allowances |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Total number of other employees paid over $50,000   ▶   | | | | 0

Form **990-PF** (2016)

623551 11-23-16

16261101 758338 40457        2016.04030 HUBERFELD FAMILY FOUNDATION 40457__1

HFF000386

HUBERFELD FAMILY FOUNDATION INC                                    13-4042543

FORM 990-PF   INTEREST ON SAVINGS AND TEMPORARY CASH INVESTMENTS   STATEMENT   1

| SOURCE | (A) REVENUE PER BOOKS | (B) NET INVESTMENT INCOME | (C) ADJUSTED NET INCOME |
|---|---|---|---|
| APPLE BANK | 9234. | 9234. | |
| BANK OF AMERICA | 6259. | 6259. | |
| CAPITAL ONE BANK | 1782. | 1782. | |
| DIME SAVINGS BANK | 5359. | 5359. | |
| ING DIRECT | 4071. | 4071. | |
| METROPOLITAN NATIONAL BANK | 2353. | 2353. | |
| SIGNATURE BANK | 55373. | 55373. | |
| STERLING BANK | 327. | 327. | |
| TOTAL TO PART I, LINE 3 | 84758. | 84758. | |

FORM 990-PF         DIVIDENDS AND INTEREST FROM SECURITIES         STATEMENT   2

| SOURCE | GROSS AMOUNT | CAPITAL GAINS DIVIDENDS | (A) REVENUE PER BOOKS | (B) NET INVEST-MENT INCOME | (C) ADJUSTED NET INCOME |
|---|---|---|---|---|---|
| GORA | 30000. | 0. | 30000. | 30000. | |
| M LIFE | 55085. | 0. | 55085. | 55085. | |
| ARROYA CREDIT | 494405. | 0. | 494405. | 494405. | |
| AURAMET | 67265. | 0. | 67265. | 67265. | |
| BAINBRIDGE ENERGY FINANCE | 219695. | 0. | 219695. | 219695. | |
| BAYBERRY CONSUMER FINANCE | 32063. | 0. | 32063. | 32063. | |
| CONFIDENTIAL LENDING | 40500. | 0. | 40500. | 40500. | |
| CROWN ADULT CARE | 35030. | 0. | 35030. | 35030. | |
| DAVID LEVY | 4430. | 0. | 4430. | 4430. | |
| ELI RUBENSTEIN | 44964. | 0. | 44964. | 44964. | |
| HUTTON VENTURES | 381871. | 0. | 381871. | 381871. | |
| JACQUELINE ORATZ | 106417. | 0. | 106417. | 106417. | |
| JEFF HELLER STENGEL | 3504. | 0. | 3504. | 3504. | |
| JESSICA HUBERFELD | 600. | 0. | 600. | 600. | |
| JEST HOLDINGS LLC | 147183. | 0. | 147183. | 147183. | |
| JMT HOLDING | 4433. | 0. | 4433. | 4433. | |
| JOSH BERKOWITZ | 2500. | 0. | 2500. | 2500. | |
| JUDAH TAUB | 100000. | 0. | 100000. | 100000. | |
| KIMMEL & KIMMEL | 251500. | 0. | 251500. | 251500. | |
| LANGER | 111509. | 0. | 111509. | 111509. | |
| MARBRIDGE ENERGY FINANCE | 3947. | 0. | 3947. | 3947. | |

HUBERFELD FAMILY FOUNDATION INC                                  13-4042543

| | | | | |
|---|---|---|---|---|
| MONTAGE HOLDINGS | 44100. | 0. | 44100. | 44100. |
| MOSHE LAX | 10000. | 0. | 10000. | 10000. |
| TRUMAN CAPITAL | 81000. | 0. | 81000. | 81000. |
| TO PART I, LINE 4 | 2272001. | 0. | 2272001. | 2272001. |

HUBERFELD FAMILY FOUNDATION INC                                    13-4042543

FORM 990-PF          OTHER NOTES AND LOANS REPORTED SEPARATELY      STATEMENT   8

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| MORTGAGES RECEIVABLE | VARIOUS | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 07/01/10 | VARIOUS | 6210000. | REAL ESTATE MORTGAGES | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| REAL ESTATE MORTGAGE | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 509867. | 0. | 509867. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| JUDAH PEARLSTEIN | 10000/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 08/09/12 | 12/31/16 | 135000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES | TO HELP PERSON IN NEED |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 75000. | 0. | 75000. |

HUBERFELD FAMILY FOUNDATION INC                                    13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| FINSBURY TRUST | | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 10/21/13 | 09/21/16 | 50000. | | 0. |

SECURITY PROVIDED BY BORROWER      PURPOSE OF LOAN

PERSONAL GUARANTIES                LOAN TO NEEDY INDIVIDUAL

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| MARCUS FOX | $10000,$10000,$15000 | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 03/25/14 | 09/30/16 | 25000. | | 0. |

SECURITY PROVIDED BY BORROWER      PURPOSE OF LOAN

PERSONAL GUARANTIES

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| BOOKKEEPER | 0. | 0. | 0. |

HUBERFELD FAMILY FOUNDATION INC                                    13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| JT HOME MANAGEMENT | 20833/MO | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 05/07/14 | 05/07/16 | 500000. | | 0. |

SECURITY PROVIDED BY BORROWER      PURPOSE OF LOAN

PERSONAL GUARANTIES               INVESTMENT

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| M ORATZ | 10000/MO | 6.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 05/07/14 | 12/31/14 | 750000. | | 0. |

SECURITY PROVIDED BY BORROWER      PURPOSE OF LOAN

PERSONAL GUARANTIES AND           INVESTMENT
INSURANCE POLICY

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 610000. | 0. | 610000. |

HUBERFELD FAMILY FOUNDATION INC                                    13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| PARK MANOR CONSULTING | 12500/MO - INTEREST RATE TO BE DETERMINED | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 09/15/14 | 09/15/16 | 300000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| IRVING LANGER | 625000 5/16 AND 625000 12/16 | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 1/21/14 | 12/31/16 | 1250000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

HUBERFELD FAMILY FOUNDATION INC                                    13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| ARROYA CREDIT | | 24.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 09/16/15 | | 500000. | | 0. |

SECURITY PROVIDED BY BORROWER    PURPOSE OF LOAN

PERSONAL GUARANTIES AND REAL      INVESTMENT
ESTATE

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 500000. | 0. | 500000. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| AM LIFE | VARIOUS | 15.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 12/30/15 | VARIOUS | 301126. | | 0. |

SECURITY PROVIDED BY BORROWER    PURPOSE OF LOAN

INSURANCE POLCIES                 INVESTMENT

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 528582. | 0. | 528582. |

HUBERFELD FAMILY FOUNDATION INC                                    13-4042543

| BORROWER'S NAME | | | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|---|---|
| ORATZ | | | 6666/MO | 5.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 04/07/15 | 04/07/20 | 400000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 300000. | 0. | 300000. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| BENJAMIN LOWINGER | 22053/MO | 8.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 02/23/15 | 02/28/17 | 500000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 30955. | 0. | 30955. |

HUBERFELD FAMILY FOUNDATION INC

13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| HERITAGE GROUP | 12500/MO | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 05/08/15 | 05/31/17 | 300000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 62500. | 0. | 62500. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| A GORDON | 1000/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 05/06/15 | 12/31/16 | 25000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES | HELP NEEDY INDIVIDUAL |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 3520. | 0. | 3520. |

HUBERFELD FAMILY FOUNDATION INC                                          13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| HUTTON VENTURES | LUMP SUM | 15.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 09/17/16 | 06/11/17 | 1000000. | | 0. |

SECURITY PROVIDED BY BORROWER          PURPOSE OF LOAN

PERSONAL GUARANTIES AND REAL          INVESTMENT
ESTATE

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 1000000. | 0. | 1000000. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| HUTTON VENTURES | LUMP SUM | 18.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 09/17/15 | 11/01/17 | 456750. | | 0. |

SECURITY PROVIDED BY BORROWER          PURPOSE OF LOAN

CORPORATIONS ASSETS          INVESTMENT

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 228375. | 0. | 228375. |

HUBERFELD FAMILY FOUNDATION INC                                    13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| JEST HOLDINGS | VARIOUS | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 01/23/15 | VARIOUS | 0. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| MORTGAGES | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 350000. | 0. | 350000. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| APTHROP APARTMENTS | LUMP SUM | 11.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 02/20/15 | 02/20/16 | 2500000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| MORTGAGES ON APARTMENTS | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 0. | 0. | 0. |

HUBERFELD FAMILY FOUNDATION INC                                    13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| AARON ELBOGEN IRREV TRUST | | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 01/06/16 | 01/06/21 | 1500000. | | 0. |

SECURITY PROVIDED BY BORROWER     PURPOSE OF LOAN

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 1500000. | 0. | 1500000. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| ARROYA CREDIT | LUMP SUM | 15.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 09/21/16 | 11/21/18 | 300000. | | 0. |

SECURITY PROVIDED BY BORROWER     PURPOSE OF LOAN

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 300000. | 0. | 300000. |

HUBERFELD FAMILY FOUNDATION INC                                          13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| HUTTON VENTURES | LUMP SUM | 18.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 10/11/16 | 10/11/18 | 325000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| REAL ESTATE MORTGAGE | |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 325000. | 0. | 325000. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| HUTTON VENTURES | 14877/MO | 20.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 09/29/16 | 06/30/20 | 350000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| GOLD INVESTMENT | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 350000. | 0. | 350000. |

HUBERFELD FAMILY FOUNDATION INC                                          13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| HUTTON VENTURES | 23782/MO STARTING JAN 2017 | 11.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 12/14/16 | 11/14/17 | 250000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| COPPER MINE | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 250000. | 0. | 250000. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| HUTTON VENTURES | LUMP SUM | 10.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 12/22/16 | 06/22/17 | 600000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| CORPORATE AND PERSONAL GUARANTY | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 600000. | 0. | 600000. |

HUBERFELD FAMILY FOUNDATION INC                                    13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| FUCHS FAMILY FOUNDATION | 3 PAYMENTS OF $25000 AND THEN $2500/MO | .00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 04/01/16 | 05/01/25 | 325000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES | LOAN TO A CHARITY |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 250000. | 0. | 250000. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| ART CELLER LLC | LUMP SUM | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 12/13/16 | 09/12/17 | 700000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES AND INSURANCE POLICY | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 700000. | 0. | 700000. |

HUBERFELD FAMILY FOUNDATION INC                                    13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| AURAMET INTL | LUMP SUM | 16.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 03/02/16 | 01/02/17 | 500000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| GOLD INVESTMENT | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 237509. | 0. | 237509. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| E. RUBENSTEIN | 4200/MO | 22.80% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 03/11/16 | 11/11/18 | 100000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 77664. | 0. | 77664. |

HUBERFELD FAMILY FOUNDATION INC                                             13-4042543

| BORROWER'S NAME | | | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|---|---|
| E. RUBENSTEIN | | | LUMP SUM | 20.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 11/08/16 | 02/08/17 | 450000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| PERSONAL GUARANTIES | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 430000. | 0. | 430000. |

| BORROWER'S NAME | | | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|---|---|
| E. RUBENSTEIN | | | | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 09/12/16 | | 250000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| MONIES HELD IN ESCROW | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 250000. | 0. | 250000. |

HUBERFELD FAMILY FOUNDATION INC                                          13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| CROWN ADULT CARE | 24000/MO | 19.48% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 05/04/16 | 06/04/17 | 240000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| CORPORATE AND PERSONAL GUARANTY | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 136161. | 0. | 136161. |

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| CROWN ADULT CARE | 30000/MO | 19.48% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 09/13/16 | 10/13/17 | 300000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| CORPORATE AND PERSONAL GUARANTY | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 274869. | 0. | 274869. |

HUBERFELD FAMILY FOUNDATION INC                                          13-4042543

| BORROWER'S NAME | | | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|---|---|
| SCHEIBER | | | 84848/MO. | 24.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 01/14/16 | 01/04/18 | 1400000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| REAL ESTATE MORTGAGE | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 1060606. | 0. | 1060606. |

| BORROWER'S NAME | | | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|---|---|
| CONFIDENTIAL LENDING | | | LUMP SUM | 12.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 02/23/16 | 03/01/18 | 450000. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| 2 MOTION PICTURE | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 450000. | 0. | 450000. |

HUBERFELD FAMILY FOUNDATION INC                                              13-4042543

| BORROWER'S NAME | TERMS OF REPAYMENT | INTEREST RATE |
|---|---|---|
| HUTTON VENTURES | LUMP SUM | 24.00% |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 07/18/16 | 03/18/18 | 499960. | | 0. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| TWO MOTION PICTURES | INVESTMENT |

| RELATIONSHIP OF BORROWER | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| NONE | 499960. | 0. | 499960. |
| TOTAL TO FORM 990-PF, PART II, LINE 7 | 11890568. | 0. | 11890568. |

FORM 990-PF          OTHER NOTES AND LOANS RECEIVABLE          STATEMENT   9

| DESCRIPTION | BALANCE DUE | DOUBTFUL ACCT ALLOWANCE | FMV OF LOAN |
|---|---|---|---|
| MONTAGE HOLDINGS | 442349. | 0. | 442349. |
| TOTAL TO FM 990-PF, PART II, LN 7 | 442349. | 0. | 442349. |

FORM 990-PF          CORPORATE STOCK          STATEMENT   10

| DESCRIPTION | BOOK VALUE | FAIR MARKET VALUE |
|---|---|---|
| PLATINUM PARTNERS VALUE ARBITRAGE (INTERNATIONAL) LTD | 2595299. | 2595299. |
| TANAGER ENERGY | 224456. | 2748. |
| TINTIC GOLD MINES | 0. | 0. |
| PLATINUM LIQUID OPPORTUNITY FUND LTD | 966792. | 966792. |
| 17 GROUP INC | 0. | 0. |
| MOBLI MEDIA INC | 1760000. | 235000. |
| TOTAL TO FORM 990-PF, PART II, LINE 10B | 5546547. | 3799839. |

42          STATEMENT(S) 8, 9, 10

HFF000422

HUBERFELD FAMILY FOUNDATION INC

13-4042543

FORM 990-PF                    OTHER INVESTMENTS                    STATEMENT  11

| DESCRIPTION | VALUATION METHOD | BOOK VALUE | FAIR MARKET VALUE |
|---|---|---|---|
| BAYBERRY FUND LLC | COST | 173077. | 173077. |
| INVESTMENT IN INSURANCE POLICIES | COST | 3770391. | 3770391. |
| BAINBRIDGE ENERGY | COST | 1538421. | 1538421. |
| PLATINUM PARTNERS CREDIT OPPORTUNITY FUND | COST | 204873. | 204873. |
| CONNECTICUT TAX LIENS | COST | 900000. | 900000. |
| TOTAL TO FORM 990-PF, PART II, LINE 13 | | 6586762. | 6586762. |

FORM 990-PF                    OTHER LIABILITIES                    STATEMENT  12

| DESCRIPTION | BOY AMOUNT | EOY AMOUNT |
|---|---|---|
| SUSPENSE | 2660. | 2660. |
| EXCISE TAXES PAYABLE | 0. | 69803. |
| TOTAL TO FORM 990-PF, PART II, LINE 22 | 2660. | 72463. |

FORM 990-PF          LIST OF SUBSTANTIAL CONTRIBUTORS          STATEMENT  13
                        PART VII-A, LINE 10

| NAME OF CONTRIBUTOR | ADDRESS |
|---|---|
| MURRAY HUBERFELD | 15 MANOR LANE LAWRENCE, NY 11559 |