# EXHIBIT 22

```
                                                                  1
 1

 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    CASE NO. 18-CV-6658(JSR)
      CASE NO. 18-CV-10936(JSR)
 4    -------------------------------------------
      IN RE:  PLATINUM-BEECHWOOD LITIGATION
 5    -------------------------------------------
      MARTIN TROTT and CHRISTOPHER SMITH, as Joint
 6    Official Liquidators and
      Foreign Representatives of
 7    PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P.
      (in Official Liquidation), and
 8    PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P.
      (in Official Liquidation ),
 9
                Plaintiffs,
10
         vs.
11

12    PLATINUM MANAGEMENT (NY) LLC, et al.,

13             Defendants.
      -------------------------------------------
14

15
                  TRANSCRIPT OF DEPOSITION OF
16         HFF 30(b)(6) WITNESS MURRAY HUBERFELD

17             TRANSCRIPT of the stenographic notes of

18    the proceedings in the above-entitled matter, as

19    taken by and before TAB PREWETT, a Registered

20    Professional Reporter, a Certified LiveNote

21    Reporter, Certified Shorthand Reporter and Notary

22    Public, held at the offices of US Legal Support

23    Company, 90 Broad Street, Suite 603, New York,

24    New York, on Thursday, December 5, 2019,

25    commencing at 9:30 a.m.
```

17

Murray Huberfeld 30(b)(6) HFF

1
2     A     I think that's fair.
3     Q     All right.  Let's -- let's -- let's
4  try to answer the question then.
5     A     I think I've been doing that.
6     Q     All right.  So when it comes to
7  this foundation, who had the final say and the
8  ultimate authority as to how the money was spent?
9           MR. CHASE:  Objection to form.
10    A     I think I answered it three times.
11  I'll try it a fourth time.
12          I said I was the chief investment
13  officer.  I was the president.  I made the
14  majority of all the decisions.  But there were
15  times on certain charitable things, as I recall,
16  in which other people had opinions; a discussion
17  was had; and it was authorized, not just by me,
18  but by them.
19    Q     We'll go through the examples.
20    A     No problem.
21    Q     Let's look at two:
22          "Your investment in the BEOF funds,
23  including, but not limited to any initial
24  investment as well as any rollover additional
25  investment in the BEOF funds."

[12/5/2019 9:30 AM] 2019.12.06 Huberfeld, Murray HFF 30(b)(6...