# EXHIBIT 23

| | |
|---|---|
| From: | sscinvestorservices [sscinvestorservices@sscinc.com] |
| Sent: | 4/9/2013 2:41:05 PM |
| To: | ma2500@aol.com |
| CC: | jedelstein@platinumlp.com |
| BCC: | jkeisenbud@platinumlp.com |
| Subject: | March 2013 Investor Statement for Platinum Partners Black Elk Opportunities Fund International, Ltd. |

Dear Investor,

Attached is the March 2013 statement for your investment in Platinum Partners Black Elk Opportunities Fund International, Ltd. Please do not hesitate to contact us with any questions that you may have.

Kind Regards,

SS&C Fund Services

This e-mail message, and any enclosures, is intended only for the persons to whom it is addressed and it contains information which is confidential and privileged. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you received this e-mail in error please notify SS&C Fund Services immediately and please destroy the documents. SS&C Fund Services disclaims all responsibility from and accepts no liability whatsoever for the consequences of any unauthorized person acting or refraining from acting, on any information contained in this message.

**Platinum Partners Black Elk Opportunities Fund International, Ltd.**

**Individual Account Statement**
(UNAUDITED)

**Investor No: 1000031443**

Account Name:   Huberfeld Family Foundation

Investor Statement for the Month Ended:   **March 31, 2013**

| Class/Series | | Shares | CCY | NAV Date | NAV | Value |
|---|---|---:|---|---|---:|---:|
| **A 2013-03** | Opening Balance | 0.0000 | USD | 02/28/2013 | 0.0000 | 0.00 |
| | Initial Subscription | 1,000.0000 | USD | 02/28/2013 | 1,000.0000 | 1,000,000.00 |
| | Partial Redemption - End | (12.3708) | USD | 03/31/2013 | 1,012.5258 | (12,525.78) |
| | Closing Balance | 987.6292 | USD | 03/31/2013 | 1,012.5258 | 999,999.97 |
| MTD %:  1.25 | YTD %:  1.25 | | | Period Increase/Decrease - USD: | | 12,525.75 |



For more information or inquiries, please contact
SS&C Fund Services - Investor Relations
80 Lamberton Road  Windsor, CT 06095
Tel: (860) 298-4599  Email: sscinvestorservices@sscinc.com

CTRL4869273