# EXHIBIT 34

## Isaacs, Daniel C.

| | |
|---|---|
| **From:** | Barbra.Parlin@hklaw.com |
| **Sent:** | Thursday, March 14, 2019 3:20 PM |
| **To:** | Benjamin_Gifford@nysd.uscourts.gov; Richard.Bixter@hklaw.com; Warren.Gluck@hklaw.com; john.brownlee@hklaw.com; Y. David Scharf; Isaacs, Daniel C.; Chase, Donald |
| **Subject:** | RE: Trott v. Platinum, 18-cv-10936 |

Hello Ben –
We have an agreement in principle as to terms and I have prepared a draft settlement that is with Mr. Chase for comment.  The settlement is subject to approval by the Cayman Court.
My understanding was that the Foundation's motion was being withdrawn as a result of the settlement, but Mr. Chase can confirm that.

Regards,
Barbra Parlin

**Barbra Parlin** | **Holland & Knight**
Partner
Holland & Knight LLP
31 West 52nd Street | New York, NY 10019
Phone 212.513.3210 | Fax 212.385.9010
Cell 917.658.5490
barbra.parlin@hklaw.com | www.hklaw.com

Add to address book | View professional biography

> **From:** Benjamin_Gifford@nysd.uscourts.gov <Benjamin_Gifford@nysd.uscourts.gov>
> **Sent:** Thursday, March 14, 2019 3:15 PM
> **To:** Parlin, Barbra R (NYC - X73210) <Barbra.Parlin@hklaw.com>; Bixter, Richard A (CHI - X69032) <Richard.Bixter@hklaw.com>; Gluck, Warren E (NYC - X73396) <Warren.Gluck@hklaw.com>; Brownlee, John L (WAS - X71854, TYS - X78053) <john.brownlee@hklaw.com>; dscharf@morrisoncohen.com; disaacs@morrisoncohen.com; dchase@morrisoncohen.com
> **Subject:** Trott v. Platinum, 18-cv-10936
>
> Counsel,
>
> I am writing to inquire about the status of the settlement negotiations between plaintiffs and the Foundation. The Court plans to rule on the Foundation's motion to dismiss as part of its order on the group motions. If that presents a problem, please let me know.
>
> Best,
>
> Ben
>
> Ben Gifford
> Law Clerk to the Hon. Jed S. Rakoff
> U.S. District Court for the Southern District of New York

1

Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1340
New York, NY 10007
Office: (212) 805-0401

---

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.