# EXHIBIT 35

```
                                                                  659

 1

 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    CASE NO. 18-CV-6658(JSR)
      CASE NO. 18-CV-10936(JSR)
 4    --------------------------------------------
      IN RE:   PLATINUM-BEECHWOOD LITIGATION
 5    --------------------------------------------
      MARTIN TROTT and CHRISTOPHER SMITH, as Joint
 6    Official Liquidators and
      Foreign Representatives of
 7    PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P.
      (in Official Liquidation), and
 8    PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P.
      (in Official Liquidation ),
 9
              Plaintiffs,
10
         vs.
11

12    PLATINUM MANAGEMENT (NY) LLC, et al.,

13            Defendants.
      ------------------------------------------
14
                         VOLUME III
15
           TRANSCRIPT OF VIDEOTAPED DEPOSITION OF
16                      MARTIN TROTT

17            TRANSCRIPT of the stenographic notes of

18    the proceedings in the above-entitled matter, as

19    taken by and before TAB PREWETT, a Registered

20    Professional Reporter, a Certified LiveNote

21    Reporter, Certified Shorthand Reporter and Notary

22    Public, held at the offices of US Legal Support

23    Company, 90 Broad Street, Suite 603, New York,

24    New York, on Tuesday, September 24, 2019,

25    commencing at 9:32 a.m.
```

788

```
 1              Martin Trott - Volume III
 2         Q     Okay.  Apart from that, are you
 3    aware of any investment by the Foundation in
 4    PPVA?
 5         A     No.
 6         Q     Do you have still -- I think this
 7    is D 125 -- is that right -- the 2016 tax return.
 8              Do you still have that in front of
 9    you?
10         A     I have it, yes.
11         Q     If you could turn -- while we look
12    for this, let me ask you this:
13              In terms of -- in terms of the
14    Foundation's role in connection with the schemes
15    that you have alleged, apart from its investment
16    of a million dollars in connection with Black
17    Elk, is there any other activity by the
18    Foundation in connection with Platinum that forms
19    the basis for your damage allegations against
20    them?
21         A     So Huberfeld Family Foundation was
22    clearly closely connected to Murray Huberfeld.
23    And in -- in my mind, Murray Huberfeld's actions
24    in this case can be also levelled at the
25    Foundation for that reason.
```

789

1   Martin Trott - Volume III
2       Q    Are you aware that the Court
3   dropped or dismissed your alter ego claim?
4       A    Yes.  And in addition to the direct
5   investment into the Black Elk scheme, my
6   understanding is that the Foundation financed the
7   Aaron Elbogen transactions into the Black Elk
8   scheme.
9       Q    Well, let's stop right there for a
10  second.
11           How was PPVA harmed by that?
12      A    PPVA, the funds that were received
13  by these parties in the table on page 96 received
14  the funds that PPVA should have received as a --
15  as a bond holder.
16      Q    But how was the loan that was made
17  by the Foundation to Mr. Elbogen's trust -- how
18  did that loan specifically cause PPVA -- PPVA
19  damage?
20      A    Because it financed the Black Elk
21  Opportunities Fund investments.
22      Q    So if a bank loaned Mr. Elbogen,
23  they would also be responsible because they
24  financed his activity?
25      A    This is not a bank.  This is

[9/24/2019 9:32 AM] 2019.09.24 Trott, Martin - Vol. 03 [0659 - 0...