UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE PLATINUM-BEECHWOOD LITIGATION

:
:       18-cv-6658 (JSR)
:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:
MELANIE L. CYGANOWSKI, as Equity Receiver for          :       18-cv-12018 (JSR)
PLATINUM PARTNERS CREDIT OPPORTUNITIES                  :
MASTER FUND LP, et al.,                                 :

Plaintiffs,

:
v.                             :

:
BEECHWOOD RE LTD., et al.,

Defendants.

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 4/5/20 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:
WASHINGTON NATIONAL INSURANCE COMPANY and              :
BANKERS CONSECO LIFE INSURANCE COMPANY,                 :

:
Third-Party Plaintiffs,           :

:
v.                             :

:
MARK NORDLICHT, et al.,                                 :

:
Third-Party Defendants.           :

:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**
**WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)**

**WHEREAS,** on September 4, 2019, Third-Party Plaintiff Senior Health Insurance Company of Pennsylvania ("SHIP") filed the First Amended Third-Party Complaint (ECF No. 382[1]) (the "FATPC") in the above-captioned *Cyganowski* action against, *inter alia*, David Bodner, Mark Nordlicht, Dahlia Kalter, Murray Huberfeld, Ezra Beren, Will Slota, David Ottensoser, Naftali Manela, Joseph San Filippo, Estate of Uri Landesman, Platinum Management (NY) LLC, Whitestar LLC; Whitestar LLC II; Whitestar LLC III; Monsey Equities, LLC; Lawrence Partners, LLC, Beechwood Trust Nos. 1-19; Beechwood Re Investments, LLC Series A-I; Road Holdings LLC; and the Mark Nordlicht Grantor Trust (collectively the "Settling Defendants" and together with SHIP, the "Settling Parties");

**WHEREAS,** the Settling Parties have reached a consensual resolution of the claims asserted in the FATPC under the terms and conditions set forth in their agreement;

**WHEREAS,** the Settling Defendants have authorized the undersigned counsel for certain Settling Defendants to execute and file this Stipulation and Proposed Order of Dismissal on behalf of all Settling Defendants;

**IT IS HEREBY JOINTLY STIPULATED AND AGREED** by and between the Settling Parties:

1. SHIP hereby dismisses its FATPC as against the Settling Defendants with prejudice; and

---

[1] ECF citations refer to the *Cyganowski* docket, 18-cv-12018 (JSR).

2.    Each Settling Party is to bear its own attorneys' fees, costs, and expenses.

Dated: *March 2*, 2020
    New York, New York

**DLA PIPER LLP**

Aidan M. McCormack
R. Brian Seibert
1251 Avenue of the Americas
New York, New York 10020
Tel.: (212) 335-4500
Fax: (212) 335-4501
Email: aidan.mccormack@dlapiper.com
    brian.seibert@dlapiper.com

*Attorneys for Third-Party Plaintiff
Senior Health Insurance Company of
Pennsylvania*

**CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP**

Eliot Lauer
Gabriel Hertzberg
101 Park Avenue
New York, New York 10178
Tel.: (212) 696-6000
Fax: (212) 697-1558
Email: elauer@curtis.com
    ghertzberg@curtis.com

*Attorneys for Third-Party Defendants David
Bodner; Monsey Equities, LLC; Beechwood
Trusts Nos. 7-14; Beechwood Re Investments,
LLC Series C; and Dahlia Kalter; and Authorized
Signatory for the Settling Defendants*

SO ORDERED:

United States District Judge

$3-4-20$

36827068

-3-