# EXHIBIT 4

1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CASE NO. 18-CV-6658(JSR)
CASE NO. 18-CV-10936(JSR)
---------------------------------------------
IN RE:   PLATINUM-BEECHWOOD LITIGATION
---------------------------------------------
MARTIN TROTT and CHRISTOPHER SMITH, as Joint
Official Liquidators and
Foreign Representatives of
PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P.
(in Official Liquidation), and
PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P.
(in Official Liquidation ),

          Plaintiffs,

    vs.


PLATINUM MANAGEMENT (NY) LLC, et al.,

          Defendants.
---------------------------------------------

                 VOLUME I

       TRANSCRIPT OF VIDEOTAPED DEPOSITION OF
                MURRAY HUBERFELD

         TRANSCRIPT of the stenographic notes of

the proceedings in the above-entitled matter, as

taken by and before TAB PREWETT, a Registered

Professional Reporter, a Certified LiveNote

Reporter, Certified Shorthand Reporter and Notary

Public, held at the offices of US Legal Support

Company, 90 Broad Street, Suite 603, New York,

New York, on Monday, November 25, 2019,

commencing at 10:06 a.m.
```

15

                    Murray Huberfeld

1                   Murray Huberfeld
2    involved with a plane.
3         Q    Do you have an ownership interest
4    in that company?
5         A    I don't know.
6         Q    Does Ms. Laura Huberfeld have an
7    ownership interest in that company?
8         A    I don't know.
9         Q    The Brian Jedwab Grantor Trust?
10        A    I believe that was some entity
11   involved, again, with a side investment, that
12   manages one of the side investments.
13        Q    Which side investment?
14        A    I don't remember which one.
15        Q    Do you know Manor Lane Management?
16        A    Yes.
17        Q    What is that?
18        A    Manor Lane Management is the
19   management company owned by myself; it manages
20   some of my businesses and pays some expenses.
21        Q    Do you know whether Manor Lane
22   Management maintained a 33 percent interest,
23   beneficiary interest, in the Brian D. Jedwab
24   Grantor Trust?
25        A    I'm not sure.

```
                                                              49
 1                    Murray Huberfeld
 2         Q      Please tell me your recollection of
 3   how the relationship between Platinum Partners
 4   and Centurion started.
 5         A      Please be -- what was related?  Ask
 6   me the question.  I'm happy to answer it.
 7         Q      I think you said earlier that, when
 8   Platinum Partners started, you seeded
 9   Mr. Nordlicht.
10                Is that accurate?
11         A      I was one of the people that seeded
12   Mr. Nordlicht.  Correct.
13         Q      Who else seeded Mr. Nordlicht?
14         A      I believe Mr. Bodner as well.
15         Q      And what was your role in Platinum
16   Partners, other than seeding Mr. Nordlicht?
17         A      Again, what -- what time period?
18         Q      In the beginning, 2003.
19         A      I didn't have any management role.
20   The only role I may have had is making some
21   introductions to potential investors.
22         Q      Did there come a time after when
23   you did have a management role at Platinum
24   Partners?
25         A      Are you discussing PPVA?
```

56

Murray Huberfeld

1
2          You may answer.
3     A    No.
4     Q    You don't recall having the ability
5  to say "no" to a particular investment decision
6  of PPVA?
7          MR. DANIELS:  Same objection.
8          You may answer.
9     A    I'm trying to answer accurately.
10 What is -- what's the question exactly?
11    Q    If you were -- if Mr. Nordlicht,
12 for example, consulted you on an investment
13 decision, could you say, "We're not doing it?"
14    A    No.
15    Q    Do you recall being involved in the
16 issuance of the press release that you're looking
17 at here?
18    A    I don't.
19    Q    We went through a number of
20 entities earlier, and I believe you said you
21 seeded Mr. Nordlicht in connection with PPVA
22 initially, with Mr. Bodner?
23    A    Correct.
24    Q    Do you -- I asked you earlier why
25 you might choose to have a particular investment

Murray Huberfeld

A       I can't answer that accurately.

Q       Do you believe you had an interest in the profits of Platinum Management?

A       Like I said, again, Manor Lane was getting part of the -- getting part of the income from the incentive fees through Platinum Partners Management Company, through the trust.

Q       Did there come a time when you no longer had an interest in Platinum Management?

A       I believe towards the end of Platinum, sometime in the spring of 2016, we gave up or transferred our ownership interest in the fund.

Q       You have a memory of that?

A       I do.

Q       And do you recall why you did that?

A       Yes.  I think Mark Nordlicht approached us and, at the time, was trying to raise money for the fund.  And he asked us if we would give up our management company interest in a way that he would be able to use that to raise additional moneys for the fund.

Q       And did you effectuate the release of your interest?  Ultimately, did that come to

74

1              Murray Huberfeld
2    fruition that you gave up your interest?
3        A    I'm not sure.  I think so, but I'm
4    not 100 percent sure.
5        Q    Did you sell your interest?
6        A    I don't know.
7        Q    Marked as Exhibit 592 is a release
8    agreement.
9             (Exhibit No. 592, Release Agreement
10            is marked by the reporter for
11            identification.)
12       Q    I'll just ask you if you've seen it
13   before.
14       A    Okay.
15       Q    Have you seen it before?
16       A    I remember vaguely.
17       Q    If you flip to the second-to-final
18   page, there's a signature with your -- that bears
19   Murray Huberfeld.
20       A    Yes, I see it.
21       Q    Is that your signature?
22       A    I think so.
23       Q    Do you recall signing it?
24       A    No.
25       Q    But you do recall giving up your

[11/25/2019 10:06 AM] 2019.11.25 Huberfeld, Murray - Vol. 01 [...

75

1          Murray Huberfeld

2   interest in Platinum Management around March

3   of 2016?

4        A     I recall that being discussed, and

5   I think that's what happened.

6        Q     And was -- I'm not going to ask you

7   what they advised you:

8              But was Curtis Mallet advising you

9   in connection with that transaction?

10       A     I have a vague recollection that

11  Curtis Mallet was advising the fund.  I don't

12  know whether they were advising us.  I'm not

13  sure.

14       Q     If you see four pages from the

15  back, there's some notice -- there's some

16  notices; and it says, "If" -- "If" -- "If, to

17  Huberfeld, to Murray Huberfeld, Manor Lane, with

18  a copy to Curtis Mallet."

19             (Reporter clarification.)

20       Q     Page six, "If" -- "If to

21  Huberfeld"?

22       A     I see that.

23       Q     And does that refresh your

24  recollection about who was representing you?

25       A     It doesn't.  But Curtis Mallet was

[11/25/2019 10:06 AM] 2019.11.25 Huberfeld, Murray - Vol. 01 [...