# EXHIBIT 10

Platinum Partners Value Arbitrage Fund (International), Ltd

|  |  |  |  |  |  |  |  | December 31, 2015 |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
| Beg Shares | Beg NAV per Share | Beginning Value | Adjusted Beg Shares | Adjusted Beg NAV per Share | Adjusted Beginning Value | Share Transfer | Value | Ending Shares | Ending NAV per Share | Ending Value | Net Income |
| 2,465.63850 | | $ 7,822,506.47090 | $ 2,465.84 | | | | | 965.29480 | 3,440.86 | $ 3,321,432.15 | |
| 1,378.42850 | | $ 3,023,256.36000 | $ 1,378.42 | | | | | 539.84480 | 2,378.74 | $ 1,283,675.14 | |
| 1,068.51280 | | $ 1,950,845.23030 | $ 1,068.51 | | | | | 426.14850 | 1,949.14 | $ 830,619.73 | |
| | | $        - | $        - | | | | | 8,311.68050 | 943.37 | $ 7,841,199.31 | |
| | | | | | | | | | 8,712.1364 | | |
| | | | | $ 1,478.20 | | | | 578.70790 | | | |
| | | | | $   729.57 | | | | 295.62150 | | | |
| | | | | $        - | | | | 8,528.91870 | | | |
| | | | | | | | | | | | |
| | | | | | | 10,402,123.57100 | 7,679.67190 | 8,494.2491 | | | 423,021.55 |

Total Rutherfurd Family Foundation

HFF000511