# EXHIBIT 2

```
1

2   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
3   CASE NO. 18-CV-6658(JSR)
    CASE NO. 18-CV-10936(JSR)
4   --------------------------------------------
    IN RE:  PLATINUM-BEECHWOOD LITIGATION
5   --------------------------------------------
    MARTIN TROTT and CHRISTOPHER SMITH, as Joint
6   Official Liquidators and
    Foreign Representatives of
7   PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P.
    (in Official Liquidation), and
8   PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P.
    (in Official Liquidation ),
9
              Plaintiffs,
10
         vs.
11

12  PLATINUM MANAGEMENT (NY) LLC, et al.,

13            Defendants.
    --------------------------------------------
14

15
               TRANSCRIPT OF DEPOSITION OF
16       HFF 30(b)(6) WITNESS MURRAY HUBERFELD

17            TRANSCRIPT of the stenographic notes of

18  the proceedings in the above-entitled matter, as

19  taken by and before TAB PREWETT, a Registered

20  Professional Reporter, a Certified LiveNote

21  Reporter, Certified Shorthand Reporter and Notary

22  Public, held at the offices of US Legal Support

23  Company, 90 Broad Street, Suite 603, New York,

24  New York, on Thursday, December 5, 2019,

25  commencing at 9:30 a.m.
```

|    |    |
|----|----|
| 1  | Murray Huberfeld 30(b)(6) HFF |
| 2  | Oratz beginning in 2013 all the way into 2017 in |
| 3  | excess of $2 million? |
| 4  | A    I remember certain loans.  I don't |
| 5  | calculate them in total -- but certain loans with |
| 6  | different people. |
| 7  | And Moshe Oratz was a close friend |
| 8  | of mine, someone who had -- who I had known for a |
| 9  | long time, someone who had done a lot of good |
| 10 | things and I like him a lot.  And I am happy to |
| 11 | answer any questions specifically about any loan. |
| 12 | Q    Why do you think -- what was the |
| 13 | purpose of their loan? |
| 14 | How -- why did the Huberfeld Family |
| 15 | Foundation give over $2 million in loans to |
| 16 | Oratz? |
| 17 | A    Well, most of the loans that were |
| 18 | given to him were given at interest rates, okay, |
| 19 | payment of interest rates.  And he paid them and |
| 20 | continues to pay them. |
| 21 | I believe there was -- in my -- in |
| 22 | my review, I found one loan that I gave to his |
| 23 | brother for $300,000, which I believe he paid |
| 24 | back 200 of it within a month and the balance |
| 25 | over the next several months. |

154

Murray Huberfeld 30(b)(6) HFF

And the other loans were given out, I believe, all at interest -- and someone who I trust implicitly and someone who approached me and said that "I need money."

And I said:

"Okay. Here's what the opportunity is. What's the collateral?"

And discussion, and I lent the money.

Q    So what is the charitable purpose of giving $2 million to Oratz?

A    Let's try it again.

Q    Loaning?

A    I didn't lend -- I didn't lend him $2 million for charitable purposes. I had one loan that I lent him for -- for no interest, not to him, but to his brother, which was a relatively small amount of money which he paid back.

Q    $300,000 --

A    300,000 --

Q    -- does that sound right?

A    Which he paid 200 within a -- within two weeks --

[12/5/2019 9:30 AM] 2019.12.06 Huberfeld, Murray HFF 30(b)(6...

155

```
 1              Murray Huberfeld 30(b)(6) HFF
 2         Q     Okay.
 3         A     -- and the balance over the year.
 4   So it was a relatively -- for the foundation, an
 5   insignificant amount of money to lend out.  I
 6   forgot the reason that his brother approached me
 7   at the time for that loan; but it was something
 8   having to do with him, nothing to do with Moshe
 9   Oratz.
10              And Moshe Oratz's loans were all
11   for interest, so they weren't charitable work.
12   They were making money.
13         Q     So the second loan in 2014 for
14   750,000 to Moshe Oratz at 5 percent, that was --
15   you are viewing that as an investment?
16         A     It was.
17         Q     Okay.  Was it paid back?
18         A     Mostly paid back.  He's been paying
19   back -- I don't think it was at 5 percent.  I
20   think it was at three -- $3,125 per month based
21   on the 750 that he paid $40,000 principal right
22   away; so it was only 710.  But the interest
23   payments stayed the same.
24              And then he paid back $10,000 a
25   month for three years.  And the interest payment
```

[12/5/2019 9:30 AM] 2019.12.06 Huberfeld, Murray HFF 30(b)(6...

156

1        Murray Huberfeld 30(b)(6) HFF
2   stayed the same.  So it was -- it ended up being
3   higher than 5 percent.  I think it ended up -- I
4   don't know what the exact rate is, but --
5        Q     All right.  So tab ten, page 299.
6        A     Yes, tab ten.
7        Q     All right.  On page 299, so it
8   says -- oh, you are still looking.
9              All right.  It's -- it's the bottom
10  one there on that page.  So it's A. Oratz.  So
11  that would be --
12       A     Right.
13       Q     -- is that Abraham?
14       A     Yes.
15       Q     Okay.  And it's for 300,000, and at
16  0 percent interest; and the maturity date was
17  less than a year?
18       A     Right.  It was paid back much
19  earlier.
20       Q     Okay.  Now, was he an investor in
21  either PPVA or PPCO, if you recall?
22       A     Not that I know.
23       Q     Not that you know of?
24       A     I don't think so.
25       Q     Okay.  All right.

[12/5/2019 9:30 AM] 2019.12.06 Huberfeld, Murray HFF 30(b)(6...

157

```
 1            Murray Huberfeld 30(b)(6) HFF
 2              How about Moshe?
 3       A      I don't think so either.
 4       Q      Okay.  Let's look at the next one.
 5              That is tab 11, page 346.
 6       A      Okay.
 7       Q      All right.  And so this was a
 8  750,000 loan at 5 percent?
 9       A      Correct.
10       Q      It had a -- it was for less than a
11  year, from May to December of 2014.  And so as of
12  end of the year, the balance was 710,000.
13       A      Right, as I recall, he paid $40,000
14  down immediately.  And I also remember that the
15  foundation also was able -- bought some shares in
16  a company called Mobli at the same time at a very
17  discounted price.
18              So I think that was part of this
19  loan investment type of thing.  You know, it's --
20  it's six years ago.  I don't recall everything
21  exactly, but it was -- that was -- there was --
22  there was an opportunity.  This loan was part of
23  an opportunity that the foundation got.
24       Q      So -- so you believed then, rather
25  than paying the balance of the -- the loan back,
```

[12/5/2019 9:30 AM] 2019.12.06 Huberfeld, Murray HFF 30(b)(6...

158

Murray Huberfeld 30(b)(6) HFF

```
 1                  Murray Huberfeld 30(b)(6) HFF
 2      the foundation got some stock?
 3          A     No, that's not what I said.
 4          Q     Okay.  Tell me -- tell me --
 5          A     What I said was:
 6                As an additional incentive besides
 7      the original interest rate, I think -- I don't
 8      recall exactly -- I have some recollection of the
 9      foundation able to buy some shares in Mobli at a
10      discounted price, either from Moshe Oratz or
11      maybe Abe.
12                I -- I don't remember exactly.  But
13      I know it was something to do with Mobli at the
14      time.
15          Q     Okay.  All right.  Let's look at
16      15.  All right.  So if we look at -- I'm sorry.
17      Tab 12, page 410.
18                So at the top there, "Oratz loan,"
19      date April 15 -- April 2015 for 400,000, maturity
20      date not until April of; 20, 5 percent.  And they
21      paid $100,000 at that point.
22          A     This was a -- this was a
23      self-liquidating loan.  It was paying interest
24      and principal on a monthly basis.
25          Q     Okay.
```

[12/5/2019 9:30 AM] 2019.12.06 Huberfeld, Murray HFF 30(b)(6...

159

1              Murray Huberfeld 30(b)(6) HFF
2        A      So it wasn't maturing.  It was
3   maturing at the last payment of $4,000 -- was
4   four years out.  It was paying every single --
5   every single month.
6        Q      Every single month?
7        A      Correct.
8        Q      Okay.
9        A      It was like -- it was a
10  self-liquidating loan.
11       Q      Okay.  Any reason why -- do you
12  recall any thoughts about loaning them another
13  400,000 when they still owed you seven?
14       A      I -- as I remember having a -- you
15  know, a few million shares of collateral, it
16  was -- for me, it was a no-brainer loan.
17       Q      Okay.
18       A      I was sitting on money earning at
19  that time probably 20 basis points.  And I put
20  that money out at 5 percent or above -- above,
21  pretty much a no-risk loan.  Why would I not want
22  to do that?
23       Q      Okay.  Okay.  Aaron Elbogen --
24       A      Yes.
25       Q      -- this is a -- a gent who was your

[12/5/2019 9:30 AM] 2019.12.06 Huberfeld, Murray HFF 30(b)(6...

256

1           Murray Huberfeld 30(b)(6) HFF
2               (Document, bank records from 2010
3        and 2017, requested.)
4        Q    Okay.  All right.  Let me ask about
5   the Bodner-Huberfeld Family Foundation.  Tell me
6   about that foundation and what role your
7   foundation or you play in that foundation.
8        A    First of all, I am not going to
9   guess on what year it was formed --
10       Q    Okay.
11       A    -- because I was wrong the last --
12       Q    Okay.
13       A    It was formed many years ago.
14       Q    Okay.
15       A    It was what I will call the
16  predecessor or the parent charity things.  Myself
17  and Mr. Bodner were in business together and
18  decided to make what we call the joint
19  foundation.
20            And that foundation was doing
21  similar things to what the Huberfeld Foundation
22  ended up doing later on.
23       Q    Okay.
24       A    And we decided at some point to
25  separate and make separate foundations.  I guess

1        Murray Huberfeld 30(b)(6) HFF
2   it was 1998 based on what you showed me and
3   basically put the main foundation in -- for all
4   intents and purposes, a wind-down situation,
5   which means that it had moneys; it had
6   investments; it had loans; it had all kinds of
7   different things, this.
8             And we decided:
9             "Okay.  We are now going to run
10  separate foundations, each of us.  And whatever
11  is in the main foundation, we are going to keep
12  giving out charity for that."
13            Those are joint decisions, myself
14  and Mr. Bodner on all of those things.  And we
15  had a -- we had a number of investments that were
16  still in there that needed time to wind down.
17            So the foundation has completely
18  wound down already.  I believe it had almost very
19  little operations for the last years.  I don't
20  know the exact date in which it wound down and
21  gave out whatever money it had, both individually
22  to the two foundations and to other charities.
23        Q   Okay.  And was it 50/50 ownership
24  of that?
25        A   You don't own a foundation, but it

258

Murray Huberfeld 30(b)(6) HFF

was -- the two of us were the two people that founded it.

Q   You -- you were equals among that foundation?

A   Correct.

Q   Do you remember who the president was? Was it you or him?

A   It could be it was me. I don't recall.

Q   And there was a loan -- the tax returns show a loan to the Bodner -- excuse, me -- Huberfeld-Bodner Family Foundation in June of 2013.

A   Who loaned who?

Q   The Huberfeld Family Foundation loaned the Huberfeld-Bodner Family Foundation 1.369 million --

A   Yes.

Q   -- in June of 2013, no maturity date, no interest rate; and at the end of the year, it had a balance due of about 880,000.

A   Yes, there was a separate --

MR. CHASE: Objection. Objection to the form. I think -- is it the

[12/5/2019 9:30 AM] 2019.12.06 Huberfeld, Murray HFF 30(b)(6...

259

Murray Huberfeld 30(b)(6) HFF

Bodner-Huberfeld or Huberfeld-Bodner?

Q      The tax return says Huberfeld-Bodner Family Foundation.

A      Okay.  So what I recall -- I don't have perfect knowledge of this -- but what I recall was that the joint foundation -- just -- that's how we'll reference Huberfeld-Bodner if that's okay.

Q      Yes.

A      The joint foundation had several life insurance policies that it owned.  There were premiums that were due.  We were no longer donating money to the joint foundation, so the foundation was in need of moneys to keep those -- keep those -- those premiums -- payments that were needed.

So my foundation upstreamed the money to the foundation, to the other foundation, to take care of those things.  And then they were subsequently downstreamed to the foundation.

Q      All right.  So your recollection is that your foundation made a loan to the joint foundation to assist with the payment of premiums for life insurance policies?

[12/5/2019 9:30 AM] 2019.12.06 Huberfeld, Murray HFF 30(b)(6...

260

1        Murray Huberfeld 30(b)(6) HFF
2    A    For investments that -- that they
3    had because ultimately the money that the joint
4    foundation had was going to charity.  So here was
5    an investment that the joint foundation had made,
6    was in stress because the past -- because the
7    premiums were due.
8         There was no cash available in the
9    joint foundation at the time, so the foundation
10   made an upstream payment to them, and then
11   subsequently got that money back.
12   Q    All right.  So let me -- on the tax
13   return, where it says "purpose of the loan," it
14   says, "Assist loans made by related foundation."
15        Were aware if the joint foundation
16   was making loans that it needed assistance with?
17   A    As I say, the moneys to the
18   insurance were characterized as loan.
19   Q    I mean, was there any discussion
20   about making a loan to basically yourself from
21   your own charity to another charity that you
22   controlled?
23   A    To help another charity, no.  I
24   didn't see any issue with it.
25   Q    Did you run it by your accountant

[12/5/2019 9:30 AM] 2019.12.06 Huberfeld, Murray HFF 30(b)(6...

261

Murray Huberfeld 30(b)(6) HFF

1
2   as far as arm's length transaction?
3       A    I am sure I did.
4       Q    Do you feel -- do you remember you
5   did or --
6       A    No.
7       Q    -- do you think you did?
8       A    But I -- would I do something --
9   first of all, he found out about it subsequently.
10  If he had a problem with it, he would have told
11  me.
12      Q    Okay.
13      A    And like I said, the money was
14  returned, and those -- those moneys that the
15  charity would have lost, which were
16  significant -- remember, in the life insurance
17  policy, all the money that's paid in in premiums,
18  if you miss a premium payment, get lost.
19           So if the charity, joint foundation
20  would have lost -- I don't know how much money it
21  was, but I imagine it was a significant amount of
22  money.  So I felt it was the right thing to do
23  and did.
24      Q    Okay.  All right.  Let me ask --
25  there's a couple of E-Mails out there that talk

[12/5/2019 9:30 AM] 2019.12.06 Huberfeld, Murray HFF 30(b)(6...