# EXHIBIT 4

1

2   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
3   CASE NO. 18-CV-6658(JSR)
    CASE NO. 18-CV-10936(JSR)
4   ------------------------------------------------
    IN RE:  PLATINUM-BEECHWOOD LITIGATION
5   ------------------------------------------------
    MARTIN TROTT and CHRISTOPHER SMITH, as Joint
6   Official Liquidators and
    Foreign Representatives of
7   PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P.
    (in Official Liquidation), and
8   PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P.
    (in Official Liquidation ),
9
            Plaintiffs,
10
        vs.
11

12  PLATINUM MANAGEMENT (NY) LLC, et al.,

13          Defendants.
    ------------------------------------------------
14
                    VOLUME I
15
            TRANSCRIPT OF VIDEOTAPED DEPOSITION OF
16                    MURRAY HUBERFELD

17          TRANSCRIPT of the stenographic notes of

18  the proceedings in the above-entitled matter, as

19  taken by and before TAB PREWETT, a Registered

20  Professional Reporter, a Certified LiveNote

21  Reporter, Certified Shorthand Reporter and Notary

22  Public, held at the offices of US Legal Support

23  Company, 90 Broad Street, Suite 603, New York,

24  New York, on Monday, November 25, 2019,

25  commencing at 10:06 a.m.

```
 1                Murray Huberfeld

 2       A      I recognize that name.

 3       Q      And what is that?

 4       A      I believe it had something to do

 5    with property that my wife had in the building

 6    project in Monsey, New York.

 7       Q      Huberfeld Bodner Family Foundation?

 8       A      That was the original foundation

 9    that was set up by myself and Mr. Bodner to do

10    charity work.

11       Q      Huberfeld Family Foundation?

12       A      That was a foundation set up by my

13    family to do the same.

14       Q      Are you aware of whether there's an

15    unincorporated partnership between Ms. Laura

16    Huberfeld and Ms. Naomi Bodner?

17       A      I believe there was a partnership.

18    I don't know the answer whether it was

19    incorporated.  I don't know what that means

20    exactly.  But I know there was an entity called

21    the Laura Huberfeld and Naomi Bodner Partnership.

22       Q      And do you know the -- any

23    specifics of that partnership?

24       A      What does that mean.

25       Q      Do you know what they did together?
```