# **EXHIBIT 1**

MEMO

# YEARLY RECAP

## 2010

Beginning Balance: **$2,113,344.31**

Monthly Ending Balances:

| Month | Balance |
|---|---|
| January | $2,420,552.11 |
| February | $3,512,508.06 |
| March | $3,512,412.32 |
| April | $3,592,618.53 |
| May | $2,986,984.23 |
| June | $2,401,415.71 |
| July | $2,445,688.44 |
| August | $2,473,230.70 |
| September | $1,806,738.89 |
| October | $1,834,034.81 |
| November | $1,860,052.45 |
| December | $1,486,639.95 |

Redemptions:

May: $600,000.00
June: $600,000.00
September: $700,000.00
December: $420,451.76
TOTAL: $2,320,451.76

Total Profits: $414,366.67

**Closing Balance: $1,486,639.95**

MEMO

# YEARLY RECAP

## 2011

Beginning Balance: **$1,486,639.95**

Monthly Ending Balances:

| | |
|---|---|
| January | $1,517,875.39 |
| February | $1,584,790.24 |
| March | $1,219,296.60 |
| April | $1,241,634.33 |
| May | $1,258,699.90 |
| June | $1,294,806.62 |
| July | $1,304,765.18 |
| August | $1,312,007.40 |
| September | $1,324,874.61 |
| October | $1,342,249.22 |
| November | $1,335,653.17 |
| December | $1,338,825.62 |

Redemptions:

<u>March: $400,000.00</u>
TOTAL: $400,000.00

Total Profits: $252,185.67

**Closing Balance: $1,338,825.62**

MEMO

# YEARLY RECAP

## 2012

Beginning Balance: **$1,338,825.62**

Monthly Ending Balances:

| | |
|---|---|
| January | $1,344,067.33 |
| February | $1,353,069.99 |
| March | $1,398,199.06 |
| April | $1,396,965.98 |
| May | $1,404,223.69 |
| June | $1,131,339.12 |
| July | $1,149,360.63 |
| August | $1,151,000.74 |
| September | $ 861,308.80 |
| October | $ 868,606.59 |
| November | $ 866,558.38 |
| December | $ 878,573.01 |

Redemptions:

June: $300,000.00
September: $300,000.00
TOTAL: $600,000.00

Total Profits: $139,747.39

**Closing Balance: $878,573.01**

MEMO

# YEARLY RECAP

## 2013

Beginning Balance: **$878,573.01**

Monthly Ending Balances:

| Month | Balance |
|---|---|
| January | $ 893,907.23 |
| February | $ 900,976.34 |
| March | $ 813,219.74 |
| April | $ 814,671.17 |
| May | $ 821,619.92 |
| June | $ 742,988.03 |
| July | $ 750,728.24 |
| August | $ 762,150.21 |
| September | $ 663,993.44 |
| October | $ 652,283.39 |
| November | $ 661,552.23 |
| December | $ 673,811.47 |

Redemptions:

March: $100,000.00
June: $100,000.00
September: $100,000.00
TOTAL: $300,000.00

Total Profits: $95,238.46

**Closing Balance: $673,811.47**

MEMO

# YEARLY RECAP

## 2014

Beginning Balance: **$673,811.47**

Monthly Ending Balances:

| Month | Balance |
|---|---|
| January | $576,023.26 |
| February | $584,494.87 |
| March | $486,975.66 |
| April | $488,004.83 |
| May | $498,490.68 |
| June | $403,232.29 |
| July | $405,142.59 |
| August | $409,001.76 |
| September | $308,306.00 |
| October | $308,701.96 |
| November | $308,736.33 |
| December | $214,453.47 |

Redemptions:

January: $100,000.00
March: $100,000.00
June: $100,000.00
September: $100,000.00
December: $100,000.00
TOTAL: $500,000.00

Total Profits: $40,642.00

**Closing Balance: $214,453.47**

MEMO

# YEARLY RECAP

## 2015

Beginning Balance: **$214,453.47**

January ending balance:

| | |
|---|---|
| January | $214,665.15 |
| February | $212,758.89 |
| March | $110,292.87 |
| April | $118,931.00 |
| May | $118,671.09 |
| June | $ 99,999.90 |
| July | $ 99,989.43 |
| August | $100,011.35 |
| September | $ 99,999.00 |
| October | $ 98,570.36 |
| November | $ 98,797.05 |
| December | $ 96,030.14 |

Redemptions:

March: $100,000
June: $20,188.73
TOTAL: $120,188.73

Total Profits: $1,765.40

**Closing Balance: $96,030.14**