UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PLATINUM-BEECHWOOD LITIGATION | Master Docket No. 1:18-cv-06658-JSR |
| MARTIN TROTT and CHRISTOPHER SMITH, as Joint Official Liquidators and Foreign Representatives of PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P. (in Official Liquidation) and PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P. (in Official Liquidation), Plaintiffs, -v- PLATINUM MANAGEMENT (NY) LLC, et al., Defendants. | Case No. 1:18-cv-10936-JSR |

### DECLARATION OF MOSHE ORATZ PURSUANT TO 28 U.S.C. § 1746 IN SUPPORT OF DEFENDANT HUBERFELD FAMILY FOUNDATION, INC.'S <u>MOTION FOR SUMMARY JUDGMENT</u>

1. I am not a party to this action and I make this declaration based on my own personal knowledge.

2. I was never an employee, manager, officer or director for Platinum Partners Value Arbitrage Fund L.P. ("PPVA") or any of its affiliated entities ("Platinum"). I never held any position whatsoever at any of those entities. I never managed or controlled any Platinum Fund. In short, I was never a "Platinum insider."

3. I never invested in PPVA or any other Platinum-affiliated Funds, nor did any members of my family or any entity affiliated with me ever invest in PPVA or any Platinum-affiliated Funds to the best of my knowledge and belief.

4. At various points in time, the Huberfeld Family Foundation provided loans to me and members of my family, including a short term loan of $300,000 to my brother, Avroham Oratz, which he promptly paid back; a market rate loan of $750,000 to my other brother, Yisroel Oratz, as Trustee for the SBO Trust, as to which I guaranteed repayment plus interest, which loan has been paid down significantly and I expect that it will also be fully repaid with interest; and loans to me and my wife which I also expect to fully pay back with interest.

5. The loans provided by the Huberfeld Family Foundation to me and members of my family in all events have and had nothing whatsoever to do with PPVA or Platinum.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on March 12, 2020

_____
Moshe Oratz