UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PLATINUM-BEECHWOOD LITIGATION | Master Docket No. 1:18-cv-06658-JSR |

| | |
|---|---|
| MARTIN TROTT and CHRISTOPHER SMITH, as Joint Official Liquidators and Foreign Representatives of PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P. (in Official Liquidation) and PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P. (in Official Liquidation), | Case No. 1:18-cv-10936-JSR |

      Plaintiffs,

       -v-

PLATINUM MANAGEMENT (NY) LLC, et al.,

      Defendants.

**SUPPLEMENTAL DECLARATION OF DONALD H. CHASE IN FURTHER SUPPORT OF THE HUBERFELD FAMILY FOUNDATION, INC.'S MOTION FOR SUMMARY JUDGMENT**

I, Donald H. Chase, declare as follows:

1.      I am a member of Morrison Cohen LLP, counsel for defendant Huberfeld Family Foundation, Inc. ("HFF") in the above-captioned consolidated action. Unless otherwise specified, I have personal knowledge of the facts set forth below.

2.      I submit this supplemental declaration in further support of HFF's motion, pursuant to Fed. R. Civ. P. 56, for summary judgment dismissing the Second Amended Complaint as against HFF in the action styled *Martin Trott and Christopher Smith, as Joint Official Liquidators and Foreign Representatives of Platinum Partners Value Arbitrage Fund*

*L.P. (in Official Liquidation) v. Platinum Management (NY) LLC, et al.*, Case No. 18-cv-10936 (JSR) (the "Trott Action").

3.      Attached hereto as Exhibit 1 are excerpts from the true and correct transcript of the December 5, 2019 deposition of HFF (Tr. 183:23-187:24).

4.      Attached hereto as Exhibit 2 are excerpts from the true and correct transcript of the deposition of Martin Trott (Tr. 769:23-776:16).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 3, 2020

*/s/ Donald H. Chase*
Donald H. Chase

2