# EXHIBIT 2

```
                                                              659
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CASE NO. 18-CV-6658(JSR)
CASE NO. 18-CV-10936(JSR)
--------------------------------------------
IN RE:  PLATINUM-BEECHWOOD LITIGATION
--------------------------------------------
MARTIN TROTT and CHRISTOPHER SMITH, as Joint
Official Liquidators and
Foreign Representatives of
PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P.
(in Official Liquidation), and
PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P.
(in Official Liquidation ),

        Plaintiffs,

  vs.

PLATINUM MANAGEMENT (NY) LLC, et al.,

        Defendants.
--------------------------------------------

                VOLUME III

     TRANSCRIPT OF VIDEOTAPED DEPOSITION OF
              MARTIN TROTT

      TRANSCRIPT of the stenographic notes of

the proceedings in the above-entitled matter, as

taken by and before TAB PREWETT, a Registered

Professional Reporter, a Certified LiveNote

Reporter, Certified Shorthand Reporter and Notary

Public, held at the offices of US Legal Support

Company, 90 Broad Street, Suite 603, New York,

New York, on Tuesday, September 24, 2019,

commencing at 9:32 a.m.

769

```
 1              Martin Trott - Volume III
 2       Q     In -- in terms of the Foundation
 3   and when it was formed, isn't it a fact that it
 4   was formed in 1998, almost 14 years before the
 5   events at issue?
 6       A     If -- if that's what you are
 7   telling me, then I have no reason to disbelieve
 8   that.
 9       Q     Let's look at the Second Amended
10   Complaint.  We are going to go through a number
11   of these allegations.  The Second Amended
12   Complaint is Exhibit 3.  Do you need another
13   copy?  Does anybody need another copy.
14             (Previously Marked Exhibit No. D 3,
15         Second Amended Complaint, Document is
16         introduced into the proceedings.)
17       Q     I really want to get rid of these
18   copies, if anybody wants a copy.
19             MR. BROWNLEE:  Here, I'll take one.
20       Q     All right.  Now, in the complaint,
21   I am going to first call your attention to the
22   allegations -- let's start in paragraph 151.
23             Now, in paragraph 151, there are
24   allegations concerning Hutton Ventures LLC.
25             Do you recall that?
```

770

1        Martin Trott - Volume III
2        A      I do see that, yes.
3        Q      And what -- what do you recall as
4   the basis for these allegations?
5        A      That, as part of our
6   investigations, the Hutton Ventures loans came up
7   from the Huberfeld Family Foundation; and, as
8   part of that same investigations, the link
9   between Hutton Ventures and ultimately a
10  property -- a real estate property owned by the
11  Nordlichts was being -- was part of -- part of
12  loans as well in connection with the same Hutton
13  Ventures.
14       Q      How did you come up with the
15  allegation that Hutton -- Hutton Ventures LLC was
16  a company involved in a student loan scam where
17  indebted students were defrauded?
18       A      I can't recall the -- this would
19  have been part of our investigations, and I can't
20  recall the precise document.
21       Q      Okay.  So you are charging the
22  Foundation with working with a company that was
23  involved in a student loan scam where indebted
24  students were defrauded.
25              That's a serious allegation;

[9/24/2019 9:32 AM] 2019.09.24 Trott, Martin - Vol. 03 [0659 - 0...

1          Martin Trott - Volume III
2    wouldn't you say?
3        A     The whole complaint is a very
4    serious allegation.
5        Q     And so what did you do to verify
6    that that was, in fact, true?
7        A     Again, I refer to my previous
8    answer.  I can't recall off the top of my head
9    the documents that form the basis of that
10   allegation.
11       Q     Was a Google search done and it
12   came up with an article about a scam like that?
13       A     Again, I can't recall the precise
14   document.
15       Q     Let me mark -- I'm going to mark
16   this as Exhibit 124.
17             (Exhibit No. D 124, Three-Page
18       Document, a State of New York Bureau of
19       Consumer Fraud notice, a business search in
20       California, and a Delaware Division of
21       Corporations search, Document is marked by
22       the reporter for identification.)
23       Q     Exhibit 124 is a three-page
24   document, and it is a -- starts with a State of
25   New York Bureau of Consumer Fraud notice.  And

1           Martin Trott - Volume III
2      then it has a business search in California.  And
3      then the third page is a Delaware Division of
4      Corporations search.
5                I have another one for you.
6                So looking at the first page, you
7      will see that there is a summons and complaint
8      from the New York Bureau of Consumer Frauds.
9      This is -- looks to be an affidavit of service.
10               It's on a company, Hutton Ventures
11     LLC; and you see the address there, 4 Hutton
12     Center Drive, Suite 220, Santa Ana, California.
13               Do you see that?
14          A    I do.
15          Q    Now, this, I will represent to you
16     is in connection with the student loan scam.
17               If you look at the second page,
18     again, jurisdiction California, do you see the
19     registration date of 5/2/2016?
20          A    I do, yeah.
21          Q    And you see the same address in
22     California, correct?
23          A    Yes.
24          Q    Now, I want to show you
25     California -- excuse me -- a Delaware Department

```
 1              Martin Trott - Volume III
 2    of State Division of Corporations sheet.  And it
 3    refers to a Hutton Ventures LLC, a company that
 4    was incorporated on 5/28/2015, with a residency
 5    in Delaware, a domestic Delaware corporation.
 6              Do you see that?
 7        A     I do.
 8        Q     These are two separate companies;
 9    aren't they?
10        A     It would -- I'm not an expert on
11    companies in the US, but it would appear on the
12    basis of these documents that that's the case.
13        Q     Now, the allegation here is that,
14    in September, December of 2016, a loan was
15    provided, correct, to the Hutton Ventures, and
16    referring to paragraph 151 of the Second Amended
17    Complaint?
18        A     Yes.
19        Q     So let me mark now as Exhibit 125,
20    the 2016 tax return of the Foundation.
21              (Exhibit No. D 125, 2106 Huberfeld
22         Family Foundation Tax Return, Bates stamped
23         HFF 000381 to 508, Document is marked by
24         the reporter for identification.)
25        Q     If you could turn -- you will see
```

774

1          Martin Trott - Volume III
2     the Bates numbers on the bottom of this tax
3     return -- it's marked -- Bates stamped HFF 000381
4     to 508 Bates stamped HFF 000381 to 508.
5              If you could turn to -- so HFF 415,
6     414 and 415.  Let's start with 414.
7              Do you see on the top, the date of
8     the note is 1/6/16?
9              Do you see that?
10      A    I do, yep.
11      Q    Now, if you go back to exhibit --
12    to the prior exhibit, the second page, the Hutton
13    Ventures in California was not even formed until
14    5/2/2016; was it?
15      A    The California one.
16      Q    Yes.  The second page.
17      A    Yes, I see that.
18      Q    Whereas, if you turn to the third
19    page, the one in Delaware was formed May 28,
20    2015?
21      A    Yes.
22      Q    So really, if somebody wanted to
23    verify which corporation was involved, all you
24    had to do was to look at when the corporations
25    were formed, look at the public tax return, and

775

1       Martin Trott - Volume III
2    you would have known, correct?
3            MR. BROWNLEE:  Objection.  Calls
4       for speculation.
5       Q    I don't think it calls for
6    speculation, but you can answer.
7       A    Yes, if -- if these are different
8    Hutton Ventures, and, if one was formed after the
9    relevant time, then, yes.
10      Q    And, here, the California
11   corporation that was involved in the student loan
12   scandal, apparently, was formed on May 2, 2016,
13   and the loan was made to Hutton Ventures on
14   January 6, 2016, correct?
15      A    Yes.  Again, if -- again, if
16   these are -- if as you say these are -- these are
17   different Hutton Ventures, then one has been
18   confused with the other.
19      Q    Well, the Hutton Ventures in
20   California has been suspended and apparently is
21   no longer doing business.  Do you know whether
22   the Hutton Ventures in Delaware has been
23   suspended?
24      A    I do not, no.
25      Q    Did you make any attempt to contact

[9/24/2019 9:32 AM] 2019.09.24 Trott, Martin - Vol. 03 [0659 - 0...

776

1          Martin Trott - Volume III
2     anyone at Hutton Ventures to verify whether it
3     was the same company?
4          A     No.
5          Q     Did you make any attempt to contact
6     anyone at the Foundation to ask them?
7          A     No.
8          Q     Did you make any attempt to contact
9     the Foundation's accountant or anyone else to
10    verify whether the allegation that you were
11    making against the Foundation was true or not in
12    terms of Hutton Ventures LLC?
13         A     No contacts, no.  This was based
14    off of our investigation and review of the
15    records.
16         Q     Not a very good investigation.
17               MR. BROWNLEE:  Objection.  Move on.
18         Q     You also state in paragraph 152:
19               "On information and belief,
20    Huberfeld and Nordlicht used Hutton Ventures LLC
21    as an intermediary to provide Nordlicht with a
22    $7.5 million in loan funds from the Huberfeld
23    Family Foundation in exchange for a mortgage on
24    real estate owned by Mark Nordlicht."
25               What are you basing that allegation