```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- x
In re PLATINUM-BEECHWOOD LITIGATION   :    18-cv-6658 (JSR)
-------------------------------------- x
SENIOR HEALTH INSURANCE COMPANY OF     :
PENNSYLVANIA,
                                       :
            Plaintiff,                 :
                  -v-                  :    18-cv-6658 (JSR)
                                       :
BEECHWOOD RE LTD., et al.,             :
                                       :
            Defendants.                :
-------------------------------------- x
MARTIN TROTT, et al.,                  :
                                       :
            Plaintiffs,                :
                                       :
                  -v-                  :    18-cv-10936 (JSR)
                                       :
PLATINUM MANAGEMENT (NY) LLC, et       :
al.,                                   :
                                       :
            Defendants.                :
-------------------------------------- x
MELANIE L. CYGANOWSKI,                 :
                                       :
            Plaintiff,                 :
                                       :
                  -v-                  :    18-cv-12018 (JSR)
                                       :
BEECHWOOD RE LTD., et al.,             :
                                       :
            Defendants.                :
-------------------------------------- x
SENIOR HEALTH INSURANCE COMPANY OF     :
PENNSYLVANIA,                          :
            Plaintiff,                 :
                                       :    19-cv-7137 (JSR)
                  -v-                  :
                                       :       ORDER
LINCOLN INTERNATIONAL LLC, et al.,     :
                                       :
            Defendants.                :
-------------------------------------- x

JED S. RAKOFF, U.S.D.J.
```

This will confirm in writing the orders orally issued by the Court during a final pre-trial conference held telephonically earlier today.

Any Daubert motion papers must be filed on the following schedule: (a) moving papers due May 19, 2020; (b) answering papers due June 2, 2020; and (c) reply papers due June 9, 2020. Oral argument on any Daubert motion, as well as on any summary judgment motion by a party that did not participate in today's oral argument and that fails to fully settle the relevant case by June 17, 2020, shall be held at 3:30 p.m. on June 18, 2020.

In addition, jury trial for these actions will commence at 9:30 a.m. on November 9, 2020.[1]

SO ORDERED.

Dated: New York, NY
April 7, 2020

_____
United States District Judge

---

[1] As discussed during the final pre-trial conference, given the schedule conflict of David Bodner's counsel, the Court will consider severing Bodner's trial from the rest and starting it on an earlier date, should it become necessary.