**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re PLATINUM-BEECHWOOD LITIGATION      18 **CIVIL** 6658 (JSR)
------------------------------------------------------------X
SENIOR HEALTH INSURANCE COMPANY
OF PENNSYLVANIA,

            Plaintiff,      19 **CIVIL** 7137 (JSR)

     -against-           **JUDGMENT**

LINCOLN INTERNATIONAL LLC, et al.,
            Defendants.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated April 10, 2020, the Court holds that Lincoln did

not substantially assist Beechwood's primary breach of fiduciary duty and fraud committed

against SHIP; accordingly, summary judgment is granted in favor of defendants on the aiding

and abetting claims and the Amended Complaint is dismissed in its entirety, and case number 19-

cv-7137 is closed.


**Dated:**   New York, New York
        April 13, 2020



                                    **RUBY J. KRAJICK**
                                _____
                                    **Clerk of Court**
         **BY:** _____
                                    **Deputy Clerk**