UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

IN RE PLATINUM-BEECHWOOD LITIGATION,    :    Case No. 1:18-cv-06658 (JSR)

---------------------------------------------------------X

SENIOR HEALTH INSURANCE CMPANY OF
PENNSYLVANIA,

          Plaintiff,

          v.                                                    :    Case No. 1:18-cv-06658 (JSR)

BEECHWOOD RE LTD., *et al.*,

          Defendants.

---------------------------------------------------------X

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure, by and between the undersigned counsel for (a) Plaintiff Senior Health Insurance Company of Pennsylvania, in Rehabilitation ("***SHIP***"), and (b) Defendants Beechwood Re (*in Official Liquidation*), Beechwood Bermuda International Ltd., B Asset Manager LP, Beechwood Re Investments LLC, Illumin Capital Management, LP, Moshe M. Feuer, a/k/a Mark Feuer, Scott Taylor and Dhruv Narain (the "***Beechwood Parties***"), that all claims asserted by SHIP against the Beechwood Parties, and all claims asserted by the Beechwood Parties against SHIP in this action are voluntarily dismissed with prejudice and without costs or attorneys' fees against any party.

Dated: New York, New York
        July 20, 2020

EAST\175383618.2

| | |
|---|---|
| PROSKAUER ROSE LLP<br><br>By: _/s/ Mark D. Harris_____<br>Mark D. Harris<br>Stacey P. Eilbaum<br>Eleven Times Square<br>New York, NY 10036-8299<br>(212) 969-3000<br><br>*Attorneys for Defendants Beechwood Bermuda International Ltd., B Asset Manager LP, Beechwood Re Investments LLC, Illumin Capital Management, LP, Moshe M. Feuer, a/k/a Mark Feuer, Scott Taylor and Dhruv Narain*<br><br>KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP<br><br>By: _John E. Jureller/MDH_____<br>John E. Jureller<br><br>200 West 41st Street<br>17th Floor<br>New York, New York 10036<br>Tel: (212) 972-3000<br>Email: jjureller@klestadt.com<br><br>*Attorneys for Defendant Beechwood Re (In Official Liquidation)* | DLA PIPER LLP (US)<br><br>By: _/s/ Aidan M. McCormack_____<br>Aidan M. McCormack (AMM 3017)<br>R. Brian Seibert (RS 1978)<br><br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>Email: aidan.mccormack@dlapiper.com<br>         brian.seibert@dlapiper.com<br><br>James D. Mathias (admitted *pro hac vice*)<br>Ellen E. Dew (admitted *pro hac vice*)<br>The Marbury Building<br>6225 Smith Avenue<br>Baltimore, Maryland 21209-3600<br>(410) 580-3000<br>james.mathias@dlapiper.com<br>ellen.dew@dlapiper.com<br><br>*Attorneys for Defendant Senior Health Insurance Company of Pennsylvania, in Rehabilitation* |

SO ORDERED:

_____
Hon. Jed S. Rakoff, U.S.D.J.