UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>PLATINUM-BEECHWOOD LITIGATION | Civil Action No. 18-cv-6658 (JSR) |
| MARTIN TROTT and CHRISTOPHER SMITH, as Joint Official Liquidators and Foreign Representatives of PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P. (in Official Liquidation) and PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P. (in Official Liquidation),<br><br>Plaintiffs,<br><br>- against -<br><br>PLATINUM MANAGEMENT (NY) LLC, *et al.*,<br><br>Defendants. | Civil Action No. 18-cv-10936 (JSR) |

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) by and between the undersigned counsel for Plaintiffs Martin Trott and Christopher Smith, as Joint Official Liquidators and Foreign Representatives of Platinum Partners Value Arbitrage Fund L.P. (in Official Liquidation), and Platinum Partners Value Arbitrage Fund L.P. (in Official Liquidation) (together "**Plaintiffs**"), and for defendant Murray Huberfeld ("**Huberfeld**"), that the above-captioned action (the "**Action**") be and hereby is dismissed with prejudice only as to Huberfeld, with each party to bear his or its own costs and fees associated with the Action; and

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation and Order of Dismissal may be executed in counterparts, which, when taken together, shall constitute the entire Stipulation and Order of Dismissal, and that signatures by facsimile and electronic mail should be considered by the Court the same as original signatures.

Dated: New York, New York
       May 2, 2022

HOLLAND & KNIGHT LLP

By: _____
Warren E. Gluck, Esq.
31 West 52nd Street
New York, New York 10019
Telephone: (212) 513-3200
Facsimile: (212) 385-9010
warren.gluck@hklaw.com

*Attorneys for Plaintiffs Martin Trott and Christopher Smith, as Joint Official Liquidators and Foreign Representatives of Platinum Partners Value Arbitrage Fund L.P. (in Official Liquidation), and Platinum Partners Value Arbitrage Fund L.P. (in Official Liquidation)*

MORRISON COHEN LLP

By: _____
Donald Howard Chase
909 Third Avenue, 27th Floor
New York, New York 10022
Telephone: (212) 735-8684
Facsimile: (212) 735-8708
Email: dchase@morrisoncohen.com

*Attorneys for Defendant Murray Huberfeld*

SO ORDERED:

_____
Hon. Jed S. Rakoff, U.S.D.J.
5-3-22

Page 2