UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                             :

IN RE PLATINUM-BEECHWOOD LITIGATION,     :      No. 18 Civ. 6658 (JSR)

                                             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                             :

MARTIN TROTT and CHRISTOPHER SMITH, as Joint :
Official Liquidators and Foreign Representatives of  :
PLATINUM PARTNERS VALUE ARBITRAGE FUND :
L.P. (in OFFICIAL LIQUIDATION) and PLATINUM  :     No. 18 Civ. 10936 (JSR)
PARTNERS VALUE ARBITRAGE FUND L.P. (in    :
OFFICIAL LIQUIDATION),                      :

                               :

                 Plaintiffs,      :

                               :

                 v.              :

                               :

PLATINUM MANAGEMENT (NY) LLC, *et al.*,    :

                               :

                Defendants.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## <u>DECLARATION OF NATHANIEL AMENT-STONE</u>

             NATHANIEL AMENT-STONE, pursuant to 28 U.S.C. § 1746, declares as follows:

             1.      I am an attorney at Curtis, Mallet-Prevost, Colt & Mosle LLP ("Curtis"), counsel for defendant David Bodner in these consolidated actions.  I submit this declaration in support of Bodner's Motion *in Limine* to Exclude Reference to Unrelated Matters That Occurred 17 to 30 Years Ago.

             2.      Attached hereto as <u>Exhibit A</u> is a true and correct copy of excerpts from the November 12, 2019 deposition of David Bodner in this litigation.

             3.      Attached hereto as <u>Exhibit B</u> is a true and correct copy of excerpts from the November 26, 2019 deposition of Murray Huberfeld in this litigation.

4.      Attached hereto as <u>Exhibit C</u> is a true and correct copy of a February 18, 2005 agreement, which was Exhibit 377, Tab 138, at Bodner's deposition.

5.      Attached hereto as <u>Exhibit D</u> is a true and correct copy of a January 4, 2011 article in *Hedge Funds Review*.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 16, 2022.

Nathaniel Ament-Stone