# EXHIBIT A

```
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    CASE NO. 18-CV-6658(JSR)
      CASE NO. 18-CV-10936(JSR)
 4    ----------------------------------------------
      IN RE:  PLATINUM-BEECHWOOD LITIGATION
 5    ----------------------------------------------
      MARTIN TROTT and CHRISTOPHER SMITH, as Joint
 6    Official Liquidators and
      Foreign Representatives of
 7    PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P.
       (in Official Liquidation), and
 8    PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P.
       (in Official Liquidation ),
 9
                Plaintiffs,
10         vs.
      PLATINUM MANAGEMENT (NY) LLC, et al.,
11
12              Defendants.
      ----------------------------------------------
13    (Caption continued)
         MEDIA VERSION - CONTAINS CONFIDENTIAL PORTION
14    Pages 411-421 have been designated Privileged and
          Confidential and have been included herein
15

16          TRANSCRIPT OF VIDEOTAPED DEPOSITION OF
                        DAVID BODNER
17             TRANSCRIPT of the stenographic notes of

18    the proceedings in the above-entitled matter, as

19    taken by and before TAB PREWETT, a Registered

20    Professional Reporter, a Certified LiveNote

21    Reporter, Certified Shorthand Reporter and Notary

22    Public, held at the offices of US Legal Support

23    Company, 90 Broad Street, Suite 603, New York,

24    New York, on Tuesday, November 12, 2019,

25    commencing at 10:37 a.m.
```

1                David Bodner
2       A    Yes.
3       Q    And tell me what you know about
4  that trust.
5       A    I think that was set up, if I'm not
6  mistaken, for my mother's estate.
7       Q    Okay.
8       A    My mother passed away in 2009.
9       Q    Okay.  So you would have set this
10 trust up or had it set up?
11      A    I think I had it set up at that
12 time.
13      Q    How about the 57th Street SPV
14 Partners LLC?
15      A    I have no clue what that is.
16      Q    Okay.  How about the Broad Capital
17 Associates Inc.?
18      A    That was the name of the company
19 that was set up for my partnership with Murray.
20 That's what we did business under.
21      Q    Okay.  So Broad Capital Associates,
22 Inc., was a two-person partnership with you and
23 Mr. Huberfeld?
24      A    As far as I recall.
25      Q    Do you remember when that was set

1                      David Bodner
2       Q     Why are you paying her lawyer if
3    she tried to blackmail you?
4       A     Because I felt it was the right
5    thing.  She's in this case because of me.  What
6    she did to me was wrong, but I felt that -- you
7    know, somebody works for me -- I don't think
8    she's a girl of means.
9       Q     Right.  Okay.  Let me just ask a
10   question.  Let's look at 137 quickly.
11           (Exhibit No. 377 Tab 137, Document,
12       a Wall Street Journal article from
13       March 15, 1990, entitled "US Probes Alleged
14       Scam in Broker's Test," no Bates number,
15       Document is marked by the reporter for
16       identification.)
17      Q     137, I don't have a Bates number.
18   It's a Wall Street Journal article from 1990,
19   March 15, 1990.  And it's titled:
20           "US Probes Alleged Scam in Broker's
21   Test."
22           And it says in the middle of the
23   paragraph:
24           "Last month the US attorneys in
25   Brooklyn filed a complaint that outlined the

1           David Bodner
2  alleged scheme and named seven defendants, two of
3  whom have allegedly taken the seven series exam
4  for four brokers:  Murray Huberfeld, Jacob
5  Elbogen, Solomon Lonsfeld [phonetic], and David
6  Bodner.  The seventh individual, Aaron Elbogen,
7  allegedly served as a middleman making
8  arrangements for Bowman [phonetic] to take the
9  test for her" brother -- "first brother Jake."
10          Do you remember this incident?
11      A   Yes.
12      Q   What happened to it?  What
13  ultimately happened?
14      A   I pleaded guilty to iden -- I think
15  so -- to identification, you know, something with
16  identification.  I got a misdemeanor and, I
17  think, one-year probation.
18      Q   Okay.  So it was a misdemeanor?
19      A   Yes.
20      Q   Okay.  All right.  If we look at
21  138, I think we referenced this, but, again, no
22  Bates number.
23          (Exhibit No. 377 Tab 138, FDIC
24      Order, Document is marked by the reporter
25      for identification.)

1          David Bodner
2     Q    But this is an FDIC order
3  apparently, I guess, or settlement, where it
4  says:
5          "Whereas this agreement pertains to
6  allegations that Bodner and Huberfeld did not
7  seek the prior approval of the FDIC pursuant to
8  section 19 of the FDIC act before an investment
9  was made that became an beneficial interest in
10 the name of Laura Huberfeld and Naomi Bodner
11 Partnership of more than 25 percent in the
12 Norcrown Trust, Livingston, New Jersey, an
13 unregistered bank holding company that owns more
14 than 99 percent of the voting shares of
15 Norcrown."
16         Do you remember this incident?
17    A    Yes.
18    Q    Okay.  And did you pay a fine with
19 regard to this settlement?
20    A    I don't think so.
21    Q    Okay.  So why did you use your wife
22 when -- to run -- to own this bank apparently on
23 the paperwork when, in fact, it was you?
24         MR. HERTZBERG:  Form.
25    A    Again, you are saying it was me.

1          David Bodner
2   It was not me.  It was my wife.  She opened it,
3   and it was her investment.
4        Q    Right.  But that's not what the
5   FDIC found.  The FDIC found that --
6        A    I don't know.
7        Q    -- basically you owned and you just
8   used her as a front.
9        A    I don't know if that's what they
10  found, but she owned it; and she got the proceeds
11  from it.  It was her bank when it was sold.
12       Q    Okay.  So how do you know Kevin
13  Cassidy?
14       A    I met him.  I think I met him
15  through Mark Nordlicht.
16       Q    Okay. And when did you -- you
17  understood he served time in prison?
18       A    I knew he served time in prison.
19       Q    Do you know why?
20       A    I think it had to do with Option --
21  I think he served time before Optionable for some
22  violation of something, and then for Optionable
23  he got into trouble.
24       Q    Okay.  All right.  And then do you
25  recall meeting with him soon after he was

1             David Bodner
2  week or two?  How did it work?
3       A     No, I think it was a long overlap.
4  I think Angela was the secretary, and he was my
5  bookkeeper.
6       Q     He was your personal bookkeeper?
7       A     He did my personal stuff, yes,
8  bills, stuff that the accountant needed.
9       Q     Is that separate from the work that
10 your accountant did for you?
11      A     Yes, the accountant asked him for
12 certain things.
13      Q     Was he employed by Platinum?
14      A     I'm not sure.
15      Q     Did you -- I am talking about Motti
16 Fox here.
17      A     Yes.
18      Q     Did you pay him personally?
19      A     He might have been paid from Broad
20 Capital.
21      Q     What is Broad Capital?
22      A     Broad Capital was a partnership
23 that I had with Murray.
24      Q     Why wold he be paid out of Broad
25 Capital?