# EXHIBIT B

```
 1

 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   CASE NO. 18-CV-6658(JSR)
     CASE NO. 18-CV-10936(JSR)
 4   ----------------------------------------------
     IN RE:  PLATINUM-BEECHWOOD LITIGATION
 5   ----------------------------------------------
     MARTIN TROTT and CHRISTOPHER SMITH, as Joint
 6   Official Liquidators and
     Foreign Representatives of
 7   PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P.
     (in Official Liquidation), and
 8   PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P.
     (in Official Liquidation ),
 9
             Plaintiffs,
10
         vs.
11

12   PLATINUM MANAGEMENT (NY) LLC, et al.,

13           Defendants.
     ----------------------------------------------
14
                         VOLUME II
15
          TRANSCRIPT OF VIDEOTAPED DEPOSITION OF
16                    MURRAY HUBERFELD

17         TRANSCRIPT of the stenographic notes of

18   the proceedings in the above-entitled matter, as

19   taken by and before TAB PREWETT, a Registered

20   Professional Reporter, a Certified LiveNote

21   Reporter, Certified Shorthand Reporter and Notary

22   Public, held at the offices of US Legal Support

23   Company, 90 Broad Street, Suite 603, New York,

24   New York, on Tuesday, November 26, 2019,

25   commencing at 10:05 a.m.
```

1             Murray Huberfeld
2    3.7 million.  Is that ball -- in a ballpark,
3    correct?
4        A     I'm not sure.
5        Q     And this says that the SEC alleged
6    that to be a violation of the securities laws.
7              That is correct; isn't it?
8              MR. DANIELS:  Objection.
9        Q     The SEC alleged that?
10             MR. DANIELS:  Objection.
11             You may answer.
12       A     Yes.  We had our own opinion, and
13   they had their opinion.
14       Q     The next paragraph -- well,
15   actually, let me skip down a paragraph --
16   actually, let me go to the next paragraph.  It
17   says:
18             "Broad Capital also was cited for
19   failing to disclose as required by law that it
20   held over 5 percent of IncomNet's outstanding
21   securities."
22             Was, indeed, Broad Capital cited
23   for that?
24       A     I don't recall.
25       Q     Broad Capital was yours and

1                    Murray Huberfeld
2    Mr. Bodner's business?
3         A     Yes, it was.
4         Q     The next sentence says that:
5               "Broad, Huberfeld, and Bodner
6    settled the case without admitting or denying the
7    SEC's allegations and were ordered to disgorge
8    their profits plus interest."
9               I'll just stop there.
10              Is that a true statement?
11              MR. DANIELS:  Objection to the
12        form.
13              You may answer.
14        A     I believe so.
15        Q     And then it says that:
16              "Those profits plus interest
17   totaled over $4.6 million."
18              Is that in the ballpark correct?
19        A     Something like that.
20        Q     The next sentence says:
21              "Civil penalties also were imposed.
22   Broad was ordered to pay 50,000, Huberfeld and
23   Bodner 15,000 each."
24              Correct?
25        A     I don't remember that, but it's

|     |   |                                                          |
|-----|---|----------------------------------------------------------|
| 1   |   | Murray Huberfeld                                         |
| 2   | possible. |                                                |
| 3   | Q | Is anything in that sentence                            |
| 4   | incorrect about the civil penalties that were |             |
| 5   | imposed upon you? |                                         |
| 6   | A | I'm not sure.                                            |
| 7   | Q | The next sentence in the next                           |
| 8   | paragraph says: |                                           |
| 9   |   | "As a result the pair were                              |
| 10  | automatically statutorily disqualified from |               |
| 11  | working for a broker licensed by the NASD." |               |
| 12  |   | Do you see that?                                        |
| 13  | A | I do see it.                                             |
| 14  | Q | Is that a true statement?                                |
| 15  | A | I don't know.                                            |
| 16  | Q | Were you disqualified from working                       |
| 17  | for a broker licensed by the NASD? |                        |
| 18  | A | I don't know.                                            |
| 19  | Q | When was the last time you worked                        |
| 20  | for a broker licensed by the NASD? |                        |
| 21  | A | I have not.                                              |
| 22  | Q | I'm sorry.                                               |
| 23  | A | I don't think I did.                                     |
| 24  | Q | You don't think you ever did?                            |
| 25  | A | I think I worked as a broker back                        |