UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trott, et al.,<br><br>      Plaintiffs,<br><br>  -v-<br><br>Platinum Management (NY) LLC, et al.,<br><br>      Defendants. | 18-cv-06658 (JSR)<br>18-cv-10936 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    The Court decided the motions in limine in this case from the bench on the first day of trial, November 30, 2022. See Transcript of Trial, Dkt. 791. Accordingly, the Clerk is respectfully directed to close entries 666, 668, 670, and 694 on the docket.

    SO ORDERED.

New York, NY
March 28, 2023

                                              JED S. RAKOFF, U.S.D.J.