UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re PLATINUM BEECHWOOD LITIGATION.

MARTIN TROTT and CHRISTOPHER
SMITH, as Joint Official Liquidators and Foreign
Representatives of PLATINUM PARTNERS
VALUE ARBITRAGE FUND L.P. (in Official
Liquidation), and PLATINUM PARTNERS
VALUE ARBITRAGE FUND L.P.
(in Official Liquidation),

      Plaintiffs,         18 **CIVIL** 6658 (JSR)
                       18 **CIVIL** 10936 (JSR)

    -v-                   **JUDGMENT**

PLATINUM MANAGEMENT (NY) LLC, et al.,

        Defendants.
-------------------------------------------------------------X

    It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Opinion and Order dated September 25, 2023, after accounting for the offset required under New York law, Bodner is liable to plaintiffs in the amount of $2,791,594.29. As the Court ruled at trial, the Release Agreement is not a defense to liability if the jury found -- as it did -- that the Release Agreement was entered into by co-tortfeasors purporting to release themselves from liability for their joint misconduct. As stated in the errata, final judgment is entered in both of the above-captioned cases in accordance with the Amended Opinion and Order; accordingly, the cases are closed.

**Dated:** New York, New York
     September 25, 2023

                          **RUBY J. KRAJICK**
                          _____
                          **Clerk of Court**
              **BY:** *K. Mango*
                          _____
                          **Deputy Clerk**